UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Case 1:07-cv-03644-HB   Document 5   Filed 07/20/2007   Page 1 of 2

DOC#:
DATE FILED:

------------------------------------------------------x

ANTHONY MANGANIELLO,                        :
                                            :          **07 Civ. 3644 (HB)**
                                            :
          **Plaintiff,**                    :
                                            :          **ORDER**
     -against-                              :
                                            :
THE CITY OF NEW YORK, et al.                :
                                            :
          **Defendant(s).**                 :
------------------------------------------------------x

### Hon. Harold Baer, Jr., District Judge:

WHEREAS, Plaintiff Anthony Manganiello ("Plaintiff") commenced this action on May 8, 2007 pursuant to 42 U.S.C. § 1983 alleging false arrest and malicious prosecution; and

WHEREAS, counsel for Defendant City of New York ("Defendant" or "City") wrote the Court on May 31, 2007 seeking an extension of time to answer the complaint in this action because not all of the named Defendants have been served and many of the documents needed to investigate and respond to the complaint are under seal pursuant to NY Criminal Procedure Law § 160.50; and

WHEREAS, on June 18, 2007, by memo endorsement, the Court extended Defendant's time to respond until July 19, 2007 and set a pretrial conference for the same date; and

WHEREAS, on July 19, 2007, the Court held a pretrial conference in chambers in which counsel raised an issue concerning disputed language in a draft confidentiality agreement and Defendant's counsel renewed her request for an extension of time to respond to the complaint; it is hereby

ORDERED that on or before August 1, 2007, all named Defendants will be served; and it is further

ORDERED that on or before August 1, 2007, Plaintiff will produce any documents which Corporation Counsel needs to defend this action, which have been requested but have not yet been produced, and which are not privileged; and it is further

ORDERED that as soon as possible, but no later than August 1, 2007, the parties will jointly revise and execute the confidentiality agreement; and it is further

ORDERED that on or before August 22, 2007, Defendant(s) will answer or

otherwise respond to Plaintiff's complaint.

**SO ORDERED.**

**July ___, 2007**
**New York, New York**

U.S.D.J.