UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY MANGANIELLO,

                    Plaintiff,

   -vs-

THE CITY OF NEW YORK, et al.

                    Defendants,
------------------------------------------------------------X

CIVIL ACTION No.: 07 CV 3644

## PLAINTIFF'S DEMAND FOR DEPOSITIONS

PLEASE TAKE NOTICE THAT pursuant to the Federal Rules plaintiff demands that defendants and the below listed employees of the Defendant City of New York, appear for a depositions upon oral examination, by the person described below, before a notary public or before some other authorized officer, at the offices of Dalco Reporting, located at 49 west 37th Street 7th Floor New York, NY 10018 on the 11th day of December, 2007 at 9:30 in the forenoon and from day to day thereafter until the examination is concluded.

## PERSONS TO BE PRODUCED FOR DEPOSITIONS:

1. LUIS AGOSTINI
2. DEREK PARKER
3. MAUREEN McMAHON
4. The Laboratory Technician(s) who performed the gun shot residue, skin, hair, fiber and print analysis during the investigation into the homicide of Albert Acosta (If different from Maureen McMahon)
5. Police Officer Ortiz, SHIELD NO.: 15002 (43rd Precinct)
6. POLICE OFFICER RODRIGUEZ (43rd Precinct)
7. SGT. ROSE (43rd Precinct)
8. ALEX PEREZ
9. MIRIAN NIEVES
10. LT. HENRY SCOTT
11. ROBERT MARTINEZ
12. GERYL MCCARTHY
13. SHAWN ABATE

Yours etc.,

OSORIO & ASSOCIATES, LLC

BY: _____
Michael H. Joseph, Esq.
184 Martine Avenue
White Plains, New York 10601
(914) 761-3168

Dated: White Plains, New York
      October 16, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANTHONY MANGANIELLO,

                Plaintiff,

-vs-

THE CITY OF NEW YORK, et al.

                Defendants,
-----------------------------------------------------------X

CIVIL ACTION No.: 07 CV 3644

## DECLARATION OF SERVICE

Pursuant to 28 USC §1746, I hereby declare, under penalty of perjury under the laws of the United States of that the following is true and correct.

Deponent is not a party to the action, is over 18 years of age and resides at 184 Martine Ave., White Plains, N.Y. 10601. That on the 17th day of October, 2007 deponent served the within: " **PLAINTIFF'S DEMAND FOR DEPOSITIONS**" upon:

Corporation Counsel
100 Church Street
New York, NY 10007

at the last known address designated by them for that purpose by depositing a true copy of same enclosed by mail in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Service department within the State of New York.

                                          Michael H. Joseph, Esq.