AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ANTHONY MANGANIELLO,
V.
THE CITY OF NEW YORK, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 07 CV 3644

TO: Christine Scaccia, ADA
198 East 161st Street, Bronx, New York 10451

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Dalco Reporting, 49 West 37th Street 7th Floor New York, NY 10018 | 2/28/2008 1:00 pm |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

The entire file from the Case of The People of The State of New York against Anthony Manganiello, in the Bronx Supreme Court under Indictment 2207-01.

| PLACE | DATE AND TIME |
|---|---|
| Dalco Reporting, 49 West 37th Street 7th Floor New York, NY 10018 | 2/28/2008 1:00 pm |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)   DATE
[signature]   2-11-08

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael H. Joseph, Esq., 184 Martine Ave., White Plains, NY 10601
914 761 3168

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.