# Osorio & Associates, LLC

| Members: | 184 Martine Avenue<br>White Plains, New York 10601<br>Tel: (914) 761-3168  Fax: (914) 761-8076<br>e-mail:Michael@Whiteplainslawyers.org<br>Website: www.whiteplainslawyers.org | Of Counsel:<br>Carlos Moreno<br>David H. Hoffenberg, |
|---|---|---|
| **Martha L. Osorio** | | |
| **Michael H. Joseph,** | | Zoraya Arguelles Vrooman<br>*admitted to the Bar of Peru* |

March 7, 2008

Corporation Counsel
By Fax: 212 788 9776

Attn: Hillary Fromer, Esq

Re: Manganiello v. City of New York, Et. Al.

Dear Ms. Fromer:

    Following our conversation today, I was advised that my trial which is scheduled for March 11, 2008 will be getting adjourned. Consequently, I am available any day next week, with the exception of Friday for depositions. Please advise when the remaining witnesses can be produced.

Very truly yours,

Michael H. Joseph, Esq.

```
* * * Communication Result Report ( Mar. 7. 2008  2:12PM ) * * *
                                                              1)
                                                              2)
Date/Time: Mar. 7. 2008  2:11PM

File
 No. Mode            Destination                Pg(s)     Result      Page
                                                                    Not Sent
---------------------------------------------------------------------------
9496 Memory TX       12127889776                P.  1       OK


Reason for error
  E. 1) Hang up or line fail          E. 2) Busy
  E. 3) No answer                     E. 4) No facsimile connection
  E. 5) Exceeded max. E-mail size
```

## Osorio & Associates, LLC

**Members:**
Martha L. Osorio
Michael H. Joseph

184 Martine Avenue
White Plains, New York 10601
Tel: (914) 761-3168   Fax: (914) 761-8076
e-mail: Michael@Whiteplainslawyers.org
Website: www.whiteplainslawyers.org

**Of Counsel:**
Carlos Moreno
David H. Hoffinberg.

Zoraya Arguelles Vrooman
admitted to the Bar of Peru

March 7, 2008

Corporation Counsel
By Fax: 212 788 9776

Attn: Hillary Fromer, Esq

Re: Manganiello v. City of New York, Et. Al.

Dear Ms. Fromer:

Following our conversation today, I was advised that my trial which is scheduled for March 11, 2008 will be getting adjourned. Consequently, I am available any day next week, with the exception of Friday for depositions. Please advise when the remaining witnesses can be produced.

Very truly yours,

Michael H. Joseph, Esq.