UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DATE FILED: 11/28/07

------------------------------------------------------x
ANTHONY MANGANIELLO,

               Plaintiff,

    -against-

THE CITY OF NEW YORK, et al.

               Defendants.
------------------------------------------------------x

07 Civ. 3644 (HB)

ORDER

Hon. Harold Baer, Jr., District Judge:

    WHEREAS, on November 19, 2007, the Court held a teleconference with the parties to address outstanding discovery issues; it is hereby

    ORDERED that, on or before December 4, 2007, the defendants will submit a letter or an affidavit to the Court that describes what she understands happened to the missing box of records from the underlying state criminal prosecution; and it is further

    ORDERED that, on or before December 18, 2007, the defendants (including the NYPD) will produce to the Court *in camera* any psychological records in its possession for each of the ten individual defendants; and it is further

    ORDERED that, on or before December 4, 2007, the defendants will produce to plaintiff any psychological records of the plaintiff in its possession; and it is further

    ORDERED that, on or before December 4, 2007, the defendants will produce any <u>substantiated</u> civilian complaints within the last ten years against any of the ten individual defendants; and it is further

    ORDERED that, on or before December 4, 2007, the plaintiff (through the good offices of the Corporation Counsel in identifying the purchase location and notifying plaintiff's counsel) may purchase a copy of the New York City Police Department's Rules and Regulations, and will notify the Court should no one be able to obtain said rulebook; and it is further

    ORDERED that the plaintiff's request for the production of criminal records of particular informants is denied. Plaintiff will explore these issues, in the first instance, through depositions, and will notify the Court if he encounters problems in this regard.

SO ORDERED.
November 28, 2007
New York, New York

                                          U.S.D.J.