1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - -X

ANTHONY MANGANIELLO,

              Plaintiff,


     -against-             CASE No:

                        07-CV-3644


THE CITY OF NEW YORK, et al.,

              Defendants.

- - - - - - - - - - - - - - - - - - - - -X

            March 13, 2007

            10:23 a.m.


DEPOSITION of JAIME ORTIZ, a witness on behalf

of the NEW YORK CITY POLICE DEPARTMENT, a

Defendant herein, taken pursuant to Court Order,

and held at the Offices of New York Corporation

Counsel, 100 Church Street, New York, New York,

before Mary T. Slavik, RPR, a Certified Court

Reporter and Notary Public of the State of New

York.

DALCO REPORTING, INC. 170 Hamilton Avenue, White Plains, New York 10601
914.684.9009 Fax 914.684.6561 info@dalcoreporting.com 800.DAL.8779



JAIME ORTIZ

2

APPEARANCES:

OSORIO & ASSOCIATES, LLC
   Attorneys for Plaintiff
   184 Martine Avenue
   White Plains, New York 10601
BY:  MICHAEL H. JOSEPH, ESQ.

CITY OF NEW YOR LAW DEPARTMENT
   Attorneys for Defendants
   100 Church Street, 4th Floor
   New York, New York 10007
BY:  RACHEL SELIGMAN-WEISS, ESQ.,
   ASSISTANT CORPORATION COUNSEL

3

IT IS HEREBY STIPULATED AND AGREED
by and between the attorneys for the
respective parties herein, that filing and
sealing be and the same are hereby waived.

   It is FURTHER STIPULATED AND
AGREED that all objections, except as to
the form of the question, shall be reserved
to the time of the trial.

   It is FURTHER STIPULATED AND
AGREED that the within deposition may be
signed and sworn to before any officer
authorized to administer an oath, with the
same force and effect as if signed and
sworn to before the Court.

4

1        JAIME ORTIZ,
2  having been first duly sworn by the Notary
3  Public, Mary T. Slavik, and stating his
4  address as 900 Fteley Avenue, Bronx, New
5  York 10472, was examined and testified as
6  follows:
7      MR. JOSEPH:  Federal stips.
8      MS. SELIGMAN-WEISS:  Before we
9  start, I have a copy of Officer Ortiz'
10  memo book bearing Bates numbers 1161,
11  1162 and 1163.
12      Ms. Fromer has provided Monday
13  2/12/01, and there is another page for
14  Thursday 3/1/01, so I will give you a
15  copy.
16  EXAMINATION BY
17  MR. JOSEPH:
18     **Q.  Officer Ortiz, I'll ask you**
19  **several questions regarding a call you took**
20  **several years ago on February 12th, 2001,**
21  **and subsequent events.  No one is alleging**
22  **that you did anything improper, just so you**
23  **are aware of that.**
24     A.  Okay.

5

1     **Q.  Are you currently employed?**
2     A.  Yes.
3     **Q.  By whom?**
4     A.  New York City Police Department.
5     **Q.  Where are you currently**
6  **stationed?**
7     A.  At the 43rd Precinct.
8     **Q.  Have you continuously been at the**
9  **43rd Precinct from February 1st, 2001 to**
10  **the present?**
11     MS. SELIGMAN-WEISS:  Object to the
12  form.
13     A.  Yes.
14     **Q.  In February 2001, were you working**
15  **with a Police Officer Rodriguez?**
16     A.  Yes.
17     **Q.  What is Police Officer Rodriguez'**
18  **first name?**
19     A.  Eric.
20     **Q.  Have you kept in touch with**
21  **Officer Rodriguez over the years?**
22     MS. SELIGMAN-WEISS:  Object to the
23  form.
24     A.  No.

JAIME ORTIZ

6

1    Q.  Do you know -- is Eric Rodriguez
2  still assigned to the -- is Eric Rodriguez
3  still employed by the New York City Police
4  Department?
5    A.  That I know of possibly, yes.
6    Q.  Where was Eric Rodriguez last
7  assigned that you have knowledge of?
8        MS. SELIGMAN-WEISS:  Object to the
9  form.
10   A.  To the transit district.
11   Q.  When was the last time you saw
12 Officer Rodriguez?
13   A.  I figure when he left the 43rd
14 Precinct to go to transit.
15   Q.  When was that?
16   A.  I don't recall.
17   Q.  Can you give me an approximation?
18   A.  I can't give you an approximation,
19 I don't know.
20   Q.  Do you recall what year it was?
21   A.  No.
22   Q.  Do you recall what Eric
23 Rodriguez's shield number was?
24   A.  It might be possibly in my memo

7

1  book.
2        MR. JOSEPH:  Let's have this
3  marked.
4
5        (Plaintiff's Exhibit 1, MEMO BOOK,
6        was marked for identification.)
7
8    Q.  Sir, I'll show you what was marked
9  as Plaintiff's Exhibit 1 for the record,
10 it's a three-page document, do you
11 recognize what this is?
12   A.  Yes.
13   Q.  What is it?
14   A.  My memo book.
15   Q.  And can you tell me have you
16 continuously had your memo book in your
17 possession since February 2001?
18       MS. SELIGMAN-WEISS:  Object to the
19 form.
20   A.  Yes.
21   Q.  Did you make these copies?
22   A.  No.
23   Q.  Were the copies made in your
24 presence?

