UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY MANGANIELLO,

                Plaintiff,        CIVIL ACTION No.: 07 CV 3644

- Against-

THE CITY OF NEW YORK, et al.

                Defendants,
------------------------------------------------------------X

## DECLARATION OF SERVICE

Pursuant to 28 USC §1746, I hereby declare, under penalty of perjury under the laws of the United States of that the following is true and correct.

Deponent is not a party to the action, is over 18 years of age and resides at 184 Martine Ave., White Plains, N.Y. 10601. That on the 9th day of April, 2008 deponent served the within: Notice of Motion, Memorandum of Law, Declaration of Counsel with Exhibits upon:

        Corporation Counsel
        100 Church Street
        New York, NY 10007

at the last known address designated by them for that purpose by depositing a true copy of same enclosed by federal express overnight service in a postpaid properly addressed wrapper.

                              Michael H. Joseph, Esq.