# Osorio & Associates, LLC

| Members: | 184 Martine Avenue | Of Counsel: |
|---|---|---|
| | White Plains, New York 10601 | Carlos Moreno |
| Martha L. Osorio | Tel: (914) 761-3168   Fax: (914) 761-8076 | David H. Hoffenberg, |
| | e-mail:Michael@Whiteplainslawyers.org | |
| Michael H. Joseph, | Website: www.whiteplainslawyers.org | Zoraya Arguelles Vrooman |
| | | *admitted to the Bar of Peru* |

RECEIVED
APR 10 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

April 10, 2008

Honorable Harold Baer, Jr.
United States District Judge
500 Pearl Street
Chambers 2230
New York, N.Y. 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

By Fax: 212-805-7901

RE:   Manganiello v. City of New York, et. al.
      Civil Action No.: 07 CV 3644

Dear Judge Baer:

    We represent Plaintiff in the above referenced matter. Yesterday and again this morning we attempted to electronically filed a motion pursuant to F.R.C.P. Rule 37. Unfortunately the system could not accept our declaration in support with exhibits due to the size of the P.D.F. documents. Following a telephone conference with the E.C.F. help desk, we were advised to seek permission to file a paper copy the declaration in support and exhibits.

    We therefore request permission to file our Declaration in Support and exhibits at the clerk's office in paper form.

[Handwritten annotation: "That's fine w/ me but I'm not sure my new clerk will + seek to avoid to - if that seems appropriate" / "SO ORDERED. Harold Baer, Jr. 4/10/08"]

Respectfully submitted,

Michael H. Joseph, Esq. (MJ8838)

C:   Hillary Fromer, Esq.
     By Fax: 212 788 9776

Endorsement:

    That's fine with me but let's not lose time - more time - my law clerk will call and seek to arrange a telephone conference too if that seems appropriate.