UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

| | |
|---|---|
| ANTHONY MANGANIELLO, | **MOTION FOR SUMMARY** |
| Plaintiff, | **JUDGMENT** |
| -against- | 07 Civ. 3644 (HB) |
| THE CITY OF NEW YORK, DET. LUIS AGOSTINI, individually and as a New York City Police Detective, SHAWN ABATE, individually and as a New York City Police Detective, DEREK PARKER, individually and as a New York City Police Detective, LT. HENRY SCOTT, individually and as a New York City Police Lieutenant, P.O. ALEX PEREZ, individually and as a New York City Police Officer, P.O. MIRIAN NIEVES, individually and as a New York City Police Officer, MICHAEL PHIPPS, individually and as a the Commanding Officer of the 43rd Precinct, JOHN McGOVERN, individually and as a New York City Police Detective Sergeant, ROBERT MARTINEZ, individually and as a New York City Police Detective, GERYL McCARTHY, individually and as a New York City Police Deputy Inspector, | |
| Defendants. | |

------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that upon the annexed 56.1 Statement, dated April 17, 2008; the Declaration of Hillary A. Frommer, dated April 17, 1008 and the exhibits attached thereto; the Memorandum of Law, dated April 17, 2008; and all of the pleadings and papers heretofore had herein, the undersigned will move this Court, before the Honorable Harold Baer, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order, pursuant to the Federal Rule of Civil Procedure 56, granting the motion for summary judgment by defendants City of New York, retired Detective Luis Agostini, retired Detective Shawn Abate, retired Detective Derek Parker, retired Lieutenant Harry Scott (sued herein as "Lt. Henry Scott"), retired Police Officer Alex Perez, retired Police Officer Miriam

Nieves, Inspector Michael Phipps, Lieutenant John McGovern, retired Detective Richard Martinez (sued herein as "Robert Martinez"), and retired Deputy Inspector Geryl McCarthy to dismiss the complaint in its entirety with prejudice on the grounds that (1) the malicious prosecution claim against all defendants fails because plaintiff cannot satisfy his burden to establish each of the four elements against the defendants; (2) plaintiff failed to allege or establish that defendants Lieutenant McGovern, retired Lieutenant Scott, retired Inspector Phipps, and retired Deputy Inspector McCarthy had any personal involvement in plaintiff's criminal prosecution, (3) the individual defendants are entitled to qualified immunity, and (5) plaintiff cannot establish municipal liability against the City of New York.

**PLEASE TAKE FURTHER NOTICE** that plaintiff's opposition papers, if any, shall be served upon counsel for defendants on or before April 29, 2008; and

**PLEASE TAKE FURTHER NOTICE** that defendants' reply papers, if any, shall be served upon plaintiff on or before May 5, 2008.

Dated: New York, New York
April 17, 2008

    MICHAEL A. CARDOZO
    Corporation Counsel of the City of New York
    Attorney for Defendants
    100 Church Street, Room 3-212
    New York, New York 10007
    (212) 788-0823

    By: _____
        Hillary A. Frommer (HF 9286)
        Senior Counsel

Index No. 07 Civ. 3644 (HB)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY MANGANIELLO,

Plaintiff,

-against-

THE CITY OF NEW YORK, DET. LUIS AGOSTINI, individually and as a New York City Police Detective, SHAWN ABATE, individually and as a New York City Police Detective, DEREK PARKER, individually and as a New York City Police Detective, LT. HENRY SCOTT, individually and as a New York City Police Lieutenant, P.O. ALEX PEREZ, individually and as a New York City Police Officer, P.O. MIRIAN NIEVES, individually and as a New York City Police Officer, MICHAEL PHIPPS, individually and as a the Commanding Officer of the 43rd Precinct, JOHN McGOVERN, individually and as a New York City Police Detective Sergeant, ROBERT MARTINEZ, individually and as a New York City Police Detective, GERYL McCARTHY, individually and as a New York City Police Deputy Inspector,

Defendants.

## MOTION FOR SUMMARY JUDGMENT

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
   *Attorney for Defendants City, Agostini, Abate,*
   *Parker, Scott, Nieves, McGovern, Phipps,*
   *Martinez, Perez, and McCarthy*
*100 Church Street*
*New York, N.Y. 10007*

*Of Counsel: Hillary A. Frommer*
*Tel: (212) 788-0823*
*NYCLIS No. 2007-016404*

*Due and timely service is hereby admitted.*

*New York, N.Y. ......................................................, 200......*

*.............................................................................. Esq.*

*Attorney for..........................................................................*