# EXHIBIT A

# Complaint Report

| Field | Value |
|---|---|
| 1 Jurisdiction | NYPD |
| 9 Pct of Report | 43 |
| O.C.C.B. No. | |
| 12 Complaint No. | 2001-043-002412 |
| File No. | 6 |
| Military Time and Date of This Report | Time 1400, 17 Date 02/12/2001 |
| Occurrence on or From | 23 Time 1026, 27 Date 02/12/2001, Day of Week Mon |
| Occurrence Through | Time 1026, Date 02/12/2001 |
| Offense(s) if Any | ASSAULT 1F |
| P.L. Section | 12010 |
| If fire related, structure was | |
| Burglary forced? | |
| DIR Required | No |

## Victim 1

| Field | Value |
|---|---|
| Last | ACOSTA |
| First | ALBERT |
| M.I. | |
| Address | 589 VAN NEST AVENUE, BRONX, NY |
| Apt. No. | 2R |
| Home Telephone | (718)829-4528 |
| Business Telephone | |
| Actions of Victim Prior to Robbery, Larceny or Sex Crimes | |
| Aided Acc. No. | 482 |
| 34 Sex | MALE |
| 35 Age | 30 |
| 37 Race | HISP/WHITE |
| 37A Live Together | No |
| 38 Can Identify | CANNOT IDENTIFY |
| 38A Victim Was Shot/Stabbed | Shot |
| 39 Comp. Rec'vd | RADIO |
| Will View Photo? | |
| Date of Birth | 06/30/1970 |
| Will Prosecute? | |

## Reporter/Witness 1

| Field | Value |
|---|---|
| Reporter | |
| Last | PSNY |
| First | |
| M.I. | |
| Address | |
| Apt. No. | |

| Field | Value |
|---|---|
| Type of Location (Specific) | RESIDENCE NOT APT/HOME |
| Address/Location of Occurrence | 1700 METROPOLITAN AVENUE |
| 41 Sector/Beat/Post of Occ. | K 11 00 |
| 44 Vis by Patrol? | No |
| 53 Pct of Arrest | |
| 56 Arrest No's | |
| 61 Rep. Ag'cy Code | NYPD |
| Det. Sqd. Case No. | 0000000 |
| Vic notified of Crime Vic Comp. Law? | |
| Evidence | SEC ROLL CALL SHEET |
| Voucher No. | K756928 |
| Case Status | Open |
| Unit Referred To | P.D.U. |
| Log No. | 00000 |

## THIS AREA FOR SYSTEM CODE USE ONLY

| 3 Coder ID | 33 Time Code | 40 Loc Code | 45 PD Code | 48 Burg/Larc | 49 Weapon | 50 Clear |
|---|---|---|---|---|---|---|
| | 4 | 11 | 1 0 9 | | Z | 0 |

## Weapon

| Used / Possessed | Type | Color | Make | Calibre | Model |
|---|---|---|---|---|---|
| Used | | | | | |

Description: GUN

| Total No. of Perpetrators | Wanted | Arrested |
|---|---|---|
| 1 | 0 | |

## Wanted/Arrested 1 — Wanted

| Field | Value |
|---|---|
| Name Last | UNK |
| First | |
| M.I. | |
| Address | |
| Apt. No. | |
| Res. Pct. | |

| Sex | Race | Date of Birth | Age | Height | Weight | Eye Color | Hair Color | Hair Length | Accent |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Facial Hair | Glasses | Nickname/Alias - Last, First, MI |
|---|---|---|
| | | |

| Hair Style | Complexion | Body Mark1: Location 1: | Body Mark2: Location 2: |
|---|---|---|---|

Deforms/Peculiars 1:
Deforms/Peculiars 2:
Headgear: Color:
Outerwear: Color:

Other Clothing 1: Color 1:
Other Clothing 2: Color 2:
Footwear: Color:

M.O. Information | Impersonation | NYSID No.

## DETAILS

AT T/P/O RESPONDED TO A RADIO RUN 10-13 IN PROGRESS. UPON ARRIVAL A/O'S FOUND ABOVE LISTED VICTIM IN BASEMENT ROOM LYING FACE DOWN WITH GUNSHOT WOUND TO HEAD. PERP UNK. SGT FARRELL ON SCENE. DET ABATE 043 PDU ON SCENE. CSU RUN #235.
UNIFORM - K756929

PCT COPY

(Continued)

| Complaint Report | 1 Jurisdiction NYPD | 9 Pct of Report 43 | O.C.C.B. No. | 12 Complaint No. 2001-043-002412 | File No. 6 |
|---|---|---|---|---|---|
| Military Time and Date of This Report | Time 1400 | 17 Date 02/12/2001 | Occurrence on or From | 23 Time 1026 | 27 Date 02/12/2001 | Day of Week Mon | Occurrence Through | Time 1026 | Date 02/12/2001 |

| Offense(s) if Any ASSAULT 1F | P.L. Section 12010 | If fire related, structure was | Burglary forced? | DIR Required No |
|---|---|---|---|---|

| Pct. Latent Print Team Yes [X] No | Crime Prevention Survey Yes [X] No | Complaint Report Prepared By BROWN, DEIDRA | Title PAA | Command 43 |
|---|---|---|---|---|
| | Rank POM | Name Printed KALMANOWICZ, KR | Tax Registry No. 901749 | Command 355 |
| | Rank SGT | Supervisor Approving MAZZELLA | Tax Registry No. 913517 | Command 43 |

PCT COPY         ASSAULT 1F-ASSAULT 1o & 2o UNCLASSIFIED         *FINAL COPY*

# EXHIBIT B

PARKCHESTER SECURITY   PAGE 01
Report/Job # 02318

# Parkchester South Condominium
## Security Department

Date: 2-12-01

To: Chief Bellamy

From: Sgt. Ohle

Subject: Patrolman being shot in basement at 1700 Met-A

At 10:15 hrs. a call came over from central that a telephone man called central and told him that there was a man lying down on the basement floor at 1700 Metropolitan Ave. I was in front of 63 m.o. at the time.

I got into my patrol car and I responded to 1700 Met. Ave. When I arrived the porter of the bldg. Walter Cobb directed me to where the man was lying down. When I went into the room I saw that it was one of our patrolman. I saw blood on the right side of his head. I noticed that he had no coat on and that his hat was sitting on a stove. I went outside onto the street and I saw the area car coming, I told him to go and pick up Pann 1 at the office. At about the same time a sector car arrived the time now was about 1020 hrs. Walter Cobb said to me that he had heard about 4 shots and he saw a patrolman walking out of the room where S.P. Acosta was down.

# Parkchester South Condominium
## Security Department

Date : _____

To : _____

From : _____

Subject : _____

HE TOLD ME THAT HE ASKED S.P. MANGANIELLO IF HE HAD HEARD THE SHOTS AND HE REPLIED THAT HE DID NOT HEAR ANYTHING. HE SAID THAT S.P. MANGANIELLO HAD LEFT THE BLDG. HE APPARENTLY WALKED TOWARD LINDEN DRIVE. I SAW HIM COMING FROM THAT DIRECTION WHEN HE WAS RESPONDING AT 10: HRS. THERE WERE NUMEROUS SECTOR CARS ON THE SCENE. S.P. ACOSTA WAS TAKEN TO JACOBI HOSPITAL. GM 1 WAS ON SCENE.

I BROUGHT S.P. BREWER TO THE HOSPITAL FOR SUPPORT. I AND S.P. NIEVES WENT TO THE 43RD PCT. BUT I WAS THE ONLY ONE THAT THEY TOOK A STATEMENT FROM.