# EXHIBIT D

Feb. 12, 2001

Radio Calls

8:35 Central To A.M. Via P.D. Radio Dispute with knife 1700 MA

8:36 '84

8:36 A.M. To A.A. Are you responding. A.A. Negative. What do you have over there.

8:49 A.M. Calls 98

9:36 A.M. Via Telephone To Central ask for information on 14 Met Ovul 66, States Issuing A Summons.

10:19 Telephone Men Via Telephone There is A Man Down in The Basement 1700 Met. Ave.

10:15 Central To A.M. To 1700 Met. Ave. Man Down in Basement A.M. To Met. You relay Message

Message relayed To A.M. by Met. Ovul

10:15 Central To Met Ovul (By Phone) Men Down 1700 Met. Ave. Met Ovul gave it to A.M. and A.A.

10:24 Sgt. Ohle Area Car pickup Park 1

10:25 A.M. Request P.W. To The West Section