# EXHIBIT E

# COMPLAINT - FOLLOW UP INFORMATIONAL
PD 313-081A (Rev. 4-89)-31

| | | |
|---|---|---|
| Crime: INV ASSAULT 1 (GUN) | Pct: 043 | Complaint No: 2412 |
| Date of Orig. Report: 02/12/01 | Date Assigned: 02/12/01 | Date of This Report: 02/12/01 |
| PAGE 1 OF 1 | Unit Reporting: 043 | |

Complainant's Name - Last, First, M.I.: **ACOSTA ALBERT**

---

**DETAILS:**

INVESTIGATE: ASSAULT 1 (GUN)
SUBJECT: CONTENT OF TAPE PROVIDED BY PARKCHESTER SECURITY

1. ON 02/12/01 THE UNDERSIGNED RESPONDED TO 2000 EAST TREMONT AVE BX NY10462 AND SPOKE TO DENNIS B COWAN GENERAL MANAGER FOR PARKCHESTER SOUTH CONDOMINIUM. MR COWAN PROVIDED THE UNDERSIGNED WITH A TAPE OF RADIO TRANSMITTIONS OF PARKCHESTER SECURITY OFFICERS FROM 10;15;10 HOURS 02/12/01 TO 10;21;54 02/12/01. THE CONTENTS ARE AS FOLLOWS.

2. 10;15:10 MANGANIELLO — E/C/D TO PARK 4 REQUESTING 10-08 TO THE WEST.

   CENTRAL — E/C/D YOU HAVE A MAN DOWN IN 1700 COPY.

   CENTRAL — E/C/D COPY

   MANGANIELLO — NEGATIVE CENTRAL

   CENTRAL — RESPOND TO 1700 1700 MET OVAL YOU HAVE A MAN DOWN IN THE BASEMENT.

   MANGANIELLO — E/C/D TO MET OVAL CAN YOU RELAY THE MESSAGE.

   MANGANIELLO — E/C/D TO CENTRAL 10-05

   CENTRAL — E/A/B AND E/C/D AT 1700 REPORT BY TELEPHONE EMPLOYEE A MAN DOWN IN THE BASEMENT.

   TIME ENDING 10:21:54

TAPE VOUCHERE 43 PCT VOUCHER K756936

REPORTING OFFICER: DET
NAME PRINTED: CULLEN

0788