# EXHIBIT F



(52)

CITY OF NEW YORK
**POLICE DEPARTMENT**

A 91828

Name Nieves Miriam E Tax Reg No. 902103

Date Opened 01/27/01 Supervisory Officer Sgt [signature]

Date Closed 5/29/01 Supervisory Officer [signature]

PD 112-145 (3-88)-12

6. Bring any inconsistencies or inaccuracies in paperwork or in prior testimony to the attention of the Assistant District Attorney.

**THE COURT APPEARANCE:**

1. Arrive early.
2. When testifying in uniform, make sure it is clean and pressed. If in civilian clothes, wear business attire (tie and jacket for men).
3. Bring your Activity Log and all reports to court, e.g. lab results, ballistics, in-tox test reports, Miranda Warning Activity Log insert.
4. Have all physical evidence on hand (obtained from Property Clerk.)
5. Insure the presence of required witnesses.

**THE TESTIMONY:**

1. Take the oath solemnly and seriously.
2. Speak clearly and loud enough to be heard by the judge and jury. Turn your body slightly to the jury when speaking.
3. Don't be arrogant when testifying—be professional.
4. Avoid the use of police "jargon."


1250 91
755 WHT PLNS # 15F - 54
1311 55
1324 63
1421 98
1425 2247 NEWBOLD AV # 1
1500 93C / 95 CT
1570 WATSON AVE 10-11
1520 90N


1250 91
755 WHT PLNS # 15F - 54
1311 55
1321 63
1421 98
1425 2247 NEWBORO AV # 1
1500 93C / 95 CT
1570 WATSON AVE 10-11
1520 90N
1540 EOT
MON 2/12/01 0705 x 1540
0705 PFD 43 pct
0710 w/ Sgt Farrell
Assign: F # 1587
w/ PO Perez # 13912
meal 1230 RADIO: 4627
0725 62 X Unit Training
0745 Awaiting RMP
0805 Veh Insp. 75488
GAS 1/2 All else
Normal
0810 98
61 to 1212 Castle Hill Rd
Prisoner meal
0910 98
1015 1700 MET AVE 10-13.
1 PKG MOS SHOT
1050 98