# EXHIBIT L

③

| COMPLAINT - FOLLOW UP INFORMATIONAL PD 313-081A (Rev. 4-89)-31 | Crime Homicide #02/01 | Pct 043 | CCCB No | Complaint No 2412 | Date of This Report 02/12/01 |
|---|---|---|---|---|---|
| Date of Orig. Report 02/12/01 | Date Assigned 02/12/01 | Case No 624 | Unit Reporting 43 D.S. | | Follow-Up No |
| Complainant's Name - Last, First, M.I. P.S.N.Y. for Albert Acosta | | | Victim's Name - If Different | | |

Perpetrator:
Last Name, First, M.I.: Cobb, Walter
Address: 2055 McGraw Ave, Bx, NY  Apt 1A
Home Telephone: 718-863-3342
Position/Relationship: Maintenance
Sex: M  Race: Wht  Date of Birth: 04/20/35  Age: 64

AREA WITHIN BOX FOR DETECTIVE/LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."

DETAILS.

INVESTIGATE: Homicide #02/01
SUBJECT: Interview Walter Cobb
CONTENT: As Follows

1. On 02/12/01 at approximately 1115 hrs the U/S spoke to Walter Cobb regarding what he had seen in relation to the above incident. He stated the following in sum and substance. The witness stated that he has been working at Parkchester for around a year furthermore he stated that he reconizes the Parkchester Officer Manganiello from working at Parkchester and knows him be by face and name for around a year. He stated that he positively reconized Officer Manganiello as the Parkchester Officer that exited the basement at 1700 Metropolitan ave after he heard the gunshots.

2. Walter Cobb said it was around 1010 or so he was walking to the basement entrance and he was next to the basement window while on the sidewalk when he heard 4 shots that were muffled. There was 2 then 2 more. He then approached the basement door when it burst open and a Parkchester Officer came rushing out. It was Manganiello who he saw. I said to him, "I just heard 4 shots" and he said, "So did I". He was excited looking He said to me, "You go that way, pointing up Metropolitan ave towards the Circle and he took off in a hurry. I saw him go up the street towards the Circle and was closing and did not have the key, so I grabbed it to go inside to do my work. I started working on the compactor at the end of the hallway. As I walked into the basement saw a telephone guy working in another open storage room on the left side. I proceeded to the compactor and was starting work when the Verizon guy came to me regarding a locked storage room that he needed to get inside. I opened the door and we both looked inside we didn't see any telephone equiptment so we left the room, but I left the door open. I went on doing my work, then I decided to take a look inside this room. It was about a minute or two later. I saw what looked like a stack of clothing, the room was dark so was using my flashlight and took a closer look. I saw the guy lying down face down a uniform on. His hat and radio was on a stove in the room. I looked close and saw

| | | Page | of | Pages |
|---|---|---|---|---|
| COMPLAINT FOLLOW-UP INFORMATIONAL | Pct | Complaint No | Date of This Report | |
| | 043 | 2412 | 02/12/01 | |

a gunshot wound to the back of his head. I ran out and got the telephone guy (Verizon) and we went back inside the room with him. We then left the room and came outside. I called the security office and there was no answer, I then called 911.

3.  Case active....



PLAINTIFF
EXHIBIT 1
DATE 12/19/07 RPTR PM
DALCO REPORTING

# EXHIBIT M

| COMPLAINT - FOLLOW UP INFORMATIONAL | | | | | |
|---|---|---|---|---|---|
| PD 313-081A (Rev. 4-89)-31 | Crime: HOMICIDE #2 | Pct. 043 | OCCB No. | Complaint No. 2412 | Date of This Report 3/1/01 |
| Date of Orig. Report 2/12 | Date Assigned 2/12 | Case No. 624 | Unit Reporting 43 PDS | | Follow-Up No. |

Complainant's Name: PSNY FOR ACOSTA, ALBERT

**DETAILS:**

Investigate: HOMICIDE

Subject: INTERVIEWED MICHAEL BOOTH

1. On March 1, 2001, at approx. 1110 hrs., Det Martinez and the u/s P/U Michael Booth in front of Pizza Place 1665 Metropolitan Ave and drove him to the 43 Pct..

2. Michael Booth DOB: ▓▓▓▓▓ residing at ▓▓▓▓▓ PH Tel ▓▓▓▓▓ made the following statements. He stated officer Manganiello approached him one time when he was sitting in his truck by the bank next to Macy's and asked him if he had a rod. Michael told him it's a big rap for a small price if he sold him one. Michael has seen Manganiello numerous times around the nieghborhood and pizzaria.

