# EXHIBIT W

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X
ANTHONY MANGANIELLO,

        Plaintiff,

-against-                    Index No.
                              07 Civ. 3644(HB)

THE CITY OF NEW YORK, DET. LUIS AGOSTINI,
individually and as a New York City Police
Detective, SHAWN ABATE, individually and as a
New York City Police Detective, DEREK PARKER,
individually and as a New York City Police
Detective, LT. HENRY SCOTT, individually and as a
New York City Police Lieutenant, P.O. ALEX PEREZ,
individually and as a New York City Police
Officer, P.O. MIRIAN NIEVES, individually and as
a New York City Police Officer, MICHAEL PHIPPS,
individually and as a the Commanding Officer of
the 43rd Precinct, JOHN McGOVERN, individually
and as a New York City Police Detective Sergeant,
ROBERT MARTINEZ, individually and as a New York
City Police Detective, GERYL McCARTHY,
individually and as a New York City Police
Deputy Inspector,

        Defendants.
- - - - - - - - - - - - - - - - - - - -X
                      December 19, 2007
                      10:17 a.m.

    DEPOSITION of DETECTIVE RICHARD MARTINEZ



DALCO Reporting, Inc.
court reporting • legal video • videoconferencing
170 Hamilton Avenue, White Plains, NY 10601
914.684.9009  Fax 914.684.6561  212.679.6095
800.DAL.8779  dalcoreporting.com

DETECTIVE RICHARD MARTINEZ

29

1   A.   Detective Agostini.

2   Q.   Did you ever testify before a grand
3   jury that indicted Mr. Manganiello?

4   A.   I was thinking about that. Nothing
5   to my recollection. I don't think I -- no. Not
6   to my recollection that I testified.

7   Q.   Did you ever speak with Christine,
8   A.D.A Christine Sacca, concerning the
9   investigation into the murder of Albert Acosta?

10  A.   Again, not to -- yeah, no. Not to
11  my recollection, no.

12  Q.   Let me direct your attention back to
13  the day of Mr. Acosta's murder.

14  A.   Uh-huh.

15  Q.   On February 12th, 2001, did you have
16  a memo book?

17  A.   No.

18  Q.   Did you have any kind of book which
19  you used to keep notes?

20  A.   Yes.

21  Q.   What did you have?

22  A.   It's just a spiral pad.

23  Q.   Okay. And what kind of information
24  did you put in that spiral pad on February 12th,

DETECTIVE RICHARD MARTINEZ

102

```
 1    with the Verizon employee, did the Verizon
 2    employee tell you that he wore an earpiece?
 3         A.    Yes.
 4         Q.    Drawing your attention to
 5    Plaintiff's Exhibit 6, which is the DD-5
 6    concerning your interview with Police Officer
 7    Ortiz.  According to this DD-5, did either Police
 8    Officer Ortiz or Rodriguez tell you what time
 9    they responded to Apartment 5E?
10         A.    No.
11         Q.    Did either of them tell you what
12    time they left Apartment 5E?
13         A.    No.
14         Q.    Did they tell you what time Mr.
15    Manganiello left Apartment 5E?
16         A.    No.
17         Q.    Okay.  Now, Detective Martinez, did
18    you fabricate any statements or evidence in your
19    investigation of the homicide?
20         A.    No.
21         Q.    Did you withhold any information
22    concerning the investigation from the District
23    Attorney's Office?
24         A.    No.
```



DETECTIVE RICHARD MARTINEZ

103

1     Q.    Did you falsify any information
2 about the homicide of Albert Acosta?
3     A.    No.
4     Q.    Did you coerce any witness to
5 testify against Mr. Manganiello?
6     A.    No.
7     Q.    Did you coerce any witness to make a
8 statement in this case?
9     A.    No.
10     Q.    Did you threaten any witness to
11 testify against Mr. Manganiello?
12     A.    No.
13     Q.    Did you threaten any witness to make
14 a statement?
15     A.    No.
16     Q.    Okay.
17     MS. FROMMER: I'm done.
18     MR. JOSEPH: Some follow-ups.
19     MS. FROMMER: Sure.
20
21 FURTHER EXAMINATION BY
22 MR. JOSEPH:
23     Q.    Sir, the Verizon individual, did he
24 have an earpiece in one ear or both ears?

114

1      C E R T I F I C A T I O N

2

3    STATE OF NEW YORK         )

4                              )   ss.

5    COUNTY OF PUTNAM          )

6              I, RAYMOND ROGENER, JR., Court

7    Reporter and Notary Public within and for the

8    County of Putnam, State of New York, do hereby

9    certify:

10             That I reported the proceedings that

11   are hereinbefore set forth, and that such

12   transcript is a true and accurate record of said

13   proceedings.

14             AND, I further certify that I am not

15   related to any of the parties to this action by

16   blood or marriage, and that I am in no way

17   interested in the outcome of this matter.

18

19             IN WITNESS WHEREOF, I have hereunto

20   set my hand.

21

22         

23        RAYMOND ROGENER, JR.

24           Court Reporter