EXHIBIT **2**

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ---------------------------------------------X
     Mario Manganiello,
3
                              PLAINTIFF,
4
                    -against-
5
     THE CITY OF NEW YORK, a municipal corporation,
6    Commanding Officer of the 43rd precinct, Michael
     Phipps, individually and as a New York City Police
7    Commander, Deputy Inspector McCarthy individually
     and as New York City Police Inspector, Lieutenant
8    Harry Scott individually and as a New York City
     Police Lieutenant, Sergeant Chris Napolitano
9    individually and as a New York City Police
     Sergeant, Lieutenant John McGovern individually
10   and as a New York City Lieutenant, Detective
     Joseph Dileo (Id. No. 912509) individually and as
11   a New York City Police Detective, Detective Shawn
     Abate (Id.No.: 887084) individually and as a New
12   York City Police Detective, Detective Louis
     Agostini (Id.No. 889648) individually and as New
13   York City Detective, PO Nathaniel Anthony (Id.No.:
     3172) individually and as a New York City Police
14   Officer, PO Mario Peri (Id.No..:16404) individually
     and as a New York City Police Officer, PO Keith
15   Walker (Id.No.:16610), PO Joseph Caciano
     individually and as a New York City Police
16   Officers JOHN and JANE DOES, individually and as
     New York City Police Officers, the number and
17   identity of whom is presently unknown, and RICHARD
     and ROSE ROES, New York City Supervisory Police
18   Personnel individually and as New York City Police
     Supervisory Officers,
19
                              DEFENDANTS.
20   ---------------------------------------------X

21                    DATE: November 9, 2004

22                    TIME: 10:20 a.m.

23

24            (Continued on next page.)

25

MANGANIELLO                                           44

1     the detective squad is to the left either.  I know

2     we're up to the second floor I was following the

3     lieutenant and then he led us into the squad

4     office and then he directed me to where my brother

5     was sitting so I really don't know which way once

6     we got up to the second floor I went.

7          Q.    When you first saw your brother was he

8     sitting at a table?

9          A.    Yes.

10         Q.    Was he handcuffed?

11         A.    No, I don't believe he was, no.

12         Q.    How did he look to you when you first

13    walked in?

14         A.    He looked very upset, he looked a bit

15    disheveled, he had no uniform, he had no shirt on

16    I should say and he was sitting there in a T shirt

17    and he had attached to his chest, I don't know

18    what they call it but they looked like the sensors

19    for the EKG monitors attached to him or I should

20    say the stickers that they use to hold him down.

21         Q.    I'm sorry?

22         A.    I think it was actually the gluey

23    stickers that they use to attach the monitors he

24    still had stuck to him.

25         Q.    When you say that he looked upset can

1      and at that point I was contacting his attorney

2      and I told him to stop any questioning.

3          Q.    What did Lieutenant Scott say, if

4      anything, to you?

5          A.    He didn't have much to say at all

6      actually.  He just kind of shrugged his shoulders

7      and walked away and that's when I went downstairs

8      and called our attorney.

9          Q.    Who did you call?

10         A.    I called Richard Ross.

11         Q.    Did he represent your brother in the

12     criminal proceedings?

13         A.    In the very early stages of it, yes.

14         Q.    You said he's your family attorney?

15         A.    I called our attorney, he's not really a

16     family attorney, he's just an attorney that I

17     called.

18         Q.    Have you used him before?

19         A.    No.

20         Q.    Where was your father when you went out

21     to speak to Lieutenant Scott after seeing your

22     brother?

23         A.    He came down with me I believe.

24         Q.    How long did you speak to your brother

25     for at that point?

1      during this conversation between Mr. Ross and your

2      brother and you?

3          A.    No.

4          Q.    Up to that point did anybody else

5      respond from the family to the precinct?

6          A.    No.

7          Q.    When Ross was speaking to your brother

8      what was your brother's demeanor?

9          A.    See he was visibly upset.

10          Q.    Was he crying?

11          A.    He was very near crying.

12          Q.    Can you be a little bit more specific.

13          A.    You could say he was flushed, he was

14      upset about being there, about everything that had

15      happened.

16          Q.    And then what happened after your

17      brother had told Ross what had happened thus far?

18          A.    I think at that point Mr. Ross got up,

19      we went back out to speak with Lieutenant Scott,

20      Mr. Ross asked the lieutenant what the status was

21      of the case and at that point Lieutenant Scott

22      told him that he was being held in the

23      investigation, that he was going to be processed

24      later on that afternoon.

25          Q.    Did you say anything in response to

1      find out if I can go back up.

