# EXHIBIT 8

USE THIS FORM TO REPORT: CRIME CLASSIFIC... ...GES, CASE CLEARANCES, INITIAL ARREST ON THE COMPL... ...VERED PROPERTY, ADDITIONAL STOLEN PROPERTY NUMBERS OBTAINED FOR PROPERTY PREVIOUS... ...TED, CRIME INCIDENT DATA, USF COMPLAINT FOLLOW-UP... ...) TO REPORT THE PRECEDING.

| COMPLAINT - FOLLOW UP INFORMATIONAL PD 313-081A (Rev. 4-89)-31 | Crime HOMICIDE #2 | Pct. 043 | OCCB No. | Complaint No. 2412 | Date of This Report 3/1/01 |
|---|---|---|---|---|---|
| Orig. Report | Date Assigned 2/12 | Case No. 624 | Unit Reporting 43 PDS | | Follow-Up No. |

Complainant's Name - Last, First, M.I.: PSNY FOR ACOSTA, ALBERT

**DETAILS:**

Investigate:   HOMICIDE

Subject:   INTERVIEWED MICHAEL BOOTH

1. On March 1, 2001, at approx. 1110 hrs., Det Martinez and the u/s P/U Michael Booth in front of Pizza Place 1665 Metropolitan Ave and drove him to the 43 Pct..

2. Michael Booth DOB: ▮▮▮▮▮▮▮, residing at ▮▮▮▮▮▮ PH Tel ▮▮▮▮▮▮▮▮ made the following statements. He stated officer Manganiello approached him one time when he was sitting in his truck by the bank next to Macy's and asked him if he had a rod. Michael told him it's a big rap for a small price if he sold him one. Michael has seen Manganiello numerous times around the nieghborhood and pizzaria.

3. Michael Booth cell# ▮▮▮▮▮▮▮▮

4. See attach statements from Michael Booth.

5. Case active.

0849

EXHIBIT
Scaccia 4
DATE 5/2/08  RPTR MS
DALCO REPORTING

| | RANK Det | SIGNATURE | NAME PRINTED Luis R. Agostini | TAX REG. NO. | COMMAND 043 |

...DANT/SU...ECT/WITN... ...RD ...ECTIVE SQUAD
"STATEMENT"

**POLICE DEPARTMENT**
**CITY OF NEW YORK**

1 OF 1    G1#/CASE# 2412 1624

DATE: 3/1/01  TIME: 1140 hrs

IS TO CERTIFY THAT I: Michael Booth    DATE OF BIRTH: ███

...AL SECURITY # ███    DRIVERS LIC# 

...DING AT: ███    APT # ███ TELEPHONE # ███

...BEEN ADVISED OF MY CONSTITUTIONAL RIGHTS AND I UNDERSTAND THEM FULLY.
...DETECTIVES HAVE TREATED ME FAIRLY AND I AM MAKING THE FOLLOWING
...EMENT:

Manganiello came to me about a month ago and asked me
I had a rod[MB]. I said no it a big [mb]rap for a
all price[MB]. My understanding if I had a rod was he was
...king to buy a gun.[MB]

X Michael Booth
3/1/2001  12:06 pm

...t ███

...et ███ MARTINEZ
SH. 1971
43 D.S.

0850

DANT/SUBJECT/WITNESS  
"STATEMENT"  
\_1\_ OF \_1\_

**POLICE DEPARTMENT**  
**CITY OF NEW YORK**

63RD DETECTIVE SQUAD

G1#/CASE# 2412 / 624

DATE: 3/1/01  TIME: 1140hr

IS TO CERTIFY THAT I: Michael Booth  DATE OF BIRTH: ███

IAL SECURITY #: ███  DRIVERS LIC#:

IDING AT: ███  APT #: ███  TELEPHONE #: ███

BEEN ADVISED OF MY CONSTITUTIONAL RIGHTS AND I UNDERSTAND THEM FULLY.
DETECTIVES HAVE TREATED ME FAIRLY AND I AM MAKING THE FOLLOWING
TEMENT:

Magually came to me about 1 month ago for A Rod. I said That I didnt Full with That Stuf ITs a Cis RAP for a The Price - I could only understand that He was Looking for a Gun.

X Michael Booth  3/1/2001
12/10 pm

Det M Menez  
43 D.S. S# 1971