# EXHIBIT 9

BX DA HTF    Fax:1718-590-2711    Jun 21 2004 17:24    P.09

2/18/00  I pray every day that I will never have to kill someone.

PLAINTIFF'S
EXHIBIT 16
(for ID)
12·20·07