# EXHIBIT 10

| | | | | | | |
|---|---|---|---|---|---|---|
| **COMPLAINT - FOLLOW UP INFORMATIONAL** PD 313-081A (Rev. 4-89)-31 | Crime: HOMICIDE #2 | Pct. 043 | OCCB No. | Complaint No. 2412 | Date of This Report 2/27/01 | PAGE __ OF __ PAGE |
| Date of Orig. Report 2/12 | Date Assigned 2/12 | Case No. 624 | Unit Reporting 43 PDS | | Follow-Up No. | |
| Complainant's Name - Last, First, M.I.: PSNY FOR ACOSTA, ALBERT | | | Victim's Name - If Different | | | |

**DETAILS:**

Investigate: HOMICIDE

Subject: RE-INTERVIEWED SAL MIRO

1. On February 27, 2001, at approx. 1855 hrs., Det Deleo (BXHTF) and the u/s visited Sal Miro at 1610 Metropolitan Ave apt MB. He stated Manganiello told him approx. 1 year ago that he has a .22 gun and carries it sometimes on him. He also stated the owner of Pizza Place on Metropolitan Ave told him Manganiello asked him for a .22 gun.

2. Case active.

**PLAINTIFF'S EXHIBIT 21**
[2n1D]
12·20·07

REPORTING OFFICER: | RANK: Det | SIGNATURE | NAME PRINTED: Luis R. Agostini | TAX REG. NO. 889648 | COMMAND 043