# EXHIBIT 12

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICA... ...NGES, CASE CLEARANCES, INITIAL ARREST ON THE COMPLA... ...OVERED PROPERTY, ADDITIONAL STOLEN PROPER... SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY RE...ORTED, CRIME INCIDENT DATA, USE COMPLAINT FOLLOW-UP (PD 313-081) TO REPORT THE PRECEDING.

## COMPLAINT - FOLLOW UP INFORMATIONAL
PD 313-081A (Rev. 4-89)-31

| Field | Value |
|---|---|
| Crime | HOMICIDE #2 |
| Pct. | 043 |
| OCCB No | |
| Complaint No. | 2412 |
| Date of This Report | 2/27/01 |
| Date of Orig. Report | 2/12 |
| Date Assigned | 2/12 |
| Case No | 624 |
| Unit Reporting | 43 PDS |
| Complainant's Name | PSNY FOR ACOSTA, ALBERT |

**DETAILS:**

Investigate: HOMICIDE

Subject: INTERVIEWED CHRIS TARTARONE

1. On February 27, 2001, at approx. 2205 hrs., Det Deleo and the u/s interviewed Chris Tartarone DOB:10/27/64 SS#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 927 A Heritage Hills Somers, NY 10589 M/W 5'8" at the 43 Pct. He stated Officer Manganiello came to his Pizza shop (Pizza Place) and was asking people if they were selling a gun. Chris stated Officer Manganiello had a gun book in hand. Chris states a friend of his named Mike Boot told him that Officer Manganiello asked him if he was selling an illegal gun. Mike then told him he could get in alot of trouble and could get 20-25 years. Chris states Officer Manganiello comes to his Pizza shop maybe once a month. Chris states Mike Boot drives a white truck with tinted windows and he is also the niegh-borhood loan shark. Chris states he will be in on Thursday at around 12 noon.

2. Chris Tartarone wrote a statement on the above incident (see attach).

3. The u/s showed Chris Tartarone a photo book consisting of white males and he picked out Anthony Manganiello as the person who went to his Pizza shop and asked for a gun.

4. Case active.

REPORTING OFFICER: RANK Det    NAME PRINTED Luis R. Agostini    TAX REG. NO. 889648    COMMAND 043