# EXHIBIT 13

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFI... ANGES, CASE CLEARANCES, INITIAL ARREST ON THE COMP... OVERED PROPERTY, ADDITIONAL STOLEN PROPERTY SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUS... ORTED, CRIME INCIDENT DATA. USE COMPLAINT FOLLOW-U... J81) TO REPORT THE PRECEDING.

| COMPLAINT - FOLLOW UP INFORMATIONAL PD 313-081A (Rev. 4-89)-31 | Crime: HOMICIDE #2 | Pct: 043 | OCCB No. | Complaint No.: 2412 | Date of This Report: 2/12/01 |
|---|---|---|---|---|---|
| Date of Orig. Report: 2/12 | Date Assigned: 2/12 | Case No: 624 | Unit Reporting: 43 PDS | | Follow-Up No. |

Complainant's Name - Last, First, M.I.: **PSNY FOR ACOSTA, ALBERT**

**DETAILS:**

Investigate:   HOMICIDE

Subject:       INTERVIEWED ANTHONY MANGANIELLO

1. On February 12, 2001, at approx. 1210 hrs., Det Abate and the u/s interviewed Anthony Manganiello at the 43 Pct and he stated the following:
   * He stated he attended roll call and saw Albert Acosta. He then states the next time he saw Albert Acosta is when he was laying on the floor at 1700 Metropolitan Ave in the basement. The u/s asked him where was he when the call came in and he stated by the oval taking a personal. The u/s asked him if he had any problems with Albert Acosta or if anyone he knows has any problems with him and Anthony Manganiello would not answer. The u/s observed Anthony's right index finger with a bandaid and asked him how did he get his finger cut? He stated today lifting up his treadmill. The u/s asked him if he ran today and he stated no. The u/s asked him for his address and he did not know. The u/s asked him for his phone number and he replied it is unlisted.

2. The interview stopped when his lawyer Richard A. Ross notified the 43 Pct not to have his client questioned.

3. Case active.

CASE: ☐ ACTIVE  ☐ CLOSED
REPORTING OFFICER: RANK: Det   NAME PRINTED: Luis R. Agostini   TAX REG. NO.: 889648   COMMAND: 043