# EXHIBIT 14

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICATIO... ...ES, CASE CLEARANCES. INITIAL ARREST ON THE COMPLAINT... ...ERED PROPERTY, ADDITIONAL STOLEN PROPERTY SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY R... ...D. CRIME INCIDENT DATA. USE COMPLAINT FOLLOW-UP (PO 31... ) TO REPORT THE PRECEDING.

**COMPLAINT - FOLLOW UP INFORMATIONAL**
PD 313-081A (Rev. 4-89)-31

| Crime | Pct. | OCCB No. | Complaint No. | Date of This Report |
|---|---|---|---|---|
| HOMICIDE | 43 | | 2412 | 02-16-01 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| 02-12-01 | 02-12-01 | 624 | BRONX HOMICIDE TASK FORCE | |

Complainant's Name - Last, First, M.I.: PSNY FOR ALBERT ACOSTA

**DETAILS:**

INVESTIGATION: HOMICIDE
SUBJECT: INTERVIEW OF DAVID BREWER
PARKCHESTER SECURITY OFFICER

1. On 02/16/01, the undersigned was present at the Parkchester Security Office located at located 62 Metropolitan Oval, RollCall Office and did interview DAVID BREWER he relates the following in sum and substance:

2. He resides at 1536 Lewland Avenue, telephone 718-931-9389. He has worked for Parkchester as a Security Guard since 1991 and has SPO status. He has worked all tours. but has worked days for the last 3 to 4 years. He did work on Monday February 12. He usually worked with Officer Acosta and was originally scheduled to on Monday. This was changed because Manganiello had a verbal dispute with a teneant and his post had to be changed no one talked about everyone knew about it. He went to have breakfast with Acosta at about 815Am. They brought breakfast and went to the roof of 1522 Unionport Road to eat said breakfast. Then a job came over for a dispute at 1700 Metropolitan. It was a dispute with a knife. in APt #5E. The call was assigned to Manganiello but he had to have back-up to respond so it was assigned to Acosta to back him up So Officer Acosta went to walk over to the location it was a bit of a walk. I also tried to respond to the location with Acosta and was told not to respond Not sure if it was dispatch or the sergeant. I don't recall hearing any disposition to the job. Next thing I remember is hearing a job of a mandown I respond to 1700 Metropolitan and I find it Albert. They Albert and Anthony ususally don't work together. He also states that he heard that a tenant in apt. #7B heard an argument between (2) people in the hallway prior to the shooting. He was told this thru another party.

3. The undersigned did attempt to respond to Apt.#7B. bad aparmtnet number.
4. Case Status Active.

| CASE | DATE REVIEWED / CLOSED | IF ACTIVE, DATE OF NEXT REVIEW |
|---|---|---|
| ☐ ACTIVE  ☐ CLOSED | | |

| REPORTING OFFICER: | RANK DET | SIGNATURE | NAME PRINTED L. PALACIOS | TAX REG. NO. 875722 | COMMAND BXHTF |