# EXHIBIT 15

DO NOT USE THIS FORM TO R[...] CRIME CLASSIFI[...] NGES, CASE CLEARANCES, INITIA[...] ST ON THE COMPLA[...] OVERED PROPERTY, ADDITIONAL S[...] PROPERTY
SERIAL NUMBERS OBTAINED [...] OPERTY PREVIOUS[...] HTED, CRIME INCIDENT DATA, USE C[...] LAINT FOLLOW-UP (P[...] 081) TO REPORT THE PRECEDING.

# COMPLAINT - FOLLOW UP INFORMATIONAL
PD 313-081A (Rev. 4-89)-31

| Crime | Pct. | OCCB No | Complaint No | Date of This Report |
|---|---|---|---|---|
| HOMICIDE# 2/01 | 43 | | 2412 | 02/13/01 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| 02/12/01 | 02/12/01 | 624 | 43 PDS | |

| Complainant's Name - Last, First, M.I. | Victim's Name - If Different |
|---|---|
| P.S.N.Y. FOR | ALBERT ACOSTA |

DETAILS:

INVESTIGATION: HOMICIDE# 2/01
SUBJECT; NOTIFICATION TO GANG INTELL

1. On 02/12/01 the U/S contacted Det. Shaw from Gang Intell and requested a S.A.RR.S inquiry on the following:

ANTHONY MANGANIELLO............NEGATIVE RESULTS

ALBERT ACOSTA..................NEGATIVE RESULTS

2. CASE ACTIVE.

PLAINTIFF'S EXHIBIT 17
Fan 1D
12-20-07

CASE: ☒ ACTIVE ☐ CLOSED
REPORTING OFFICER: DET
DATE REVIEWED / CLOSED: 2/14/01
NAME PRINTED: S. ABATE
TAX REG. NO.: 887084
COMMAND: 43 PDS