# EXHIBIT 16

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFIC. ANGES, CASE CLEARANCES, INITIAL ARREST ON THE COMPLA. OVERED PROPERTY, ADDITIONAL STOLEN PROPERTY SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSL. .TED. CRIME INCIDENT DATA. USE COMPLAINT FOLLOW-UP . .81) TO REPORT THE PRECEDING.

**COMPLAINT - FOLLOW UP INFORMATIONAL**
PD 313-081A (Rev. 4-89)-31

PAGE _____ OF _____ PAGE

| Crime | Pct. | OCCB No. | Complaint No. | Date of This Report |
|---|---|---|---|---|
| HOMICIDE #2 | 043 | | 2412 | 2/15/01 |

| Date of Orig. Report | Date Assigned | Case No | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| 2/12 | 2/12 | 624 | 43 PDS | |

Complainant's Name - Last, First, M.I. **PSNY FOR ACOSTA, ALBERT**  Victim's Name - If Different

PERP 1 / PERP 2 / 14 / 15 / 16 / 17 / 18 / 19 / 20 / 21 / 22 / 23 / 24 (marginal index)

CHOICE 1 / CHOICE 2 (repeated)

**AREA WITHIN BOX FOR DETECTIVE/ LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."**

Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details) ☐ ☐

Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details) ☐ ☐

Canvass Conducted ☐ Yes ☐ No | Crime Scene Visited ☐ Yes ☐ No

Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:

Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:

Crime Scene Dusted ☐ Yes ☐ No | Crime Scene Photos ☐ Yes ☐ No

If Closing Case "No Results," Check Appropriate Box and State Justification in Details: ☐C-1 Improper Referral ☐C-2 Inaccurate Facts ☐C-3 No Evidence/Can't ID ☐C-4 Uncooperative Complainant ☐C-5 "Leads" Exhausted

**DETAILS:**

Investigate: HOMICIDE #2

Subject: INTERVIEWED TERRANCE ALSTON

1. On February 15, 2001, at approx. 1725 hrs., Det Palacio, Sgt Martinez and the u/s visited Rikers Island Gang Intelligence Section and interviewed prisoner Terence Alston NYSID#5320492H. He stated the following;
   * He was approached last year (September 2000) by a male white heavy set who works as a Parkchester security officer to do him a favor. The favor was to kill another security officer for him. When Terrance also known as Murdoch asked why, he stated over a girl. Terrance asked how much and he did not give a price. Terrance stated the Parkchester officer asked him do you need a gun and Terrance stated no I have one. Terrance stated when the hit was going to go down the security officer will point out the other Parkchester security officer he want killed. Terrance stated he met twice with the security officer and spoke about the hit on the other Parkchester security officer.
   * Terrance Alston aka Murdoch then stated his boy Johnny who he had been talking to sold a .22 cal to a male white security officer for $75.00. Terrance is trying to convince Johnny who is dating his daughter to give this information to the police. Terrance states Johnny is scared he will be arrested.

2. The u/s showed Terrance Alston a photo book consisting of male white and he ID Anthony Manganiello as the security officer who asked him to kill another security officer.

CASE ☐ACTIVE ☐CLOSED | DATE REVIEWED/CLOSED | IF ACTIVE, DATE OF NEXT REVIEW

REPORTING OFFICER: RANK Det | SIGNATURE | NAME PRINTED Luis R. Agostini | TAX REG. NO. 889648 | COMMAND 043

REVIEWING/CLOSING SUPERVISOR: | CASE | ENTER DESIGNATION | SIGNATURE | C.O.'s INITIALS



| | | | Page ___2___ of ___2___ Pages |
|---|---|---|---|
| **COMPLAINT FOLLOW-UP INFORMATIONAL** | Pct. | Complaint No. | Date of This Report |
| PD 313-081A SECOND SHEET (Rev 8-90)-H-1 | 043 | 2412 | 2/15/01 |

DETAILS:

Terrance states he had seen the person he picked out various times around the nieghborhood.

3.  Case active.



PLAINTIFF'S
EXHIBIT 22
For ID
12·20·07

| ISE | DATE REVIEWED/CLOSED | IF ACTIVE, DATE OF NEXT REVIEW |
|---|---|---|
| ]ACTIVE ☐CLOSED | | |
| :PORTING | RANK | SIGNATURE |