# EXHIBIT 17

| | | | | | | |
|---|---|---|---|---|---|---|
| COMPLAINT - FOLLOW UP INFORMATIONAL PD 313-081A (Rev. 4-89)-31 | Crime HOMICIDE #2 | Pct. 043 | OCCB No. | Complaint No. 2412 | Date of This Report 4/7/01 | |
| Orig. Report /12 | Date Assigned 2/12 | Case No. 624 | Unit Reporting 43 PDS | | Follow-Up No. 07 | |

Complainant's Name: SNY FOR ACOSTA, ALBERT

DETAILS:

Investigate:   HOMICIDE #2

Subject:       INTERVIEW MARK A DAMON

On April 5, 2001, at approx. 1645 hrs., the u/s was present at ADA Christine Scaccia's office (Bronx Criminal Court) and Mark A Damon DOB:01/10/84 17 yrs old residing at 1491 Metropolitan Ave Tel#718-597-3519 was interviewed. Mark stated with permission from aka Murdoch he sold a .22 cal auto hand-gun to a security guard back on January 2001. He sold it for $75.00 USC. He stated the guard was a male white/Italian, heavy set with a thick mustache.

During the above interview the following person were present:
* Det Derrick Parker GIU
* ADA Scaccia
* Terrance Alston AKA Murdoch

Case active.

*[handwritten]* JERRY SMITH RESIDES AT SAME ADDRESS

PLAINTIFF'S EXHIBIT 23  12-20-07

RANK: Det

NAME PRINTED: Luis R. Agostini   TAX REG. NO. 889648