# EXHIBIT **18**

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFIC[illegible]ANGES, CASE CLEARANCES, INITIAL ARREST ON THE COMPL[illegible] [illegible]OVERED PROPERTY, ADDITIONAL STOLEN PROPERTY SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUS[illegible] [illegible]TED, CRIME INCIDENT DATA. USE COMPLAINT FOLLOW-UP [illegible] [illegible]81) TO REPORT THE PRECEDING.

**COMPLAINT - FOLLOW UP INFORMATIONAL**
PD 313-081A (Rev. 4-89)-31

PAGE ____ OF ____ PAGE

| Crime | Pct. | OCCB No. | Complaint No. | Date of This Report |
|---|---|---|---|---|
| HOMICIDE #2 | 043 | | 2412 | 2/15/01 |

| Date of Orig. Report | Date Assigned | Case No | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| 2/12 | 2/12 | 624 | 43 PDS | |

Complainant's Name - Last, First, M.I.: PSNY FOR ACOSTA, ALBERT
Victim's Name - If Different:

Witness No. 1: Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No. | Home Telephone | Business Telephone | Position / Relationship | Sex | Race | Date of Birth | Age

Perpetrators: Total No. of Perpetrators | Wanted | Arrested | Weapon ☐ Used ☐ Possessed | Describe Weapon (If firearm, give color, make, calibre, type, model, etc.)

Perp. No. 1: Wanted ☐ Arrested ☐ | Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No | Res. Pct. | Sex | Race | Date of Birth | Age | Height Ft In | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No. | ☐ Eyeglasses ☐ Sunglasses | Nickname, First Name, Alias | Clothing Description, Scars, Marks, M.O., Etc. (Continue In "Details"):

Perp. No. 2: Wanted ☐ Arrested ☐ | Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No | Res. Pct. | Sex | Race | Date of Birth | Age | Height Ft In | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No. | ☐ Eyeglasses ☐ Sunglasses | Nickname, First Name, Alias | Clothing Description, Scars, Marks, M.O., Etc. (Continue In "Details"):

**AREA WITHIN BOX FOR DETECTIVE/LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."**

Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report ☐ - Different (Explain in Details) ☐

Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report ☐ - Different (Explain in Details) ☐

Canvass Conducted ☐ Yes ☐ No | If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained

Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:

Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:

Crime Scene Dusted ☐ Yes ☐ No | By (Enter Results in Details) | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details)

If Closing Case "No Results," Check Appropriate Box and State Justification in Details: ☐C-1 Improper Referral ☐C-2 Inaccurate Facts ☐C-3 No Evidence / Can't ID ☐C-4 Uncooperative Complainant ☐C-5 "Leads" Exhausted

DETAILS:

Investigate: HOMICIDE #2

Subject: INTERVIEWED TERRANCE ALSTON

1. On February 15, 2001, at approx. 1725 hrs., Det Palacio, Sgt Martinez and the u/s visited Rikers Island Gang Intelligence Section and interviewed prisoner Terence Alston NYSID#5320492H. He stated the following:
   * He was approached last year (September 2000) by a male white heavy set who works as a Parkchester security officer to do him a favor. The favor was to kill another security officer for him. When Terrance also known as Murdoch asked why, he stated over a girl. Terrance asked how much and he did not give a price. Terrance stated the Parkchester officer asked him do you need a gun and Terrance stated no I have one. Terrance stated when the hit was going to go down the security officer will point out the other Parkchester security officer he want killed. Terrance stated he met twice with the security officer and spoke about the hit on the other Parkchester security officer.
   * Terrance Alston aka Murdoch then stated his boy Johnny who he had been talking to sold a .22 cal to a male white security officer for $75.00. Terrance is trying to convince Johnny who is dating his daughter to give this information to the police. Terrance states Johnny is scared he will be arrested.

2. The u/s showed Terrance Alston a photo book consisting of male white and he ID Anthony Manganiello as the security officer who asked him to kill another security officer.

CASE ☐ACTIVE ☐CLOSED | DATE REVIEWED/CLOSED | IF ACTIVE, DATE OF NEXT REVIEW

| REPORTING OFFICER: | RANK | SIGNATURE | NAME PRINTED | TAX REG. NO. | COMMAND |
|---|---|---|---|---|---|
| | Det | [signature] | Luis R. Agostini | 889648 | 043 |

REVIEWING/CLOSING | CASE | ENTER DESIGNATION | SIGNATURE | C.O.'s INITIALS

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIF' CHANGES, CASE CLEARANCES, INITIAL ARREST ON THE COM' RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOU' PORTED, CRIME INCIDENT DATA. USE COMPLAINT FOLLOW-U' 3-081) TO REPORT THE PRECEDING.

**COMPLAINT - FOLLOW UP INFORMATIONAL**
PD 313-081A (Rev. 4-89)-31

PAGE ______ OF ______ PAGE

| Crime | Pct. | OCCB No | Complaint No. | Date of This Report |
|---|---|---|---|---|
| HOMICIDE | 43 | | 2412 | 2-14-01 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| 2-12-01 | 2-12-01 | 624 | 43 SQD | |

| Complainant's Name - Last, First, M.I. | Victim's Name - If Different |
|---|---|
| PSNY FOR ALBERT ACOSTA | |

Witness No. 1: Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No | Home Telephone | Business Telephone | Position / Relationship | Sex | Race | Date of Birth | Age

Perpetrators: Total No. of Perpetrators | Wanted | Arrested | Weapon ☐ Used ☐ Possessed | Describe Weapon (If firearm, give color, make, calibre, type, model, etc.)

