# EXHIBIT 19

| | | | | |
|---|---|---|---|---|
| **Crime:** HOMICIDE #2 | **Pct.** 043 | **OCCB No.** | **Complaint No.** 2412 | **Date of This Report** 4/7/01 |
| **Date Orig Report** 2/12 | **Date Assigned** 2/12 | **Case No.** 624 | **Unit Reporting** 43 PDS | **Follow-Up No.** 07 |

**Complainant's Name:** PSNY FOR ACOSTA, ALBERT

**DETAILS:**

Investigate: HOMICIDE #2

Subject: INTERVIEW MARK A DAMON

1. On April 5, 2001, at approx. 1645 hrs., the u/s was present at ADA Christine Scaccia's office (Bronx Criminal Court) and Mark A Damon DOB:01/10/84 17 yrs old residing at 1491 Metropolitan Ave Tel#718-597-3519 was interviewed. Mark stated with permission from aka Murdoch he sold a .22 cal auto hand gun to a security guard back on January 2001. He sold it for $75.00 USC. He stated the guard was a male white/Italian, heavy set with a thick mustache.

2. During the above interview the following person were present:
   * Det Derrick Parker GIU
   * ADA Scaccia
   * Terrance Alston AKA Murdoch

3. Case active.

*[handwritten: JENNY SMITH RESIDES AT SAME ADDRESS]*

**ACTIVE** ☐ CLOSED

**RANK:** Det  **NAME PRINTED:** Luis R Agostini  **TAX REG NO:** 889648  **COMMAND:** 043