# EXHIBIT 20

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| COMPLAINT - FOLLOW UP INFORMATIONAL PD 313-081A (Rev. 4-89)-31 | Crime HOMICIDE #2 | Pct 043 | OCCB No. | Complaint No. 2412 | Date of This Report 3/1/01 | PAGE OF PAGE | |
| Date of Orig. Report 2/12 | Date Assigned 2/12 | Case No. 624 | Unit Reporting 43 PDS | | | Follow-Up No. | |
| Complainant's Name - Last, First, M.I. PSNY FOR ACOSTA, ALBERT | | | Victim's Name - If Different | | | | |

**DETAILS:**

Investigate: HOMICIDE

Subject: INTERVIEWED PO NIEVES 43 PCT

1. On March 1, 2001, at approx. 0920 hrs., the u/s interviewed PO Nieves 43 Pct who was one of the first officers on the scene stated the following:

   * She observed SPO Acosta laying on the floor with his face towards the left side. She also observed Acosta's memo book and hat on top of the stove. She states Acosta's jacket was off.

   * She states she was present when Manganiello came to the scene and stated he wanted to see his partner. PO Nieves stated how did he know it was his partner when he never entered the room. She states Manganiello did enter the room minutes later and saw Acosta's laying on the floor.

2. Case active.

0862

NAME PRINTED: Luis R. Agostini

Rank: Det