# EXHIBIT 21

| | | | | | | |
|---|---|---|---|---|---|---|
| COMPLAINT - FOLLOW UP INFORMATIONAL PD 313-081A (Rev. 4-89)-31 | Crime: Homicide #02/01 | Pct. 043 | OCCB No | Complaint No. 2412 | Date of This Report 02/12/01 Follow-Up No. | PAGE ___ OF ___ PAGE |
| of Orig. Report 02/12/01 | Date Assigned 02/12/01 | Case No. 624 | Unit Reporting 43 D.S. | | | |

Complainant's Name - Last, First, M.I.: **P.S.N.Y. For Albert Acosta**

[Form fields for witness, perpetrators, detective box — all blank]

**DETAILS:**

INVESTIGATE: Homicide #02/01
SUBJECT: Interview 43 Officers responding to Dispute at 1700 Metro ave 5E

1. On 02/12/01 the U/S spoke to the Officers that responded to a dispute at 1700 Metropolitan ave 5E where as Parkchester Officers also responded.

2. P.O. Ortiz sh#15002 and P.O. Rodriguez were assigned to 43 Patrol and responded to a dispute with a knife at 1700 Metropolitan ave apt. 5E. When they responded Sgt. Rose of the 43 was there and they found that there was no knife involved. Things calmed down and they were taking the report. P.O. Ortiz stated that Parkchester Officer Manganiello responded and seemed of a normal demeanor. When they were completed they all left and the Parkchester cop left. They said they only saw the one Parkchester cop.

3. Case active...

PLAINTIFF
EXHIBIT 6
DATE 12/19/07 RPTR [initials]
DALCO REPORTING

CASE: [X] ACTIVE [ ] CLOSED
REPORTING OFFICER: RANK Det — NAME PRINTED Martinez R.E. — TAX REG. NO. 876665 — COMMAND 043