# EXHIBIT 22

| COMPLAINT - FOLLOW UP INFORMATIONAL | Crime | Pct. | OCCB No. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|
| PD 313-081A (Rev. 4-89)-31 | HOMICIDE #2 | 043 | | 2412 | 3/1/01 |

| Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| /12 | 2/12 | 624 | 43 PDS | |

Complainant's Name: SNY FOR ACOSTA, ALBERT

**Investigate:** HOMICIDE

**Subject:** INTERVIEWED PO ORTIZ & PO RODRIGUEZ

- On March 1, 2001, at approx. 0935 (0950 crossed out) hrs., the u/s interviewed PO Ortiz & PO Rodriguez sec 43H who responded to the dispute on 2/12/01 at 1700 Metropolitan Ave at approx. 0835 hrs.. PO Ortiz stated SPO Manganiello was present in apt#5E when he got there. SPO Manganiello then asked if they needed him and he stated no we could handle this. SPO Manganiello left. PO Rodriguez then gave back the job at approx. 0904 hrs. and did not see SPO Manganiello when he left the building.

- Case active.

0848

RANK: Det
NAME PRINTED: Luis R. Agostini
COMMAND: 043