# EXHIBIT 26

Victim: Albert Acosta 6/30/70    Det. Abate #282
    589 Vannest Ave 2Rapt.    61st 2412
So Anthony Manganiello 5/30/62    P.O. Miller #24727 43pct
    227 westchester Ave. Mt. Vernon. SS# 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

GSR Kit done at 12:25 PM. AT 43 pct sqd room.

### PHOTOS

P-1   o/v face
2   hands down
3   hands up
4   c/u right pointer finger
5   c/u hands down
6   o/v R/o 1700 Metropolitan
7   o/v to stairwell B
8   o/v to Storage & Sprinkler Room.
9   o/v into "Carrige room" (vacant)
10   o/v M-5, M-6, M-7
11   o/v M-6, M-7, M-8, M-9
12   o/v M-5, M-6, M-7 toward entrance
13   o/v M-8, M-9
14   o/v poss Dims above M-8 & M-9

