EXHIBIT 27

INDICTMENT

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF BRONX

---

PEOPLE OF THE STATE OF NEW YORK
                AGAINST

(B)   ALSTON, TERENCE
         DEFENDANT: 98X012153

INDICTMENT #: 1959-98

GRAND JURY #: 41546/9

COUNTS

✓ ATTEMPTED MURDER IN THE SECOND DEGREE
✓ ASSAULT IN THE FIRST DEGREE
  ( 2 COUNTS )
✓ ROBBERY IN THE FIRST DEGREE
  CRIMINAL USE OF A FIREARM IN THE FIRST DEGREE
✓ CRIMINAL POSSESSION OF A WEAPON IN THE SECOND DEGREE
✓ CRIMINAL POSSESSION OF A WEAPON IN THE THIRD DEGREE
  ( 2 COUNTS )
✓ CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE
✓ CRIMINAL POSSESSION OF STOLEN PROPERTY IN THE FIFTH DEGREE
✓ MENACING IN THE SECOND DEGREE

*[handwritten: AFR AS Prudente   G Att Guinn Pros 3   "E"]*

MAR 24 1998

MARCH 5, 1998

A TRUE BILL

_____
    FOREPERSON

ROBERT T. JOHNSON
DISTRICT ATTORNEY

PLAINTIFF'S SK
EXHIBIT
30
1-30-8

FIRST COUNT

THE GRAND JURY OF THE COUNTY OF THE BRONX BY THIS INDICTMENT, ACCUSES THE DEFENDANT TERENCE ALSTON OF THE CRIME OF ATTEMPTED MURDER IN THE SECOND DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, TERENCE ALSTON, ON OR ABOUT FEBRUARY 19, 1998, IN THE COUNTY OF THE BRONX, WITH INTENT TO CAUSE THE DEATH OF A PERSON, DID ATTEMPT TO CAUSE THE DEATH OF PAUL COGGINS BY SHOOTING HIM.

SECOND COUNT

THE GRAND JURY OF THE COUNTY OF THE BRONX BY THIS INDICTMENT, ACCUSES THE DEFENDANT TERENCE ALSTON OF THE CRIME OF ASSAULT IN THE FIRST DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, TERENCE ALSTON, ON OR ABOUT FEBRUARY 19, 1998, IN THE COUNTY OF THE BRONX, WITH INTENT TO CAUSE SERIOUS PHYSICAL INJURY TO ANOTHER PERSON, DID CAUSE SERIOUS PHYSICAL INJURY TO PAUL COGGINS, BY MEANS OF A DEADLY WEAPON OR A DANGEROUS INSTRUMENT, THAT BEING A PISTOL.

THIRD COUNT

THE GRAND JURY OF THE COUNTY OF THE BRONX BY THIS INDICTMENT, ACCUSES THE DEFENDANT TERENCE ALSTON OF THE CRIME OF ASSAULT IN THE FIRST DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, TERENCE ALSTON, ON OR ABOUT FEBRUARY 19, 1998, IN THE COUNTY OF THE BRONX, WITH INTENT TO DISFIGURE ANOTHER PERSON SERIOUSLY AND PERMANENTLY, OR TO DESTROY, AMPUTATE OR DISABLE PERMANENTLY A MEMBER OR ORGAN OF THAT PERSON'S BODY, DID CAUSE SUCH INJURY TO PAUL COGGINS.

ACCUSES THE DEFENDANT TERENCE ALSTON OF THE CRIME OF ROBBERY IN THE FIRST DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, TERENCE ALSTON, ON OR ABOUT FEBRUARY 19, 1998, IN THE COUNTY OF THE BRONX, DID FORCIBLY STEAL PROPERTY, THAT BEING U.S CURRENCY, FROM CESAR HERNANDEZ, AND IN THE COURSE OF THE COMMISSION OF THE CRIME OR IN IMMEDIATE FLIGHT THEREFROM, THE DEFENDANT DISPLAYED WHAT APPEARED TO BE A GUN.

THE SUBJECT MATTER OF THIS COUNT IS AN ARMED FELONY AS THAT TERM IS DEFINED IN SECTION 1.20 OF THE CRIMINAL PROCEDURE LAW.

### FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF THE BRONX BY THIS INDICTMENT, ACCUSES THE DEFENDANT TERENCE ALSTON OF THE CRIME OF CRIMINAL USE OF A FIREARM IN THE FIRST DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, TERENCE ALSTON, ON OR ABOUT FEBRUARY 19, 1998, IN THE COUNTY OF THE BRONX, DID COMMIT A "CLASS B" VIOLENT FELONY OFFENSE AND POSSESS A DEADLY WEAPON, THAT BEING A PISTOL, WHICH WAS A LOADED WEAPON FROM WHICH A SHOT, READILY CAPABLE OF PRODUCING DEATH OR OTHER SERIOUS INJURY, MAY HAVE BEEN DISCHARGED.