8

1    A.  No.
2    Q.  Can you tell me how this copy came
3  to be here?
4        MS. SELIGMAN-WEISS:  Object to the
5  form.
6    Q.  Let me rephrase it.
7        Sir, did you provide your
8  attorneys with a copy of your memo book?
9    A.  Yes.
10   Q.  Does Exhibit 1 -- is Exhibit 1,
11 what you see in Exhibit 1, a fair and
12 accurate representation of your -- strike
13 that.
14       Is what we see in Exhibit 1 a fair
15 and accurate copy, true copy of your memo
16 book?
17       MS. SELIGMAN-WEISS:  Object to the
18 form.
19   A.  Yes.
20   Q.  Okay.
21       MS. SELIGMAN-WEISS:  Just so we're
22 clear, this is not your entire memo
23 book?
24       THE WITNESS:  No.

9

1    Q.  Is what we see in Exhibit 1 a true
2  copy of your memo book for the dates of
3  February 12, 2001 and March 1st, 2001?
4    A.  Yes.
5    Q.  Sir, by looking at your memo book
6  or the pages of your memo book shown in
7  Exhibit 1, is there any indication of what
8  Eric Rodriguez' shield number is?
9    A.  Yes.
10   Q.  What is the shield number?
11   A.  12041.
12   Q.  And can you tell me when you
13 provided this to your attorney, meaning
14 "Exhibit 1"?
15       MS. SELIGMAN-WEISS:  Object to the
16 form.
17       You can answer.
18   A.  Yesterday.
19   Q.  On February 12, 2001, did you
20 respond to a call at 1700 Metropolitan
21 Avenue, Apartment 5E?
22   A.  I don't recall if I did.
23   Q.  Is there an indication in your
24 memo book if you responded to such a call

JAIME ORTIZ

10

1  on that date?
2  A.  No.  Not in my memo book, no.
3  Q.  Take a look at what was previously
4  marked as Plaintiff's Exhibit Number 6.
5      For the record I'm showing the
6  witness what was marked Plaintiff's Exhibit
7  6, dated 12/19/07.
8      MS. SELIGMAN-WEISS:  Thank you.
9  Q.  Sir, just read the narrative
10 section of that and let me know when you're
11 finished.
12 A.  You want me to read it out loud?
13 Q.  No, just read it to yourself.
14     After reviewing Exhibit 6, has
15 your memory been refreshed as to the call
16 on February 12, 2001?
17     MS. SELIGMAN-WEISS:  Object to the
18 form.
19 A.  No.
20 Q.  Do you have any recollection of
21 responding to a call at 1700 Metropolitan
22 Avenue with a Parkchester security guard?
23     MS. SELIGMAN-WEISS:  Object to the
24 form.

11

1  A.  I don't recall.
2  Q.  As part of your duties when you
3  respond to a potential domestic violence
4  call, do you write a written report of the
5  call?
6      MS. SELIGMAN-WEISS:  Object to the
7  form.
8  A.  I don't recall.
9  Q.  In February 2001, did you
10 generally prepare any documents aside from
11 your memo book pertaining to calls in which
12 there was an alleged fight?
13     MS. SELIGMAN-WEISS:  Object to the
14 form.
15 A.  I don't recall.
16 Q.  Do you have any recollection of
17 responding to a call on February 12, 2001,
18 concerning a Parkchester security guard
19 shot?
20 A.  I don't recall.
21 Q.  Can you take a look at the second
22 page of what has been marked as Exhibit 1,
23 and can you tell me what was the first
24 entry?

12

1  A.  Monday, February 12th, 2001, and
2  my tour was 07:05 by 15:40.
3  Q.  Is that seven o'clock in the
4  morning?
5  A.  Yes.
6  Q.  What did you do when your tour
7  began according to your memo book?
8  A.  My assignment was Henry Ida.
9  Q.  Which means?
10 A.  Which is my sector, the area that
11 I cover.
12 Q.  What is included in that sector?
13     What are the boundaries of that
14 sector?
15 A.  That's Westchester to the Cross
16 Bronx and from White Plains to Bronx River
17 Avenue.
18 Q.  And are the Parkchester
19 condominiums within that boundary?
20 A.  No.
21 Q.  Was there ever a time when you
22 respond to the Parkchester condominiums
23 when you're working the HI boundary and HI
24 sector?