3. Michael Booth cell# ▓▓▓▓▓

4. See attach statements from Michael Booth.

5. Case active.

0849

REPORTING OFFICER: Det — Luis R. Agostini — COMMAND 043

DEFENDANT/SU[BJECT]/WITN[ESS]  ███  [3]RD DETECTIVE SQUAD
"STATEMENT"

# POLICE DEPARTMENT
# CITY OF NEW YORK

PAGE __1__ OF __1__    G15/CASE# __2412/62[4]__

DATE: __3/1/01__ TIME: __1140 hr__

THIS IS TO CERTIFY THAT I: __Michael Anto__    DATE OF BIRTH: ███

SOCIAL SECURITY #: ███    DRIVERS LIC#

RESIDING AT: ███    APT #: ███ TELEPHONE #: ███

HAVE BEEN ADVISED OF MY CONSTITUTIONAL RIGHTS AND I UNDERSTAND THEM FULLY. THE DETECTIVES HAVE TREATED ME FAIRLY AND I AM MAKING THE FOLLOWING STATEMENT:

Magualik came to me about 1 month ago for a rod. I said that I didnt full with that stuf its a big rap for a little price - I could only understand that he was looking for a gunn.

X Michael Anto  3/1/2001
12/10 pm

Det ███
Det ███ Martinez
43 D.S. Sh 1971

0851

# EXHIBIT N

| | |
|---|---|
| **COMPLAINT - FOLLOW UP INFORMATIONAL** PD 313-081A (Rev. 4-89)-31 | Crime: HOMICIDE #2 — Pct. 043 — OCCB No. — Complaint No. 2412 — Date of This Report: 3/1/01 |
| Date of Orig. Report: 2/12 | Date Assigned: 2/12 — Case No. 624 — Unit Reporting: 43 PDS |
| Complainant's Name: PSNY FOR ACOSTA, ALBERT | |

DETAILS:

Investigate: HOMICIDE

Subject: MICHAEL BOOTH VIEWED PHOTO BOOK

1. On March 1, 2001, at approx. 1405 hrs., Michael J. Booth viewed a book of photos consisting of white males and he picked out Anthony Manganiello as the person looking for a rod (gun).

2. Case active.

0852

REPORTING OFFICER: Det — SIGNATURE — NAME PRINTED: Luis R. Agostini — COMMAND: 043

# EXHIBIT O

| COMPLAINT - FOLLOW UP INFORMATIONAL | | | | | |
|---|---|---|---|---|---|
| PD 313-081A (Rev. 4-89)-31 | Crime: HOMICIDE #2 | Pct. 043 | OCCB No. | Complaint No. 2412 | Date of This Report 2/27/01 |
| Date of Orig. Report 2/12 | Date Assigned 2/12 | Case No. 624 | Unit Reporting 43 PDS | | Follow-Up No. |

Complainant's Name - Last, First, M.I.: **PSNY FOR ACOSTA, ALBERT**

DETAILS:

    Investigate:    HOMICIDE

    Subject:    INTERVIEWED CHRIS TARTARONE

1. On February 27, 2001, at approx. 2205 hrs., Det Deleo and the u/s interviewed Chris Tartarone DOB: ▇▇▇▇ SS# ▇▇▇▇ ▇▇▇▇ at the 43 Pct. He stated Officer Manganiello came to his Pizza shop (Pizza Place) and was asking people if they were selling a gun. Chris stated Officer Manganiello had a gun book in hand. Chris states a friend of his named Mike Boot told him that Officer Manganiello asked him if he was selling an illegal gun. Mike then told him he could get in alot of trouble and could get 20-25 years. Chris states Officer Manganiello comes to his Pizza shop maybe once a month. Chris states Mike Boot drives a white truck with tinted windows and he is also the nieghborhood loan shark. Chris states he will be in on Thursday at around 12 noon.

2. Chris Tartarone wrote a statement on the above incident (see attach).

3. The u/s showed Chris Tartarone a photo book consisting of white males and he picked out Anthony Manganiello as the person who went to his Pizza shop and asked for a gun.

4. Case active.

0845

REPORTING OFFICER: Det     NAME PRINTED: Luis R. Agostini     COMMAND: 043

DEFENDANT/SUBJECT/WITNESS
STATEMENT

**POLICE DEPARTMENT**
**CITY OF NEW YORK**

DETECTIVE SQUAD

PAGE 1 OF 1

GJS/CASE# ___/___

DATE: 2/27/01 TIME: 22:15

THIS IS TO CERTIFY THAT I: Chris Tartarone  DATE OF BIRTH: ▓

SOCIAL SECURITY #: ▓  DRIVERS LIC# ▓

RESIDING AT: ▓  APT #: ▓  TELEPHONE #: ▓

HAVE BEEN ADVISED OF MY CONSTITUTIONAL RIGHTS AND I UNDERSTAND THEM FULLY. THE DETECTIVES HAVE TREATED ME FAIRLY AND I AM MAKING THE FOLLOWING STATEMENT:

I Chris Tartarone owner of the Pizza Place 1665 Metropolitan Ave to my best of my ability officer Magnaniello come to my pizza shop with a gun book and sat down with a guy and I overheard that he was asking if he knew anyone who was selling guns. I friend of my name Mike Booth told me he had asked him if he knew someone who was selling a gun too he meaning Magnaniello.