2              Q.    Do you know the desk sergeant's name?

3              A.    I honestly don't remember.

4              Q.    Male or female?

5              A.    It was a male.

6              Q.    Race?

7              A.    White.

8              Q.    Do you know the shield number?

9              A.    No.

10             Q.    Okay.

11             A.    I agreed to wait a while, at that point

12     I went back outside and I was getting ready to go

13     back into the car and then Lieutenant Scott came

14     outside.

15             Q.    Outside of the precinct?

16             A.    Outside of the precinct and.

17             Q.    Were you in your car at that point?

18             A.    No, I was just getting ready to go into

19     the car because I was getting ready to light

20     another cigarette actually and I was about to

21     smoke myself and I remember lighting a cigarette

22     while he was standing there and he approached me,

23     he says you know, this didn't have to go this way

24     and I said how do you mean, he says, he goes

25     you're a cop, he said to me, now you got your

```
 1      brother lawyered up and I'm looking and he says
 2      let me ask you, what's the first thing that comes
 3      to your mind when somebody lawyers up and I said
 4      how do you mean, Lieutenant, he goes your
 5      brother's in here, we're just talking to him,
 6      we're trying to get some information about what
 7      happened, some guy that works with him got shot,
 8      he goes and you think that your brother would want
 9      to cooperate but instead he goes, you get a
10      lawyer, what are we supposed to think.  I said to
11      him well, I'll tell you the truth, Lieutenant,
12      quite frankly you weren't exactly forthright when
13      I came, you told me when he got here my brother
14      was assisting you and cooperating in the
15      investigation, it was very clear to me when I got
16      there that wasn't the case, you already had him
17      targeted as a suspect and you were treating him
18      like one so let me ask you if you were in my
19      position what would you have do so you mean to
20      tell me that because we exercised our rights now
21      that my brother is going to be looked at harder
22      now as a suspect, he goes what I'm trying to tell
23      you is that it doesn't look like good.  I said
24      well, Lieutenant, I apologize, I'm sorry you feel
25      that way but I have to do what's in the best
```

1        Q.     But do you know or don't you know?

2        A.     You mean the names of the streets

3    themselves?

4        Q.     Yes.

5        A.     No, I don't know.

6        Q.     Did there come a time when you got off

7    of White Plains Road?

8        A.     Did there come a time when I got off?

9    How do you mean?

10       Q.     Did you get off a different street?  You

11   said you were driving on White Plains Road.  Did

12   you thereafter turn on to a different street?

13       A.     I was on White Plains Road, I never got

14   an opportunity to get any further than I think

15   Bronxwood Avenue.

16       Q.     Does that intersect with White Plains

17   Road?

18       A.     I think so, yeah.

19       Q.     Why didn't you get an opportunity to go

20   any further than Bronxwood Avenue?

21       A.     I was stopped by the police.

22       Q.     Prior to your stop from the time you

23   left the precinct to the time that you were

24   stopped by the police did you stop anywhere?

25       A.     No.

1  certain area of the Parkchester South

2  Condominiums?

3       A.    They're assigned, I guess they're

4  assigned certain sectors, I didn't know where

5  specifically he was working that day.

6       Q.    Prior to February 12, 2001 had you ever

7  visited Anthony at work while he was at

8  Parkchester South Condominiums?

9       A.    Maybe once or twice in the past, long in

10 the past.

11      Q.    You said the central office is on

12 Tremont Avenue.  Do you know the names of any of

13 the streets that the Parkchester South

14 Condominiums are on?

15      A.    I happen to know that one of them is

16 Metropolitan Avenue.

17      Q.    Any others?

18      A.    They encompass a very large area, I

19 don't know what their boundaries really are but I

20 know Metropolitan Avenue is one, I can't tell you

21 for certain, think that there's certain buildings

22 along Tremont Avenue but I can't be certain on

23 that.  Other than that I'm really not very

24 familiar with the area.

25      Q.    Are there any landmarks or restaurants

1    around the Parkchester South Condominiums that

2    you're familiar with?

3         A.    I'm familiar with they call it the

4    Metropolitan Oval, that's about the only one that

5    I know.

6         Q.    What is the Metropolitan Oval?

7         A.    I guess it's a circle in the middle of

8    the Parkchester I guess, one of their main roads.

9         Q.    Is it a roadway?

10        A.    Yes.

11        Q.    When you left the precinct did you know

12   that you were going to end up driving by where

13   your brother's car was parked?

14        A.    No, I didn't.

15        Q.    Did you know where his car was parked?

16        A.    No, I had no idea.

17        Q.    When did you realize that you were

18   driving past your brother's car?