Perp. No. 1: Wanted ☐ Arrested ☐ | Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No | Res. Pct. | Sex | Race | Date of Birth | Age | Height Ft In | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No. | ☐ Eyeglasses ☐ Sunglasses | Nickname, First Name, Alias | Clothing Description, Scars, Marks, M.O., Etc. (Continue In "Details"):

Perp. No. 2: Wanted ☐ Arrested ☐ | Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No | Res. Pct. | Sex | Race | Date of Birth | Age | Height Ft In | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No. | ☐ Eyeglasses ☐ Sunglasses | Nickname, First Name, Alias | Clothing Description, Scars, Marks, M.O., Etc. (Continue In "Details"):

**AREA WITHIN BOX FOR DETECTIVE / LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."**

Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details) ☐ ☐

Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details) ☐ ☐

Canvass Conducted ☐ Yes ☐ No | If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained

Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:

Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:

Crime Scene Dusted ☐ Yes ☐ No | By (Enter Results in Details) | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details)

If Closing Case "No Results," Check Appropriate Box and State Justification in Details: ☐C-1 Improper Referral ☐C-2 Inaccurate Facts ☐C-3 No Evidence / Can't ID ☐C-4 Uncooperative Complainant ☐C-5 "Leads" Exhausted

DETAILS:

INVESTIGATION: HOMICIDE # 2/01
SUBJECT: INTERVIEW OF TERRENCE ALSTON M/B, DOB 3-18-68 OF 1560 UNIONPORT RD #5C

1- ON FEBRUARY 14,2001 AT APPROXIMATELY 1610 HRS THE U/D RECEIVED A PHONE CALL FROM DET. PARKER OF INTELL. WHO STATED THAT HE HAS A C.I. AT RIKERS ISLAND WHO HAS INFORMATION REGARDING THE HOMICIDE AT ~~XXXXXXXX~~ PARKCHESTER.

2- ON FEBRUARY 14,2001 AT APPROXIMATELY 1720 HRS DET. BENCENVINGO AND THE U/S WERE PRESENT AT RIKERS ISLAND, GANG INTELL. BUILDING. THE U/S TOOK A VERBAL AND WRITTEN STATEMENT FRO TERRENCE ALSTON AS FOLLOWS.

" I TERRENCE ALSTON MAKE THE FOLLOWING STATEMENT. IN LATE AUGUST OF 2000 A UNIFORM SECURITY GUARD FROM PARKCHESTER APPROACHED ME AND ASKED IF I COULD DO HIM A FAVOR. ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~ I ASKED HIM WHAT IS THE FAVOR. HE TOLD ME THAT HE WANTED ANOTHER SECURITY GUARD KILLED. I ASKED HIM WHY HE WANTED HIM KILLED, AND HE SAID HE WANTED HIM KILLED BECAUSE HE WAS FUCKING WITH A GIRL. HE THEN ASKED ME IF I NEEDED A GUN AND I TOLD HIM I HAVE ONE ALREADY. HE ASKED WHAT IS THE PRICE AND I TOLD HIM I DID NOT KNOW RIGHT NOW; I'LL GET BACK TO YOU. TWO DAYS LATER I SAW HIM IN FRONT OF 1560 UNIONPORT RD. WE TALKED ABOUT SETTING IT UP IN A BUILDING, IN THE DAY TIME. HE STATED THAT HE WOULD CALL FOR ASSISTANCE AND WHEN THE GUY SHOWED UP I WOULD BE WAITING FOR HIM. ~~XXXXXXXXXX~~ I TOLD HIM THAT I WOULD GET BACK TO HIM. HE TOLD ME THAT WHEN IT WAS TIME, HE WOULD SHOW ME THE GUY. HE ALSO GAVE ME A MASTER KEY TO THE BUILDINGS IN PARKCHESTER. I WENT TO COURT IN OCTOBER AND PLEAD OUT TO ATTEMPTED POSSESSION OF A WEAPON AND GOT REMANDED. THE REASON I DID NOT DO THE HIT WAS BECAUSE I WAS HEALING FROM BEING SHOT UP IN AUGUST ~~XXXX~~ 22,2000.

And why He ... ABO... S... 2

| CASE | DATE REVIEWED / CLOSED | IF ACTIVE, DATE OF NEXT REVIEW |
|---|---|---|
| ☒ ACTIVE ☐ CLOSED | 2/15/08 | |

| REPORTING OFFICER: RANK | SIGNATURE | NAME PRINTED | TAX REG. NO. | COMMAND |
|---|---|---|---|---|
| DET | [signature] | ROBERT RAMOS | 909144 | 43 SQD |

REVIEWING / CLOSING

Page 2 of 2 Pages

| ...OW-UP INFORMATIONAL ...SHEET (Rev 8-90)-H-1 | Pct. 043 | Complaint No. 2412 | Date of This Report 2/15/01 |
|---|---|---|---|

...nce states he had seen the person he picked out various times ...nd the nieghborhood.

...se active.




| ...VE ☐CLOSED | DATE REVIEWED/CLOSED | IF ACTIVE, DATE OF NEXT REVIEW |
|---|---|---|