THE SUBJECT MATTER OF THIS COUNT IS AN ARMED FELONY AS THAT TERM IS DEFINED IN SECTION 1.20 OF THE CRIMINAL PROCEDURE LAW.

SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF THE BRONX BY THIS INDICTMENT, ACCUSES THE DEFENDANT TERENCE ALSTON OF THE CRIME OF CRIMINAL POSSESSION OF A WEAPON IN THE SECOND DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, TERENCE ALSTON, ON OR ABOUT FEBRUARY 19, 1998, IN THE COUNTY OF THE BRONX, DID POSSESS A LOADED FIREARM THAT BEING A PISTOL WITH INTENT TO USE UNLAWFULLY AGAINST ANOTHER.

THE SUBJECT MATTER OF THIS COUNT IS AN ARMED FELONY AS THAT TERM IS DEFINED IN SECTION 1.20 OF THE CRIMINAL PROCEDURE LAW.

SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF THE BRONX BY THIS INDICTMENT, ACCUSES THE DEFENDANT TERENCE ALSTON OF THE CRIME OF CRIMINAL POSSESSION OF A WEAPON IN THE THIRD DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, TERENCE ALSTON, ON OR ABOUT FEBRUARY 19, 1998, IN THE COUNTY OF THE BRONX, DID POSSESS A LOADED FIREARM, THAT BEING A PISTOL, SUCH POSSESSION NOT BEING IN THE DEFENDANT'S HOME OR PLACE OF BUSINESS.

THE SUBJECT MATTER OF THIS COUNT IS AN ARMED FELONY AS THAT TERM IS DEFINED IN SECTION 1.20 OF THE CRIMINAL PROCEDURE LAW.

[handwritten annotations in margin: "Aff", "CPW 3", "E", "4 yrs"]

EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF THE BRONX BY THIS INDICTMENT, ACCUSES THE DEFENDANT TERENCE ALSTON OF THE CRIME OF CRIMINAL POSSESSION OF A WEAPON IN THE THIRD DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, TERENCE ALSTON, ON OR ABOUT FEBRUARY 19, 1998, IN THE COUNTY OF THE BRONX, DID KNOWINGLY POSSESS A FIREARM, THAT BEING A PISTOL, WHICH HAD BEEN DEFACED FOR THE PURPOSE OF CONCEALMENT OR PREVENTION OF THE DETECTION OF A CRIME OR MISREPRESENTING THE IDENTITY OF THAT WEAPON.

NINTH COUNT

THE GRAND JURY OF THE COUNTY OF THE BRONX BY THIS INDICTMENT, ACCUSES THE DEFENDANT TERENCE ALSTON OF THE CRIME OF CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, TERENCE ALSTON, ON OR ABOUT FEBRUARY 19, 1998, IN THE COUNTY OF THE BRONX, DID POSSESS A PISTOL WITH INTENT TO USE THE SAME UNLAWFULLY AGAINST ANOTHER.

TENTH COUNT

THE GRAND JURY OF THE COUNTY OF THE BRONX BY THIS INDICTMENT, ACCUSES THE DEFENDANT TERENCE ALSTON OF THE CRIME OF CRIMINAL POSSESSION OF STOLEN PROPERTY IN THE FIFTH DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, TERENCE ALSTON, ON OR ABOUT FEBRUARY 19, 1998, IN THE COUNTY OF THE BRONX, DID KNOWINGLY POSSESS STOLEN PROPERTY, THAT BEING U.S. CURRENCY, OWNED BY CESAR HERNANDEZ, WITH INTENT TO BENEFIT HIMSELF OR A PERSON OTHER THAN AN OWNER THEREOF OR TO IMPEDE THE RECOVERY BY AN OWNER THEREOF.

ELEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF THE BRONX BY THIS INDICTMENT, ACCUSES THE DEFENDANT TERENCE ALSTON OF THE CRIME OF MENACING IN THE SECOND DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, TERENCE ALSTON, ON OR ABOUT FEBRUARY 19, 1998, IN THE COUNTY OF THE BRONX, BY PHYSICAL MENACE, DID INTENTIONALLY PLACE OR ATTEMPT TO PLACE CESAR HERNANDEZ IN REASONABLE FEAR OF PHYSICAL INJURY, SERIOUS PHYSICAL INJURY OR DEATH BY DISPLAYING A DEADLY WEAPON, DANGEROUS INSTRUMENT OR WHAT APPEARS TO BE A PISTOL, REVOLVER, RIFLE, SHOTGUN, MACHINE GUN OR OTHER FIREARMS.

ROBERT T. JOHNSON
DISTRICT ATTORNEY