13

1  A.  No.
2      MS. SELIGMAN-WEISS:  Object to the
3  form.
4  Q.  And what is the next entry in your
5  memo book?
6  A.  My meal time.
7  Q.  And what time is that?
8  A.  10:30.
9  Q.  Typically when you go on a call,
10 do you make an entry into your memo book
11 that you took a call?
12     MS. SELIGMAN-WEISS:  Object to the
13 form.
14 Q.  Strike that.
15     In February 2001, did you have a
16 standard practice by when you took a call
17 you made an entry documenting what call you
18 went on and the times?
19     MS. SELIGMAN-WEISS:  Object to the
20 form.
21 A.  I don't put the entries in.
22 Q.  Okay.  Is there a reason you don't
23 put the entries in?
24 A.  Because I was the operator of the

4 (Pages 10 to 13)

JAIME ORTIZ

14

1 vehicle.

2 Q. Would it be fair to say then that
3 the entries would be in Officer Rodriguez'
4 memo book?

5 MS. SELIGMAN-WEISS: Object to the
6 form.

7 A. Possibly, yes.

8 Q. How long did you work with Officer
9 Rodriguez in 2001?

10 A. About two years.

11 Q. And was there a standard practice
12 when you worked with Officer Rodriguez that
13 one person would be the operator and one
14 person would make notes in the memo book?

15 MS. SELIGMAN-WEISS: Object to the
16 form.

17 A. Yes.

18 Q. And what time did you say your
19 meal time was?

20 A. 10:30.

21 Q. And do you have any recollection
22 of taking any calls between 7 o'clock and
23 10:30 on February 12, 2001?

24 MS. SELIGMAN-WEISS: Object to the

15

1 form.

2 A. I don't recall.

3 Q. What is the next -- after your
4 meal time -- how long did you take for meal
5 time?

6 A. It's an hour.

7 Q. Were you able to take the entire
8 hour on February 12, 2001 according to your
9 memo book?

10 A. Yes.

11 Q. Okay. What time did you come back
12 on duty?

13 A. 12:15.

14 Q. And according to your memo book,
15 what did you do at 12:15?

16 A. We went back out on patrol.

17 Q. Did you respond to any other calls
18 according to your memo book --

19 MS. SELIGMAN-WEISS: Object to the
20 form.

21 Q. -- after going back on patrol?

22 MS. SELIGMAN-WEISS: Same
23 objection.

24 A. I don't recall if we went on

16

1 patrol, but according to my memo book I
2 transported two perps to Jacobi Hospital.

3 Q. And what time did you do that?

4 A. That was at 12:40.

5 Q. Now, I think you reviewed Exhibit
6 Number 6, did you make any statements to a
7 Detective Martinez which are shown in
8 Exhibit 6?

9 MS. SELIGMAN-WEISS: Object to the
10 form.

11 A. I don't recall if I made any
12 statements to him.

13 Q. Do you have any recollection at
14 all about a Parkchester security officer
15 being shot on February 12th, 2001?

16 A. No, I don't recall.

17 Q. Were you ever asked to write out
18 your own statement concerning what happened
19 on February 12th, 2001, besides from what's
20 in your memo book?

21 A. I don't recall.

22 Q. Did you ever speak with an
23 assistant district attorney concerning the
24 events of February 12, 2001?

17

1 A. I don't recall.

2 Q. Did you ever testify in front of a
3 grand jury concerning the prosecution of
4 Anthony Manganiello?

5 A. I don't recall.

6 Q. Were you ever requested to testify
7 at the trial of Anthony Manganiello?

8 A. I don't recall.

9 Q. Let's turn to March 1st, 2001 in
10 your memo book. Do you have a recollection
11 of speaking with a Detective Agostini?

12 MS. SELIGMAN-WEISS: Object to the
13 form.

14 A. I don't recall.

15 Q. What, if anything, is shown in
16 your memo book of March 1st, 2001?

17 A. It shows Thursday, March 1st,
18 2001. My tour was 07:05 by 15:40.

19 Q. Okay. And what was the first
20 thing you did when you began your tour?

21 A. 198.

22 Q. What does that mean?

23 A. I started my patrol.

24 Q. What time did you start your

JAIME ORTIZ

18

1  patrol?
2     A.  Eight o'clock.
3     Q.  And what was the next thing that
4  happened according to your memo book?
5     A.  Then it was inspected by a
6  sergeant.
7     Q.  That means the sergeant looked at
8  your memo book?
9     A.  Yes.
10    Q.  Where did that occur?
11    A.  I don't recall.
12    Q.  What time did that occur?
13    A.  At 12 o'clock.
14    Q.  Are there any notations that you
15  met with a Detective Agostini between
16  starting your tour and 12 o'clock?
17    A.  No.
18    Q.  If you had met with Detective
19  Agostini between starting your tour and 12
20  o'clock, would you have made a notation of
21  that in your memo book?
22        MS. SELIGMAN-WEISS:  Object to the
23     form.
24    A.  Possibility, maybe.