X Chris Tartar
2-27-01
10:25 PM

Det [signature]
Det J.D.L.

+ Mike Booth say Magnaniello had asked him if he knew anyone knew of where he could buy an illegal gun and Mike answer him that he could get in more trouble than him.

X Chris Tartar
2-27-01
10:35 P.M.

Det [signature]
Det J.D.L.

0846

# EXHIBIT P



# REQUEST FOR LABORATORY EXAMINATION
PD 521-161 (Rev. 9-89)-95
(See instructions on last copy)

**POLICE DEPARTMENT**
**CITY OF NEW YORK**

| INVESTIGATING/ARRESTING OFFICER (Print) | | TAX REG. No. | COMMAND | COMP./CASE No. | PCT. | PROP. CLK. INV. No. |
|---|---|---|---|---|---|---|
| Rank | Name (Surname, First, M.I.) | | | | | |
| DET | ABATE, S. | 887084 | 43 PDS | 2412/ 624 | 43 | K757238 |

| OFFENSES | COMPLAINANT (Name) |
|---|---|
| HOMICIDE | P.S.N.Y. FOR ALBERT ACOSTA |

| DATE/TIME OF OCCURRENCE | ADDRESS OF OCCURRENCE | TYPE OF PREMISES |
|---|---|---|
| 02/12/01 @ 1045 | 1700 METROPOLITAN AVE | BUILDING |

**DEFENDANT/SUSPECT**

| Name | Arrest No. | Pct. | NYSID No. | Sex | Color | Age | Height | Weight |
|---|---|---|---|---|---|---|---|---|
| MANGANIELLO, ANTHONY | | 045 | | M | W | 38 | | |

**DETAILS OF OFFENSE** (Include Relationship of Evidence to Case. When necessary, Include physical description of complainant.)

At T/P/O C/W was shot in head causing his demise.

**EVIDENCE SUBMITTED**

| Item No. | Description | Ident. Marks | Where Obtained |
|---|---|---|---|
| 1 | Super X alleged .22 cal brass shell | | 1700 Met. Ave storage room. |

**TYPE EXAMINATION REQUESTED** (Purpose of Request)

BALLISTICS

HAS OTHER EVIDENCE IN THIS CASE BEEN PREVIOUSLY SUBMITTED? ☒ Yes ☐ No
Check section and give case no., if known.
☐ Lab Case No. _____   ☒ Crime Scene No. 01/235   ☐ Ballistics Unit No. _____   ☐ Bomb Squad No. _____

IS THERE A PREVIOUS CASE WHERE EVIDENCE CAN BE COMPARED WITH THIS CASE?
☐ Yes ☒ No   If Yes, Complaint No. _____   Pct. _____   Lab. Number(s) _____

**REMARKS:** (Any Information That May Aid in Analysis)

MEMBER SUBMITTING EVIDENCE

| Rank | Name | Tax Reg. No. | Cmd. |
|---|---|---|---|
| DET | S. ABATE | 887084 | 43 PDS |

**LABORATORY USE ONLY**

☐ CRIM  ☐ ARSON  ☐ SER
☐ DOC   ☐ BAL    ☐ IDTU

Laboratory No. _____   Date _____   Received by _____

WHITE AND PINK COPIES—POLICE LABORATORY        BLUE COPY—PRECINCT FILE COPY

# EXHIBIT Q

| | | | | | |
|---|---|---|---|---|---|
| COMPLAINT - FOLLOW UP INFORMATIONAL PD 313-081A (Rev. 4-89)-31 | Crime: HOMICIDE #2 | Pct. 043 | OCCB No | Complaint No 2412 | Date of This Report 4/7/01 |
| Orig. Report 2/12 | Date Assigned 2/12 | Case No 624 | Unit Reporting 43 PDS | | Follow-Up No. 07 |
| Complainant's Name: PSNY FOR ACOSTA, ALBERT | | | Victim's Name - if Different | | |

[Form fields blank]

DETAILS:

Investigate: HOMICIDE #2

Subject: INTERVIEW MARK A DAMON

1. On April 5, 2001, at approx. 1645 hrs., the u/s was present at ADA Christine Scaccia's office (Bronx Criminal Court) and Mark A Damon DOB:01/10/84 17 yrs old residing at 1491 Metropolitan Ave Tel#718-597-3519 was interviewed. Mark stated with permission from aka Murdoch he sold a .22 cal auto hand-gun to a security guard back on January 2001. He sold it for $75.00 USC He stated the guard was a male white/Italian, heavy set with a thick mustache.

2. During the above interview the following person were present:
   * Det Derrick Parker GIU
   * ADA Scaccia
   * Terrance Alston AKA Murdoch

. Case active.

JERRY SMITH RESIDES AT SAME ADDRESS

| RANK Det | SIGNATURE | NAME PRINTED Luis R Agostini | TAX REG NO 889648 | COMMAND 043 |
|---|---|---|---|---|