19        A.    As I was driving along White Plains Road

20   I noticed a group of police officers and one or

21   two sector cars along the street and as I was

22   driving by my attention turned towards the police

23   officers and I looked and I noticed that they

24   seemed to be huddled around my brother's car at

25   that point and I really had no idea that it was

MANGANIELLO                                    87

1    parked there, it was just happenstance to drive

2    by.

3         Q.    What's the name of your brother's car

4    that you're referring to?

5         A.    Nissan Maxima.

6         Q.    Do you know the year?

7         A.    '98 I think.

8         Q.    What's the color?

9         A.    Black.

10        Q.    How many doors?

11        A.    Four-door.

12        Q.    On February 12, 2001 were you in

13   possession of keys to the Nissan Maxima?

14        A.    No, I was not.

15        Q.    What do you mean that there were police

16   officers huddled around your brother's car?

17        A.    There was police activity around the

18   car.

19        Q.    Can you describe it.

20        A.    Three or four cops standing around, a

21   couple of sector cars double parked in the street.

22        Q.    These cars were marked?

23        A.    Yes.

24        Q.    When you say they were double parked

25   were they double parked up against your brother's

1    Road, I think.  I get them confused because

2    there's another road in Westchester County called

3    White Plains Post Road so I'm not sure if it goes

4    by the same name or not.

5        Q.    Do you know if there's a White Plains

6    Post Road in the Bronx?

7        A.    I really know it as White Plains Road,

8    I'm not certain if it uses that other part.

9        Q.    And after passing your brother's car

10   approximately how far did you travel before you

11   were stopped by the police?

12       A.    Quarter of a mile I guess give or take.

13       Q.    How long did it take you to travel that

14   quarter of a mile before you were stopped?

15       A.    Couldn't have been more than a minute or

16   so.

17       Q.    How did you know that you were being

18   pulled over by the police?

19       A.    Marked cars come up behind me with

20   lights and sirens.

21       Q.    How many?

22       A.    A few.

23       Q.    How many?

24       A.    A few.

25       Q.    I'm not sure if I asked you but do you

1    know approximately what time it was when you

2    passed by your brother's car?

3         A.    Couldn't have been more than five or ten

4    minutes after I left the precinct so quarter to

5    three, 2:40, quarter to three, ten of, around

6    there somewhere.

7         Q.    When you were being pulled over where

8    were the marked vehicles in relation to you right

9    before you actually pulled over?

10        A.    Well, there were several cars, they all

11   kind of converged on me.  They came from behind,

12   there was another car that was off to the side,

13   there was an unmarked that swooped around in front

14   of me to block me off, I think there was one other

15   car that came in from the opposite direction and I

16   remember coming to a stop and the only thing I

17   recall seeing was officers coming out of their

18   cars with their guns drawn.

19        Q.    What do you mean there was a car coming

20   from the opposite direction?

21        A.    Coming southbound on W.

22   towards me.

23        Q.    How long did it take y.

24   the side of the road after you f

25   police cars surrounding you?

*TRI-STAR REPORTING {631-224-5054} ******* SUI*

MANGANIELLO                                              104

1        A.    Parallel to me?

2        Q.    Yes.

3        A.    I don't recall seeing a car driving

4    parallel to me.

5        Q.    Tell me what happened immediately after

6    you stopped the car.

7        A.    I had put the window down, I placed the

8    car in park, I put the window down and I'm looking

9    in the rear view mirror and I'm seeing the

10   officers in a crouched position behind their car

11   at gunpoint ordering me to place my hands outside

12   the car window and not to move.  The only thing

13   that I could think of doing at that time was

14   telling them that, I was shouting through the car,

15   I just said I just came from your precinct and I

16   yelled over to them that I was a police officer

17   and I had just come from their precinct and all

18   they kept doing was telling me not to move, keep

19   your hands out of the car and then a few moments

20   later they approached me, they opened the door,

21   they grabbed me by my arms, pulled me out of the

22   car, put my arms over the hood of the car, a few

23   officers went over to the passenger side, pulled

24   my dad out of the car, did the same thing to him

25   and they began to search me and all along I was

MANGANIELLO                                    112

1       what's the matter.

2              Q.    Where was your firearm on your person?

3              A.    My pocket.

4              Q.    Which pocket?

5              A.    Right front pocket.

6              Q.    Which article of clothing?

7              A.    My pants.

8              Q.    I think you indicated your badge was in

9       your wallet, right?

10             A.    Yes.

11             Q.    Did you observe what the officers did

12      with your firearm at the scene?