19

1     Q.  What would affect whether or not
2  you put that notation in your memo book?
3     A.  If it interrupted my patrol.
4     Q.  And if you were called to the 43rd
5  Precinct to meet with a detective at a
6  detective's bureau, would you consider that
7  interrupting your patrol?
8     A.  Yes.
9     Q.  Would it be fair to say if between
10  starting your tour at 7 o'clock and 12
11  o'clock, you met with Detective Agostini,
12  there would be a notation in your memo
13  book?
14    A.  Yes.
15    Q.  And is there any notation in your
16  memo book that you met with Detective
17  Agostini at all on March 1st, 2001?
18    A.  No.
19    Q.  To the best of your memory, did
20  you meet with a Detective Agostini on March
21  1st, 2001?
22    A.  I don't recall.
23    Q.  Do you have any recollection of
24  meeting with a Detective Agostini on March

20

1  1st, 2001?
2     A.  No, I don't recall.
3     Q.  Do you have any recollection of
4  meeting with a Detective Agostini on March
5  1st, 2001, and discussing a gentleman named
6  Anthony Manganiello?
7     A.  I don't recall.
8     Q.  What does it mean to give a job
9  back?
10        MS. SELIGMAN-WEISS:  Object to the
11     form.
12    Q.  Are you familiar with the term
13  "give a job back"?
14        MS. SELIGMAN-WEISS:  Object to the
15     form.
16    A.  It depends, to give it either to
17  final.
18    Q.  Which means?
19    A.  Which means the disposition of the
20  job.
21    Q.  And does that mean a call is over
22  at that point?
23        MS. SELIGMAN-WEISS:  Object to the
24     form.

21

1     Q.  When you give a job back?
2     A.  Once we give back the final, yes.
3        MR. JOSEPH:  That's all I have.
4     Thank you.
5        MS. SELIGMAN-WEISS:  I have one
6     question or two I want to follow-up.
7  EXAMINATION BY
8  MS. SELIGMAN-WEISS:
9     Q.  If you had met with a detective
10  and your meeting lasted a short amount of
11  time, would you consider that to have
12  disrupted your patrol?
13    A.  No.
14    Q.  If you had met briefly with
15  detectives and it did not disrupt your
16  patrol, is that something that you would
17  indicate in your memo book?
18    A.  No.
19        MS. SELIGMAN-WEISS:  I have
20     nothing further.
21  FURTHER EXAMINATION BY
22  MR. JOSEPH:
23    Q.  Let me ask you this.  On March
24  1st, 2001, you started your patrol at what

JAIME ORTIZ

22

1  time?
2  A.  At 8 o'clock.
3  Q.  And if between an hour and half,
4  two hours in between your tour, you were
5  called to the 43rd Precinct, would you
6  consider that to have interrupted your
7  tour?
8      MS. SELIGMAN-WEISS:  Object to the
9  form.
10  A.  Possibility, maybe.
11  Q.  Is it more likely than not that
12  had you been called back to the 43rd
13  Precinct after being on patrol for two
14  hours, you would consider that an
15  interruption of your tour?
16      MS. SELIGMAN-WEISS:  Object to the
17  form.
18  A.  It depends if it interrupted my
19  patrol time.
20  Q.  Which means what?
21  A.  If they tell me to come in and
22  they call me in.
23  Q.  So is it fair to say that if you
24  were called into the 43rd Precinct, even

23

1  for a short period of time in the middle of
2  your patrol, you would consider that an
3  interruption?
4      MS. SELIGMAN-WEISS:  Object to the
5  form.
6  A.  Not likely, not all of the time.
7  Q.  If you were called into the 43rd
8  Precinct to speak with detectives after two
9  hours of being on tour, would you consider
10  that an interruption of your tour?
11      MS. SELIGMAN-WEISS:  Object to the
12  form.
13  A.  Two hours you said?
14      MS. SELIGMAN-WEISS:  Can you read
15  the question back.
16
17      (Requested question was read back
18      by the court reporter.)
19
20  Q.  So were you ever asked to write
21  out your own statement by a Detective
22  Agostini concerning the events of February
23  12, 2001?
24  A.  I don't recall.