13             A.    Well, at some point a little bit later

14      Detective Agostini and Abate arrived on the scene

15      along with a female in plain clothes who

16      identified herself as a deputy inspector.

17             Q.    What was her name?

18             A.    She told me her name was McCarthy.

19             Q.    But what does that have to do with the

20      firearm?

21             A.    When the officer retrieved the gun he

22      walked back to his car.

23             Q.    Is this one of the two who retrieved the

24      gun?

25             A.    The one that stopped me initially.

1         A.      He was a tall fellow, he was about six

2    feet, male white, I recall he had a turtleneck on

3    for his uniform and like a dark, not dark but like

4    a reddish kind of brown hair.

5         Q.      Do you know what his name was?

6         A.      I can't remember.

7         Q.      How about his shield number?

8         A.      No.

9         Q.      Approximate age at the time?

10        A.      Late 20s maybe, early 30s.

11        Q.      How about the patrol sergeant,

12   approximately what was his age?

13        A.      I would say he was in his early to mid

14   30s.

15        Q.      I don't think I inquired but the two

16   officers that initially took you out of the car,

17   what were their approximate ages?

18        A.      They seemed to be in their mid 20s.

19        Q.      What was their rank?

20        A.      They were police officers.

21        Q.      Where were you standing when you spoke

22   to the patrol sergeant?

23        A.      I'm sorry?

24        Q.      Where were you standing when you spoke

25   to the patrol sergeant?

MANGANIELLO                                                118

1        A.    I was standing outside the car.

2        Q.    Were your hands still up on the roof of

3   the vehicle?

4        A.    No, at that point I had turned around

5   and I was leaning up against the car.

6        Q.    Were you handcuffed?

7        A.    No.

8        Q.    When you were taken out of the car were

9   you hurt physically?

10       A.    No, I mean I was manhandled but I

11  wouldn't say that I was physically hurt.

12       Q.    What do you mean by manhandled?

13       A.    They pulled me out by my arms and they

14  were a little abrupt and aggressive placing me

15  over the hood of the car.

16       Q.    They put your hands on the hood of the

17  car?

18       A.    It was the two officers.

19       Q.    Is it the roof or hood of the car?

20       A.    I meant to say the roof of the car,

21  maybe I misspoke.

22       Q.    What do you mean they were abrupt?

23       A.    Well, they were aggressive in their

24  approach, they pulled me out of the car, they

25  grabbed me by my arms, they ordered me to turn

MANGANIELLO                                    119

1      around and they were forceful in their actions and

2      they placed my hands over the hood of the car and

3      then, you know, the one foot came in between my

4      two to keep my legs apart and they had to frisk me

5      and search me.

6          Q.    Did you feel like that was

7      inappropriate?

8          A.    I did because I didn't know the reason

9      why they had stopped me and I didn't believe that

10     I had committed any traffic infractions and in

11     particular the entire time I identified myself as

12     a police officer and I thought I was being

13     cooperative with them from the moment they had

14     stopped me so I was actually surprised and puzzled

15     about the entire thing.  I couldn't understand why

16     they stopped me.

17         Q.    The way they took you out of the car

18     though you didn't understand why they were doing

19     what they were doing was it inappropriate in the

20     way that they took you out of the car?

21             MR. WOLTHER:   Objection as to form.   You

22         can answer.

23         A.    I believe it was inappropriate, yes.

24         Q.    How?

25         A.    Because there was no reason for them.

1        Q.      Besides --

2        A.      What's inappropriate is the fact they

3    pulled me out of the car to perform a search of my

4    person for no clear reason, there was no laws that

5    were broken, there were no violations committed.

6    I can't go to work and pull people out of their

7    cars because I am at a traffic stop and just

8    search them and manhandle them.   That's not

9    appropriate police behavior.

10       Q.     Did they cause you physical injury the

11   way they touched you?

12       A.      It didn't cause me physical injury but

13   it was aggressive and I was manhandled.

14       Q.      Immediately after speaking to patrol

15   sergeant you came to McCarthy next?

16       A.      Yes.

17       Q.     Do you know where she came from?

18       A.      I have no idea.  She was in a marked

19   car, she pulled up on the scene and her and

20   Sergeant McGovern were there at the same time.

21   Whether they came in the same car I don't know but

22   they arrived at the same time.

23       Q.     Who is Sergeant McGovern?

24       A.      I guess he's one of the sergeants

25   assigned to the detective bureau at the 43.

MANGANIELLO                                    130

1          Q.     The parts where she didn't do the

2     talking what was said to you?