24

1  Q.  Have you been between February 12,
2  2001 and today, have you been at the 43rd
3  Precinct?
4  A.  Yes.
5  Q.  Continuously?
6  A.  Yes.
7      MR. JOSEPH:  Okay.  That is all I
8  have.
9      Thank you.
10      MS. SELIGMAN-WEISS:  Nothing
11  further.
12
13
14      (Time noted: 10:41 a.m.)
15

25

1  STATE OF NEW YORK  )
2          ss:
3  COUNTY OF          )
4
5      I, JAIME ORTIZ, hereby certify that
6  I have read the pages of the foregoing
7  testimony of this deposition and hereby
8  certify it to be a true and correct record.
9
10
11
12
13      _____
14      JAIME ORTIZ
15
16
17
18
19  Sworn to before me this
20  ____ day of _____, 2008.
21
22
23      _____
24      Notary Public

JAIME ORTIZ

26

```
1          I N D E X
2   EXAMINATION BY          PAGE:LINE
3   MR. JOSEPH:          4:16
4
5   EXAMINATION BY
6   MS. SEIGMAN-WEISS:          21:7
7
8   FURTHER EXAMINATION BY
9   MR. JOSEPH:          21:21
10
11
12  Plaintiff's Exhibit 1,
13  MEMO BOOK, was marked
14  for identification.          7:5
15
16
17
18
19
20
21
22
23
24
```

27

```
1   C E R T I F I C A T I O N
2
3   STATE OF NEW YORK  )
4
5   COUNTY OF WESTCHESTER )
6
7       I, MARY T. SLAVIK, RPR, Court
8   Reporter and Notary Public within and
9   for the County of Westchester, State
10  of New York, do hereby certify:
11      That I reported the proceedings
12  that are hereinbefore set forth, and
13  that such transcript is a true and
14  accurate record of said proceedings.
15      AND, I further certify that I am
16  not related to any of the parties to
17  this action by blood or marriage, and
18  that I am in no way interested in the
19  outcome of this matter.
20      IN WITNESS WHEREOF, I have
21  hereunto set my hand.
22
23  _____
24      MARY T. SLAVIK, RPR
```

28

```
1              ERRATA SHEET
2   Deposition Of:
3   Re:
4   Date Taken:
5   Page    Line #      Correction  Reason
6   ____    ____        _____
7   ____    ____        _____
8   ____    ____        _____
9   ____    ____        _____
10  ____    ____        _____
11  ____    ____        _____
12  ____    ____        _____
13  ____    ____        _____
14  ____    ____        _____
15  ____    ____        _____
16  ____    ____        _____
17  ____    ____        _____
18
19              _____
20                  (Signature)
21  Sworn to before me this
22  ___day of_____, 2008.
23  _____
24      Notary Public
```

JAIME ORTIZ

**A**

able 15:7
accurate 8:12,15
   27:14
action 27:17
address 4:4
administer 3:14
affect 19:1
ago 4:20
Agostini 17:11 18:15
   18:19 19:11,17,20
   19:24 20:4 23:22
AGREED 3:1,7,12
al 1:10
alleged 11:12
alleging 4:21
amount 21:10
answer 9:17
Anthony 1:4 17:4,7
   20:6
Apartment 9:21
approximation 6:17
   6:18
area 12:10
aside 11:10
asked 16:17 23:20
assigned 6:2,7
assignment 12:8
assistant 2:16 16:23
ASSOCIATES 2:4
attorney 9:13 16:23
attorneys 2:5,12 3:2
   8:8
authorized 3:14
Avenue 2:6 4:4 9:21
   10:22 12:17
aware 4:23
a.m 1:14 24:14

**B**

back 15:11,16,21
   20:9,13 21:1,2
   22:12 23:15,17
Bates 4:10
bearing 4:10
began 12:7 17:20
behalf 1:16
best 19:19
blood 27:17
book 4:10 7:1,5,14,16

8:8,16,23 9:2,5,6,24
10:2 11:11 12:7
13:5,10 14:4,14
15:9,14,18 16:1,20
17:10,16 18:4,8,21
19:2,13,16 21:17
26:13
boundaries 12:13
boundary 12:19,23
briefly 21:14
Bronx 4:4 12:16,16
bureau 19:6

**C**

C 2:1 27:1,1
call 4:19 9:20,24
   10:15,21 11:4,5,17
   13:9,11,16,17 20:21
   22:22
called 19:4 22:5,12
   22:24 23:7
calls 11:11 14:22
   15:17
CASE 1:7
Certified 1:21
certify 25:5,8 27:10
   27:15
Church 1:20 2:13
City 1:10,17 2:11 5:4
   6:3
clear 8:22
come 15:11 22:21
concerning 11:18
   16:18,23 17:3
   23:22
condominiums 12:19
   12:22
consider 19:6 21:11
   22:6,14 23:2,9
continuously 5:8
   7:16 24:5
copies 7:21,23
copy 4:9,15 8:2,8,15
   8:15 9:2
Corporation 1:19
   2:16
correct 25:8
Correction 28:5
Counsel 1:20 2:16
County 25:3 27:5,9