3          A.     Actually she did all of the talking.

4     Let me rephrase that, I apologize.

5          Q.     Did she ask you any additional questions

6     other than which you spoke about today?

7          A.     At that point I asked her what it was

8     that I was being stopped for and she had no answer

9     for me, she goes you know we're conducting an

10    investigation into a shooting, I understand that,

11    I was at the precinct for a couple of hours with

12    my brother and I met Lieutenant Scott, what does

13    this have to do with me, well, we'd like you to

14    come back with us, I asked why you need me to come

15    back, we need you to come back with us so

16    Inspector, is there any reason why I can't go home

17    and she goes I don't think that's going to work

18    right now.

19               I asked am I under arrest, she goes

20    really technically you're not, I said then I'm

21    free to go, not exactly was her response.  I said

22    if I'm not free to go, Inspector, then I have to

23    presume that I'm under arrest, like I said

24    technically.  Inspector, what am I being charged

25    with, well, at this point I can't say, the

1      matter's under investigation, then I asked her, I

2      said Inspector, I'll tell you what, I said I don't

3      know what it is that you need me for, what you

4      want, I know right now you're in possession of my

5      firearm, you also have my identification, I said

6      I've committed no crime that I'm aware of, no

7      vehicle infraction I was aware of, I was at your

8      station house for the better part of the morning

9      into the afternoon, I said I just left, I was in

10     contact and spoke with Lieutenant Scott who

11     apprised me of the investigation what's going on,

12     I said my brother's currently in custody, what is

13     it that you want from me, I said I have no

14     involvement in the matter other than coming down

15     to the station out of concern for my brother.  I

16     said at this point I need to get my dad home

17     because he needs to take his medication because he

18     has some physical ailments, he needs to have his

19     medicine and he hasn't had it all day long.  He

20     was standing in the freezing cold for almost 40,

21     45 minutes, you have my father in poor health and

22     you have yet to explain to me the reason I'm being

23     stopped, if I'm not under arrest I'm getting back

24     into my car and I'm going home.

25             At that point I started to walk over

MANGANIELLO                                    132

1    towards the car and that's when Detective Abate

2    grabbed my arm with one of the officers and they

3    stopped me and then she turned to me and said who

4    is your commissioner at the Mt. Vernon Police

5    Department and I told her the name of my

6    commission and at the time it was Gertrude

7    Laforgis and the inspector's response to me is

8    that if I'm not mistaken Gertrude was once the CO

9    of the 43rd, I don't think she'll be too happy to

10   hear about you not wanting to cooperate with us.

11   At that point I responded to her and I said it has

12   nothing to do with not wanting to cooperate with

13   you, you're telling me that I have to come back

14   with you and I can't go home so as far as I'm

15   concerned I'm under arrest.  Unless you tell me

16   what I'm charged with I have to reason, however

17   for the sake of cooperation what I will do and I

18   will offer to do if you allow me to drive my dad

19   home, drop him off at home so he can take his

20   medication and he could do what he has to do I

21   will gladly return with you, I will turn back to

22   the station either by myself or accompanied by one

23   of your officers, just to have my father here I'm

24   really concerned for his health.  She says that's

25   not going to work, we'll take him back, we'll give

him whatever he needs.  Are you telling me whatever I can't go, she goes I need you to get back with us.

At that point McGovern and one other detective escorted me on either side of me and placed me inside of one of the unmarked police cars and drove me to the station.  My father went into a separate car, not knowing what happened or why he was being brought back to the station and we were brought back to the detective squad's office.

Q.    Let's hold on right there.  You said that when McCarthy was speaking to you you walked toward your car; is that correct?

A.    I was standing by the car and I motioned as if I was going to get back to the car because my answer to her was if you're telling me I'm not under arrest and I'm not being charged with any crime, then I'm free to go so I want to go home and when I tried to get back into the car they stopped me and then that's when they escorted me to the police car.

Q.    You said Detective Abate and another officer grabbed your arm?

A.    Yes.

MANGANIELLO                                    156

1        Q.      The one who told you you couldn't use

2    the cell phone?

3        A.      Right.  I got up at one point because I

4    wanted to use the bathroom and I walked out and

5    the moment I stepped out of that office he came

6    back around and told me to get back and sit down,

7    not to move.

8        Q.      Did you ask him to use the bathroom?

9        A.      Yes.

10       Q.      And what did he say?

11       A.      He said just sit down, I'll be right

12   with you and nobody ever came back in.

13       Q.      And you said that two captains showed up

14   from your place of work?