**D**

court 1:1,18,21 3:16
   23:18 27:7
cover 12:11
Cross 12:15
currently 5:1,5

D 26:1
date 10:1 28:4
dated 10:7
dates 9:2
day 25:20 28:22
Defendant 1:18
Defendants 1:11 2:12
Department 1:17
   2:11 5:4 6:4
depends 20:16 22:18
deposition 1:16 3:12
   25:7 28:2
detective 16:7 17:11
   18:15,18 19:5,11,16
   19:20,24 20:4 21:9
   23:21
detectives 21:15 23:8
detective's 19:6
discussing 20:5
disposition 20:19
disrupt 21:15
disrupted 21:12
district 1:1,2 6:10
   16:23
document 7:10
documenting 13:17
documents 11:10
domestic 11:3
duly 4:2
duties 11:2
duty 15:12

**E**

E 2:1,1 26:1 27:1
effect 3:15
Eight 18:2
either 20:16
employed 5:1 6:3
entire 8:22 15:7
entries 13:21,23 14:3
entry 11:24 13:4,10
   13:17
Eric 5:19 6:1,2,6,22
   9:8

**ERRATA** 28:1
**ESQ** 2:8,15
et 1:10
events 4:21 16:24
   23:22
**EXAMINATION**
   4:16 21:7,21 26:2,5
   26:8
examined 4:5
Exhibit 7:5,9 8:10,10
   8:11,14 9:1,7,14
   10:4,6,14 11:22
   16:5,8 26:12

**F**

F 27:1
fair 8:11,14 14:2 19:9
   22:23
familiar 20:12
February 4:20 5:9,14
   7:17 9:3,19 10:16
   11:9,17 12:1 13:15
   14:23 15:8 16:15
   16:19,24 23:22
   24:1
Federal 4:7
fight 11:12
figure 6:13
filing 3:3
final 20:17 21:2
finished 10:11
first 4:2 5:18 11:23
   17:19
Floor 2:13
follows 4:6
follow-up 21:6
force 3:15
foregoing 25:6
form 3:8 5:12,23 6:9
   7:19 8:5,18 9:16
   10:18,24 11:7,14
   13:3,13,20 14:6,16
   15:1,20 16:10
   17:13 18:23 20:11
   20:15,24 22:9,17
   23:5,12
forth 27:12
Fromer 4:12
front 17:2
Fteley 4:4

**G**

further 3:6,11 21:20
   21:21 24:11 26:8
   27:15

**G**

generally 11:10
gentleman 20:5
give 4:14 6:17,18
   20:8,13,16 21:1,2
go 6:14 13:9
going 15:21
grand 17:3
guard 10:22 11:18

**H**

H 2:8
half 22:3
hand 27:21
happened 16:18 18:4
held 1:19
Henry 12:8
hereinbefore 27:12
hereunto 27:21
HI 12:23,23
Hospital 16:2
hour 15:6,8 22:3
hours 22:4,14 23:9
   23:13

**I**

Ida 12:8
identification 7:6
   26:14
improper 4:22
included 12:12
indicate 21:17
indication 9:7,23
inspected 18:5
interested 27:18
interrupted 19:3 22:6
   22:18
interrupting 19:7
interruption 22:15
   23:3,10

**J**

Jacobi 16:2
JAIME 1:16 4:1 25:5
   25:14
job 20:8,13,20 21:1
JOSEPH 2:8 4:7,17

JAIME ORTIZ

Page 30

7:2 21:3,22 24:7
26:3,9
**jury** 17:3

___

**K**

**kept** 5:20
**know** 6:1,5,19 10:10
**knowledge** 6:7

___

**L**

**lasted** 21:10
**LAW** 2:11
**left** 6:13
**Let's** 7:2 17:9
**Line** 28:5
**LLC** 2:4
**long** 14:8 15:4
**look** 10:3 11:21
**looked** 18:7
**looking** 9:5
**loud** 10:12

___

**M**

**Manganiello** 1:4 17:4
17:7 20:6
**March** 1:13 9:3 17:9
17:16,17 19:17,20
19:24 20:4 21:23
**marked** 7:3,6,8 10:4
10:6 11:22 26:13
**marriage** 27:17
**Martine** 2:6
**Martinez** 16:7
**Mary** 1:21 4:3 27:7
27:24
**matter** 27:19
**meal** 13:6 14:19 15:4
15:4
**mean** 17:22 20:8,21
**meaning** 9:13
**means** 12:9 18:7
20:18,19 22:20
**meet** 19:5,20
**meeting** 19:24 20:4
21:10
**memo** 4:10 6:24 7:5
7:14,16 8:8,15,22
9:2,5,6,24 10:2
11:11 12:7 13:5,10
14:4,14 15:9,14,18
16:1,20 17:10,16