15       A.      Yeah.

16       Q.      Who were those two people?

17       A.      Captain Roland and Captain Kelly.

18       Q.      Who was the second one?

19       A.      Captain Roland and Captain Kelly.

20       Q.      What's Captain Kelly's first name?

21       A.      Robert.

22       Q.      How do you know they were at the

23   precinct?

24       A.      They walked right by the room where I

25   was sitting when they came in.

1      was?

2          A.     I think it was white I think, I can't be

3      certain.

4          Q.     The two officers that you were referring

5      to, are these two that officially took you out of

6      the Monte Carlo?

7          A.     Yes.

8          Q.     What else did they do, what else did

9      they do?  Did they fill out any other forms?

10         A.     They filled out and they left, I asked

11     what now and they said somebody will be in here in

12     a little while and then walked out and we had just

13     sat there again waiting.

14         Q.     Did they say anything else to you?

15         A.     No.  I remember asking them if we're

16     charged with anything, are they going to hold me

17     tonight and one of them said I really don't know

18     what's going on, I was just told to come in here

19     and do this and he walked out.

20         Q.     Did he say anything else?  Did he tell

21     you who told him to do that?

22         A.     No.

23         Q.     After they left what happened?

24         A.     Sat and waited.

25         Q.     Can you describe that room for me, the

MANGANIELLO                                            168

1    cooperating as a witness, lead me upstairs, I find

2    my brother sitting in chair with no clothes

3    clearly being treated like a perp and then you're

4    telling me I'm the bad guy, this is the

5    conversation between the lieutenant and I, then

6    when I try to leave here you get dragged, you

7    notify my department, my job, you take me off the

8    job, keep me from bringing my father home without

9    food, medication, I couldn't go to the bathroom, I

10   was trying to make a phone call, I got people

11   telling me, yelling at me I can't move and now I

12   can go home.

13          This whole thing could have gone a lot

14   easier, you got the lawyer, we can't talk to him,

15   all we really wanted to do was take a look inside

16   the car, take a look inside what car, I said you

17   have the car right there, I'm sure you took all

18   the looks you needed, no I'm talking about the

19   other car that he has because now he's got the

20   lawyer we have to go through all sorts of motions

21   and I'm staring at them saying how does it this

22   become my problem, I said you feel that you have

23   something here I said go to the DA, draw up your

24   affidavits, get your papers, get your search

25   warrants and do what you have to do, that was the

MANGANIELLO                              180

1    Sergeant McGovern was there and as soon as he saw

2    me walk back in he yelled over I think to

3    Detective Agostini to escort me out of the office.

4         Q.    And what happened?

5         A.    I asked him, I said what's the problem,

6    he goes I want you to leave, I don't want you

7    here, I said I was told that I could come back and

8    bring him food, he said your father and your

9    sister could bring him food, I want you to go and

10   Detective Agostini escorted me out he was abrupt.

11        Q.    He said Detective Agostini brought you?

12        A.    Yes.

13        Q.    You said Detective Agostini was abrupt?

14        A.    Yes.

15        Q.    How was he abrupt?

16        A.    Grabbed me by my arm leading me out and

17   I told him take your hands off me not to touch me.

18        Q.    Where were your sister and your dad?

19        A.    They were in the squad room.

20        Q.    And what happened after you said that to

21   him?

22        A.    He just walked me out and I waited

23   outside in the hallway.

24        Q.    Did you see what was going on?

25        A.    I couldn't see at that point any more,

MANGANIELLO                                      199

1          Q.    When you asked him, maybe not

2     specifically but when you tried to bring up the

3     topic why he failed to acknowledge you at the 4-3

4     on February 2001 what was his response, if any?

5          A.    He didn't really didn't have any.

6          Q.    He had no excuse?

7          A.    No.

8          Q.    Did he indicate whether there was going

9     to be an investigation regarding your locker?

10         A.    He told me he would look into it.

11         Q.    What happened with that?

12         A.    Nobody said nothing to me about it.

13         Q.    To date no one?

14         A.    No.

15         Q.    Did you follow up?

16         A.    No, but I probably should have and I

17    didn't.  I basically came to the conclusion that

18    they had probably searched my locker somehow

19    related with everything that had happened and I

20    personally went around and I asked some folks if

21    they had any knowledge of it and everybody denied

22    knowing what it was about.