18:4,8,21 19:2,12
19:16 21:17 26:13
**memory** 10:15 19:19
**met** 18:15,18 19:11
19:16 21:9,14
**Metropolitan** 9:20
10:21
**MICHAEL** 2:8
**middle** 23:1
**Monday** 4:12 12:1
**morning** 12:4

___

**N**

**N** 2:1 26:1 27:1
**name** 5:18
**named** 20:5
**narrative** 10:9
**New** 1:2,10,17,19,20
1:20,22 2:7,11,14
2:14 4:4 5:4 6:3
25:1 27:3,10
**Notary** 1:22 4:2
25:24 27:8 28:24
**notation** 18:20 19:2
19:12,15
**notations** 18:14
**noted** 24:14
**notes** 14:14
**number** 6:23 9:8,10
10:4 16:6
**numbers** 4:10

___

**O**

**O** 27:1
**oath** 3:14
**Object** 5:11,22 6:8
7:18 8:4,17 9:15
10:17,23 11:6,13
13:2,12,19 14:5,15
14:24 15:19 16:9
17:12 18:22 20:10
20:14,23 22:8,16
23:4,11
**objection** 15:23
**objections** 3:7
**occur** 18:10,12
**officer** 3:13 4:9,18
5:15,17,21 6:12
14:3,8,12 16:14
**Offices** 1:19
**Okay** 4:24 8:20 13:22

15:11 17:19 24:7
**Once** 21:2
**operator** 13:24 14:13
**Order** 1:18
**Ortiz** 1:16 4:1,9,18
25:5,14
**OSORIO** 2:4
**outcome** 27:19
**o'clock** 12:3 14:22
18:2,13,16,20 19:10
19:11 22:2

___

**P**

**P** 2:1,1
**page** 4:13 11:22 28:5
**pages** 9:6 25:6
**PAGE:LINE** 26:2
**Parkchester** 10:22
11:18 12:18,22
16:14
**part** 11:2
**parties** 3:3 27:16
**patrol** 15:16,21 16:1
17:23 18:1 19:3,7
21:12,16,24 22:13
22:19 23:2
**period** 23:1
**perps** 16:2
**person** 14:13,14
**pertaining** 11:11
**Plains** 2:7 12:16
**Plaintiff** 1:5 2:5
**Plaintiff's** 7:5,9 10:4
10:6 26:12
**point** 20:22
**Police** 1:17 5:4,15,17
6:3
**possession** 7:17
**Possibility** 18:24
22:10
**possibly** 6:5,24 14:7
**potential** 11:3
**practice** 13:16 14:11
**Precinct** 5:7,9 6:14
19:5 22:5,13,24
23:8 24:3
**prepare** 11:10
**presence** 7:24
**present** 5:10
**previously** 10:3

**proceedings** 27:11,14
**prosecution** 17:3
**provide** 8:7
**provided** 4:12 9:13
**Public** 1:22 4:3 25:24
27:8 28:24
**pursuant** 1:18
**put** 13:21,23 19:2

___

**Q**

**question** 3:8 21:6
23:15,17
**questions** 4:19

___

**R**

**R** 2:1 27:1
**RACHEL** 2:15
**read** 10:9,12,13
23:14,17 25:6
**reason** 13:22 28:5
**recall** 6:16,20,22 9:22
11:1,8,15,20 15:2
15:24 16:11,16,21
17:1,5,8,14 18:11
19:22 20:2,7 23:24
**recognize** 7:11
**recollection** 10:20
11:16 14:21 16:13
17:10 19:23 20:3
**record** 7:9 10:5 25:8
27:14
**refreshed** 10:15
**regarding** 4:19
**related** 27:16
**rephrase** 8:6
**report** 11:4
**reported** 27:11
**reporter** 1:22 23:18
27:8
**representation** 8:12
**requested** 17:6 23:17
**reserved** 3:8
**respective** 3:3
**respond** 9:20 11:3
12:22 15:17
**responded** 9:24
**responding** 10:21
11:17
**reviewed** 16:5
**reviewing** 10:14
**River** 12:16