23         Q.    Outside of Captain Roland and Captain

24    Kelly who else knew about your detention on

25    February 12, 2001?

```
 1        A.    Everyone.

 2        Q.    Everyone?

 3        A.    Everyone.

 4        Q.    Who did you tell at work?

 5        A.    I told no one.

 6        Q.    How is it that everybody has come to

 7   find out?  Do you literally mean everybody?

 8        A.    I literally mean --

 9              MR. WOLTHER:  Objection as to form.

10   What was the question?

11              MS. GUGEL:  Your client seems to know.

12              MR. WOLTHER:  Read it back.

13              MS. GUGEL:  He answered.

14              MR. WOLTHER:  I don't know what the

15   question was.

16              MS. GUGEL:  How did everyone literally

17   come to find out about his detention on

18   February 12, 2001 I'm talking about everyone,

19   I'm talking about work, we're even talking

20   about work here.

21        A.    How did they come to know?

22        Q.    Yes.

23        A.    Word of mouth, rumor.

24        Q.    Did you determine --

25        A.    Innuendo, there's a day book entry
```

1         Q.    Do you know --

2         A.    I believe he placed two on the list or

3    currently he's number two.

4         Q.    What do you mean currently?  You mean on

5    the list for lieutenant promotions?

6         A.    Yes.

7         Q.    As far as the exam, the woman promoted

8    to lieutenant, did she score better than you?

9         A.    Yes, she did.

10        Q.    Let's talk about the assignments.  What

11   assignments can you recall that you've been passed

12   over and you think were somehow related to your

13   detention in February of 2001?

14        A.    There was an assignment that

15   traditionally was always given to a sergeant and

16   usually went to somebody who was senior in rank.

17   It was a plain clothes detail in the street crime

18   unit.

19        Q.    When was that detail given?

20        A.    I think back in, I don't remember when,

21   I think it was in '02 some time.

22             MR. WOLTHER:  For the record, it's 4:26.

23             (Whereupon, a brief break was taken.)

24             MS. GUGEL:  Mark the amended complaint

25             Defendants' Exhibit A.

MANGANIELLO                                    215

1            (Whereupon, the aforementioned amended

2       complaint was marked as Defendants' Exhibit A

3       for identification as of this date by the

4       Reporter.)

5            MR. WOLTHER:  It's 4:34.

6       Q.    We were talking about being passed over

7   for assignments and you indicated that there's a

8   detail back in 2002, plain clothes detail street

9   crime unit, right?

10      A.    Yes.

11      Q.    Do you have to apply for that detail?

12      A.    Normally no, it's normally given to

13  someone with seniority and grade and if possible

14  with some prior experience in that line.

15      Q.    What grade are you --

16      A.    Of work.

17      Q.    What grade are you?  Are you graded as a

18  sergeant?

19      A.    No, it's only time and years.

20      Q.    So not all sergeants are eligible for

21  this assignment?

22      A.    Well, it's traditionally and I guess

23  lack of better word historically always been given

24  to a sergeant, a sergeant who had some experience

25  in rank and experience in doing that type of work.

MANGANIELLO                                          218

1    street crime unit?

2         A.    It was about a year, a little bit less

3    than a year.

4         Q.    When was that?

5         A.    1988.

6         Q.    The lieutenant that had received this

7    plain clothes detail in the street crime unit

8    assignment, do you know whether that person has

9    ever been in the street crime unit?

10        A.    I believe he was, yes.

11        Q.    Do you know how long he was in the

12   street crime unit?

13        A.    It was probably prior to me even coming

14   on the job.

15        Q.    How long had that person been on the

16   job, if you know?

17        A.    I think currently he has about 27 years.

18        Q.    How long did that detail last for, if

19   you know?

20        A.    Well, he just recently came out of it

21   himself and he was in it for well over two years

22   and they've given it to another sergeant.

23        Q.    How much time, if any, have you missed

24   from work to attend your brother's criminal

25   proceedings?

MANGANIELLO                                                    238

1         Q.    Do you know whether you've had an

2    opportunity to read the amended complaint in this

3    case?

4         A.    Yes.

5         Q.    Have you in fact read the amended

6    complaint?

7         A.    Yes.

8         Q.    When was the last time you reviewed the

9    amended complaint?

10        A.    It was yesterday afternoon.

11        Q.    And did you review it for accuracy?

12        A.    Yes.

13        Q.    Did you find anything that wasn't

14   accurate in the amended complaint?

15        A.    I don't believe so.

16        Q.    As a result of your detention in

17   February of 2001 did you suffer any physical

18   injuries?

19        A.    Depends on what you consider physical

20   injuries.

21        Q.    What do you have in mind?

22        A.    I've been experiencing episodes of

23   dizziness and palpitations that come and go

24   periodically.

25        Q.    Anything else physically?

MANGANIELLO                                    239

1       A.      Physically?

2       Q.      Yes.

3       A.      Light-headedness, headaches.

4       Q.      Anything else?

5       A.      That's pretty much it.

6       Q.      Let me go back a little bit through your

7  medical background and then we're going to work

8  our way over to the physical injuries that you

9  allege you've suffered.  Do you wear glasses?