**Rodriguez** 5:15,17,21
6:1,2,6,12 9:8 14:3
14:9,12
**Rodriguez's** 6:23
**RPR** 1:21 27:7,24

___

**S**

**S** 2:1
**saw** 6:11
**sealing** 3:4
**second** 11:21
**section** 10:10
**sector** 12:10,12,14,24
**security** 10:22 11:18
16:14
**see** 8:11,14 9:1
**SEIGMAN-WEISS**
26:6
**SELIGMAN-WEISS**
2:15 4:8 5:11,22
6:8 7:18 8:4,17,21
9:15 10:8,17,23
11:6,13 13:2,12,19
14:5,15,24 15:19,22
16:9 17:12 18:22
20:10,14,23 21:5,8
21:19 22:8,16 23:4
23:11,14 24:10
**sergeant** 18:6,7
**set** 27:12,21
**seven** 12:3
**SHEET** 28:1
**shield** 6:23 9:8,10
**short** 21:10 23:1
**shot** 11:19 16:15
**show** 7:8
**showing** 10:5
**shown** 9:6 16:7 17:15
**shows** 17:17
**Signature** 28:20
**signed** 3:13,15
**Sir** 7:8 8:7 9:5 10:9
**Slavik** 1:21 4:3 27:7
27:24
**SOUTHERN** 1:2
**speak** 16:22 23:8
**speaking** 17:11
**ss** 25:2
**standard** 13:16 14:11
**start** 4:9 17:24

JAIME ORTIZ

started 17:23 21:24
starting 18:16,19
    19:10
State 1:22 25:1 27:3
    27:9
statement 16:18
    23:21
statements 16:6,12
STATES 1:1
stating 4:3
stationed 5:6
stips 4:7
STIPULATED 3:1,6
    3:11
Street 1:20 2:13
strike 8:12 13:14
subsequent 4:21
sworn 3:13,16 4:2
    25:19 28:21

**T**

T 1:21 4:3 27:1,1,7
    27:24
take 10:3 11:21 15:4
    15:7
taken 1:18 28:4
tell 7:15 8:2 9:12
    11:23 22:21
term 20:12
testified 4:5
testify 17:2,6
testimony 25:7
Thank 10:8 21:4 24:9
thing 17:20 18:3
think 16:5
three-page 7:10
Thursday 4:14 17:17
time 3:9 6:11 12:21
    13:6,7 14:18,19
    15:4,5,11 16:3
    17:24 18:12 21:11
    22:1,19 23:1,6
    24:14
times 13:18
today 24:2
touch 5:20
tour 12:2,6 17:18,20
    18:16,19 19:10
    22:4,7,15 23:9,10
transcript 27:13

transit 6:10,14
transported 16:2
trial 3:9 17:7
true 8:15 9:1 25:8
    27:13
turn 17:9
two 14:10 16:2 21:6
    22:4,13 23:8,13
Typically 13:9

**U**

UNITED 1:1

**V**

vehicle 14:1
violence 11:3

**W**

waived 3:4
want 10:12 21:6
way 27:18
went 13:18 15:16,24
Westchester 12:15
    27:5,9
we're 8:21
WHEREOF 27:20
White 2:7 12:16
witness 1:16 8:24
    10:6 27:20
work 14:8
worked 14:12
working 5:14 12:23
write 11:4 16:17
    23:20
written 11:4

**X**

X 1:3,12 26:1

**Y**

year 6:20
years 4:20 5:21 14:10
Yesterday 9:18
YOR 2:11
York 1:2,10,17,19,20
    1:20,23 2:7,14,14
    4:5 5:4 6:3 25:1
    27:3,10

**0**

07-CV-3644 1:8

07:05 12:2 17:18

**1**

1 7:5,9 8:10,10,11,14
    9:1,7,14 11:22
    26:12
1st 5:9 9:3 17:9,16,17
    19:17,21 20:1,5
    21:24
10:23 1:14
10:30 13:8 14:20,23
10:41 24:14
100 1:20 2:13
10007 2:14
10472 4:5
10601 2:7
1161 4:10
1162 4:11
1163 4:11
12 9:3,19 10:16 11:17
    14:23 15:8 16:24
    18:13,16,19 19:10
    23:23 24:1
12th 4:20 12:1 16:15
    16:19
12/19/07 10:7
12:15 15:13,15
12:40 16:4
12041 9:11
13 1:13
15:40 12:2 17:18
1700 9:20 10:21
184 2:6
198 17:21

**2**

2/12/01 4:13
2001 4:20 5:9,14 7:17
    9:3,3,19 10:16 11:9
    11:17 12:1 13:15
    14:9,23 15:8 16:15
    16:19,24 17:9,16,18
    19:17,21 20:1,5
    21:24 23:23 24:2
2007 1:13
2008 25:20 28:22
21:21 26:9
21:7 26:6

**3**

3/1/01 4:14

**4**

4th 2:13
4:16 26:3
43rd 5:7,9 6:13 19:4
    22:5,12,24 23:7
    24:2

**5**

5E 9:21

**6**

6 10:4,7,14 16:6,8

**7**

7 14:22 19:10
7:5 26:14

**8**

8 22:2

**9**

900 4:4