10      A.      No.

11      Q.      Do you wear contacts?

12      A.      No.

13      Q.      Are you currently suffering from any

14  vision problems?

15      A.      No.

16      Q.      Do you currently suffer from any hearing

17  problems?

18      A.      No.

19      Q.      Do you have any medical conditions

20  currently?

21      A. †    Yes.

22      Q.      What are those?

23      A.      The ones I just described to you.

24      Q.      Do you suffer from any chronic

25  illnesses?

MANGANIELLO                                          240

```
 1        A.    No.

 2        Q.    Are you currently on any medications?

 3        A.    Yes.

 4        Q.    What are you currently on?

 5        A.    I take Norvasc and Letreo and

 6   periodically I take Mecliziye.

 7        Q.    Can you spell that?

 8        A.    M-E-C-L-I-Z-I-Y-E.

 9        Q.    Is that currently?

10        A.    And Nexium tablet.

11        Q.    Spell that.

12        A.    N-E-X-I-U-M.

13        Q.    Anything else?

14        A.    That's it.

15        Q.    The Norvasc, what is that used to treat?

16        A.    It's to control blood pressure.

17        Q.    And how long have you been on that?

18        A.    I think about two years now.

19        Q.    Do you have hypertension?

20        A.    I don't know if it was characterized as

21   hypertension.  I get episodes of, I get these

22   spells, the doctor believes that they're anxiety

23   attacks where my blood pressure just raises for no

24   explained reason.  I become very light-headed and

25   dizzy.
```

MANGANIELLO                                                      255

1       Q.    Have you ever had a heart attack?

2       A.    No.

3       Q.    Do you suffer from diabetes?

4       A.    No.

5       Q.    Had you ever suffered from chest

6    discomfort prior to spring of 2001?

7       A.    No.

8       Q.    As far as the dizziness goes did you

9    seek medical treatment for that?

10      A.    Not initially in the beginning no.

11      Q.    When did you first seek medical

12   treatment?

13      A.    When I started realizing that it was an

14   on going problem and I wasn't able to control or

15   even understand what brought it on.

16      Q.    And who did you first see about the

17   dizziness?

18      A.    I think the first time I brought any

19   attention to it was by taking a trip to the ER.

20      Q.    Which was when approximately?

21      A.    I think it was St. John's in Yonkers.

22      Q.    Do you know when, month and year?

23      A.    I recall I think it was February, no,

24   October I think, I couldn't tell you with

25   certainty.  I know I have copies of medical

MANGANIELLO                                          256

1     records and things but I can't remember off the

2     top of my head now.

3          Q.     You do?   You have copies of your medical

4     records?

5          A.     Some papers, some documents, not

6     everything.   I'm going to rephrase what I'm

7     saying.   I don't mean medical records, I mean the

8     Blue Cross, the health care documents that I get

9     in the mail from my insurance, you know, the ones

10    that tell you the date of service, that's what I

11    meant.

12         Q.     Are you in possession of any documents

13    that contain any of the names of the individual

14    defendants in this case?

15         A.     Documents meaning?

16         Q.     Do you have any documents that have the

17    names of any of the individual defendants on them?

18         A.     No other than I saw the initial

19    complaint that was drawn up at one time but I

20    don't have any documents with their names on it

21    though.

22         Q.     When did you first seek treatment

23    regarding the palpitations that you were

24    experiencing?

25         A.     That had to be when I went to the

MANGANIELLO                                    261

1        Q.    Had you ever been told prior to 2001

2    that you may be suffering from anxiety attacks?

3        A.    No.

4        Q.    Besides treating you with Paxil did

5    Dr. Singh say anything else that you could do to

6    improve I guess your quality of life?

7        A.    They all tell you the typical things,

8    they tell you to watch what you eat.  I had gained

9    weight considerably, I was always kind of a big

10   guy but from I would say 2001 up until last year

11   or the year before that I wound up going up 50, 75

12   pounds.  They tell you to watch your weight, watch

13   your diet, typical things doctors tell you to do.

14       Q.    Is there any reason why your weight

15   increased in the past couple of years?

16       A.    I don't know what to say about it.  It's

17   just something, it just happened, it just

18   happened.

19       Q.    Currently how much do you exercise, if

20   at all?

21       A.    Well, I've been starting to walk more

22   frequently in the last few months but no real

23   exercise plan that I'm on now.

24       Q.    In 2001 did you exercise?

25       A.    Not really.