EXHIBIT **29**

Shawn Abate     April 18, 2008

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2
    ANTHONY MANGANIELLO,
 3
              Plaintiff,                    COPY
 4
         vs.                NO. 07-CV-3644
 5
 6  THE CITY OF NEW YORK, ET AL.,
 7           Defendants.
 8
 9
10
11
12  DEPOSITION OF:    SHAWN ABATE
13  DATE:             April 18, 2008
14  TIME:             2:02 A.M.
15  LOCATION:         Offices of A. William Roberts,
                      Jr., & Associates
16                    46-A State Street
                      Charleston, SC
17
    TAKEN BY:         Counsel for the Plaintiff
18
    REPORTED BY:      SUSAN S. BEISSEL,
19                    Registered Professional Reporter
20
           A. WILLIAM ROBERTS, JR., & ASSOCIATES
21
                 Fast, Accurate & Friendly
22
23  Charleston, SC   Hilton Head, SC   Myrtle Beach, SC
    (843) 722-8414   (843) 785-3263    (843) 839-3376
24
    Columbia, SC     Greenville, SC    Charlotte, NC
25  (803) 731-5224   (864) 234-7030    (704) 573-3919
```

MR. JOSEPH:

    Q.  How long did you stay at the scene?

    A.  I don't recall.

    Q.  While you were at the scene, who was in charge?

    A.  Who was in charge?

    Q.  Correct.

    A.  I don't know if I understand that question.

    Q.  Was there one particular -- who was the highest ranking officer present at the crime scene where Mr. Acosta was shot?

    A.  Well, I was the initial detective.

    Q.  Okay. And what were your responsibilities as the initial detective?

    A.  I -- I started and I was in charge of running the investigation, because at that time it was a shooting only.

    Q.  And what were your responsibilities in terms of running the investigation?

    A.  Create the crime scene, do a canvass, talk to the first responding officers.

    Q.  While you were at the crime scene, was Anthony Manganiello a suspect for the shooting of Albert Acosta?

Page 20

1          MS. FROMMER: Objection. You can
2     answer.
3          THE WITNESS: Not at the initial, no.
4     BY MR. JOSEPH:
5          Q. Okay. Did you do anything else at the
6     crime scene that you have not told us about?
7          A. Not that I know of.
8          Q. Okay. Did you direct any other
9     officers to bring Anthony Manganiello back to the
10    43rd Precinct?
11         MS. FROMMER: Objection. You can
12    answer.
13         THE WITNESS: I don't remember.
14    BY MR. JOSEPH:
15         Q. When you left the crime scene, was
16    there any evidence which in any way tied Anthony
17    Manganiello to Mr. Acosta's shooting?
18         MS. FROMMER: Objection. You can
19    answer.
20         THE WITNESS: I don't remember.
21    BY MR. JOSEPH:
22         Q. Approximately how long did you spend
23    at the crime scene?
24         A. I don't remember the time frame.
25         Q. Where did you go when you left the

Page 24

1    Manganiello?
2         A.  I was with Detective Agostini.
3         Q.  At the point in time that you and
4    Detective Agostini spoke with Mr. Manganiello, was
5    he under arrest?
6         A.  No, he wasn't.
7         Q.  Was Anthony Manganiello arrested on
8    February 12th, 2001?
9         A.  I don't -- I don't believe so.
10        Q.  What did you say to Anthony
11   Manganiello and what did he say to you?
12             MS. FROMMER:  Objection.  You can
13   answer.
14             THE WITNESS:  I don't remember.
15   BY MR. JOSEPH:
16        Q.  What did Detective Agostini say to
17   Anthony Manganiello and what did Mr. Manganiello
18   say to Detective Agostini?
19             MS. FROMMER:  Objection.  You can
20   answer.
21             THE WITNESS:  I don't remember.
22   BY MR. JOSEPH:
23        Q.  Do you have any recollection of
24   anything that Anthony Manganiello said to you on
25   February 12th, 2001?

Page 26

```
 1              MS. FROMMER:  Objection.  You can
 2     answer.
 3              THE WITNESS:  His jacket -- his jacket
 4     was on a chair in -- outside of the interview room
 5     when I -- when I got there.
 6     BY MR. JOSEPH:
 7         Q.  Okay.  And how did you -- what
 8     happened to that jacket?
 9              MS. FROMMER:  Objection.  You can
10     answer.
11              THE WITNESS:  I don't remember.
12     BY MR. JOSEPH:
13         Q.  What, if anything, happened -- did you
14     ever touch Mr. Manganiello's jacket?
15              MS. FROMMER:  Objection.
16              THE WITNESS:  I don't remember.
17     BY MR. JOSEPH:
18         Q.  Now, was Mr. Manganiello's shirt
19     removed from him while he was in the interview
20     room?
21         A.  His shirt?
22         Q.  Correct.
23         A.  I don't remember.
24         Q.  Did you keep Mr. Manganiello's -- take
25     possession of Mr. Manganiello's memo book?
```

1      A.   I didn't.

2      Q.   Did anyone else take possession of
3  Mr. Manganiello's memo book in your presence?

4           MS. FROMMER:   Objection.

5           THE WITNESS:   I don't remember that.

6  BY MR. JOSEPH:

7      Q.   Sir, let me direct your attention to
8  what has been marked as Exhibit Number 1.

9           MS. FROMMER:   Just one second, please.

10          THE COURT REPORTER:   It has been
11 handed to the witness.

12 BY MR. JOSEPH:

13     Q.   Sir, do you recognize this document?

14          MS. FROMMER:   For the record, was this
15 produced by you during discovery?  There's no
16 Bates stamp on it.  This is not something that was
17 produced by me.

18          MR. JOSEPH:   This is part of the crime
19 record, I believe.  It was produced during
20 discovery.

21          MS. FROMMER:   I still would have to
22 double-check that.

23 BY MR. JOSEPH:

24     Q.   Sir, do you recognize what's been
   marked as Exhibit 1?

Shawn Abate    April 18, 2008

Page 50

1           Did you discuss the case against
2  Anthony Manganiello with Lieutenant Scott while
3  Mr. Manganiello was still in the interview room?
4           MS. FROMMER:  Objection.
5           THE WITNESS:  I don't remember.
6  BY MR. JOSEPH:
7      Q.  Did the fact that a lawyer appeared
8  raise your suspicion that Mr. Manganiello was
9  somehow involved in the shooting of Mr. Acosta?
10          MS. FROMMER:  Objection.
11          THE WITNESS:  It concerned me.
12 BY MR. JOSEPH:
13     Q.  And why is that?
14     A.  Because an attorney showed up.
15     Q.  Is there any significance to you that
16 an attorney showed up?
17          MS. FROMMER:  Objection.  You can
18 answer.
19          THE WITNESS:  The significance that
20 the attorney showed up?
21 BY MR. JOSEPH:
22     Q.  Correct.  Why was it significant to
23 you or why did it concern you that an attorney
24 showed up?
25          MS. FROMMER:  Objection.

& Associates 800-743-DEPO

Shawn Abate     April 18, 2008

Page 52

1  say anything about Anthony Manganiello being
2  lawyered up?
3           MS. FROMMER:  Objection.
4           THE WITNESS:  I don't remember.
5  BY MR. JOSEPH:
6      Q.  Did you say anything to either
7  Lieutenant Scott or Detective Agostini that
8  Anthony Manganiello had gotten lawyered up?
9           MS. FROMMER:  Objection.
10          THE WITNESS:  I don't remember.
11 BY MR. JOSEPH:
12     Q.  When Anthony's lawyer appeared for
13 Mr. Manganiello, what, if anything, did you do?
14     A.  Sorry.  Say that again, sir?
15     Q.  What did you do next after the lawyer
16 showed up?
17     A.  I don't remember.
18     Q.  Did you apply for a search warrant at
19 any point on February 12th, 2001?
20          MS. FROMMER:  Objection.  In this
21 case?
22          MR. JOSEPH:  Correct.
23          MS. FROMMER:  Objection.
24          THE WITNESS:  On what date, sir?
25 BY MR. JOSEPH:

A. William Roberts, Jr. & Associates

1        Q. February 12th, 2001.
2        A. I believe I did.
3        Q. I'm sorry. The phone broke up. What
4    was your answer?
5        A. You're asking, did I apply for it?
6        Q. Correct.
7        A. I don't remember if I applied for it.
8        Q. Okay. Let me ask you this. At the
9    point in time when the lawyer showed up to speak
10   with Anthony Manganiello, in your mind, was there
11   probable cause to arrest Anthony Manganiello for
12   the shooting of Albert Acosta?
13            MS. FROMMER: Objection. You can
14   answer.
15            THE WITNESS: I -- I don't remember if
16   there was probable cause at the time.
17   BY MR. JOSEPH:
18       Q. Can you tell me what facts, if any,
19   were you aware of that on February 12th, 2001,
20   which tied Anthony Manganiello to the shooting of
21   Albert Acosta?
22            MS. FROMMER: Objection.
23            MR. JOSEPH: I'll rephrase it.
24   BY MR. JOSEPH:
25       Q. Were you aware of any facts or

Page 54

1   evidence that tied Anthony Manganiello to the
2   shooting of Albert Acosta on February 12th, 2001?
3              MS. FROMMER: Objection. You can
4   answer.
5              THE WITNESS: Can I answer that?
6              MS. FROMMER: Yes, you can.
7              THE WITNESS: I don't remember.
8   BY MR. JOSEPH:
9         Q. I'm going to direct your attention to
10  Exhibit Number 11.
11             MS. FROMMER: Go ahead.
12  BY MR. JOSEPH:
13        Q. Do you recognize Exhibit 11?
14        A. Yes, I do.
15        Q. What is it?
16        A. It's a DD-5.
17        Q. Did you prepare this DD-5?
18        A. Yes, I did.
19        Q. And what, if anything, does this DD-5
20  reference or document?
21        A. Just give me a minute and let me read
22  it, please?
23        Q. Sure.
24        A. It states that I was present along
25  with Detective Agostini, Sergeant McGovern,

Page 58

1           THE WITNESS:  I have nothing here that
2    can, you know, recollect my memory to that.
3    BY MR. JOSEPH:
4           Q.  Was a search warrant obtained for any
5    other vehicle which Anthony Manganiello owned?
6           MS. FROMMER:  Objection.  You can
7    answer.
8           THE WITNESS:  I don't remember.
9    BY MR. JOSEPH:
10          Q.  Were you present when another vehicle
11   owned by Anthony Manganiello was stopped on
12   February 12th, 2001?
13          MS. FROMMER:  Objection.
14          THE WITNESS:  Can I answer?
15          MS. FROMMER:  Yes.
16          THE WITNESS:  Okay.  I -- I don't
17   remember.
18   BY MR. JOSEPH:
19          Q.  Did you provide any testimony in
20   support of getting the search warrant for Anthony
21   Manganiello's black Nissan Maxima on February
22   12th, 2001?
23          A.  When are you talking about, sir?
24          Q.  On February 12th, 2001.
25          A.  I don't remember.

Shawn Abate      April 18, 2008

Page 66

1    Q. Did any officer of the 43rd Precinct
2    go to the Mount Vernon Police Department on
3    February 12th, 2001?
4            MS. FROMMER: Objection. You can
5    answer.
6            THE WITNESS: I don't remember.
7    BY MR. JOSEPH:
8    Q. On February 12th, 2001, did you speak
9    with an Assistant District Attorney regarding the
10   shooting of Albert Acosta?
11   A. I don't remember.
12   Q. Did you at any point on February 12th,
13   2001, discuss with an Assistant District Attorney
14   about whether there was sufficient evidence to
15   charge Anthony Manganiello with the shooting of
16   Albert Acosta?
17           MS. FROMMER: Objection. You can
18   answer.
19           THE WITNESS: I don't remember.
20   BY MR. JOSEPH:
21   Q. At any point on February 12th, 2001,
22   was there any evidence or fact made known to you
23   that in any way tied Anthony Manganiello to the
24   shooting of Albert Acosta?
25           MS. FROMMER: Objection.

Page 67

1            THE WITNESS:  I don't remember.
2    BY MR. JOSEPH:
3        Q.  At any point on February 12th, 2001,
4    did you learn of any evidence that created
5    probable cause to charge Anthony Manganiello with
6    the shooting of Albert Acosta?
7            MS. FROMMER:  Objection.  You can
8    answer.
9            THE WITNESS:  I don't remember.
10   BY MR. JOSEPH:
11       Q.  After February 12th, 2001, what was
12   your next involvement with this case?
13       A.  I apprehended Mr. Manganiello.
14       Q.  Between the point in time of --
15   between -- strike that.
16           Between February 12th, 2001, and the
17   time that you apprehended Mr. Manganiello, did you
18   take any other steps in investigating the shooting
19   of Albert Acosta?
20       A.  I'm sorry.  Can you say that again,
21   sir?
22       Q.  Between February 12th, 2001, and the
23   day which you arrested or apprehended Anthony
24   Manganiello, did you do anything to investigate
25   whether Anthony Manganiello was in any way

Shawn Abate     April 18, 2008

Page 72

1    name prior to today?
2         A.   No.
3              MS. FROMMER:  Objection, other than
4    it's -- he was in a conversation with counsel.
5              MR. JOSEPH:  Correct.
6              MS. FROMMER:  Okay.
7              THE WITNESS:  No.
8    BY MR. JOSEPH:
9         Q.   Sir, do you know a gentleman named
10   Michael Booth?
11        A.   I know the name.
12        Q.   And how do you know his name?
13        A.   Through the investigation.
14        Q.   Did you ever personally meet with
15   Mr. Booth?
16        A.   I met -- I met him, yes, I did.
17        Q.   When did you meet Mr. Booth?
18        A.   I don't remember.
19        Q.   What were the circumstances of your
20   meeting Mr. Booth?
21        A.   His name came up as part of the
22   investigation and we met -- we met with him.
23        Q.   When you say we, who's we?
24        A.   Myself and Detective Agostini.
25        Q.   Where did you meet with Mr. Booth?

```
 1           A.   I don't remember.
 2           Q.   Do you recall whether it was at the
 3   43rd Precinct or somewhere else?
 4           A.   I don't remember.
 5           Q.   Were you aware of any illegal activity
 6   in which Mr. Booth was engaged in?
 7                MS. FROMMER:   Objection.
 8                THE WITNESS:   I'm sorry, sir?
 9   BY MR. JOSEPH:
10           Q.   Did you become aware of any illegal
11   activity in which Mr. Booth was engaged in?
12           A.   No.
13                MS. FROMMER:   Objection.  You can
14   answer.
15                THE WITNESS:   No.
16   BY MR. JOSEPH:
17           Q.   Answer.
18           A.   No.
19           Q.   Were you aware that Mr. Booth was
20   involved in bookmaking or gambling?
21                MS. FROMMER:   Objection.
22                THE WITNESS:   I can answer that?
23                MS. FROMMER:   You can.
24                THE WITNESS:   I'm sorry?
25                MS. FROMMER:   You can answer.
```

Shawn Abate   April 18, 2008

Page 74

```
 1              THE WITNESS:  It was a rumor.
 2   BY MR. JOSEPH:
 3        Q.  Rumor.  Was Mr. Booth searched when --
 4   when he met with you and Mr. Agostini?
 5        A.  I don't remember.
 6        Q.  Did Mr. Agostini find gambling slips
 7   on Mr. Booth's person?
 8              MS. FROMMER:  Objection.
 9              THE WITNESS:  I don't remember.
10   BY MR. JOSEPH:
11        Q.  Did -- did Mr. Agostini find a knife
12   on Mr. Booth's person?
13              MS. FROMMER:  Objection.
14              THE WITNESS:  I don't remember.
15   BY MR. JOSEPH:
16        Q.  Was Mr. Booth allowed to walk --
17   strike that.
18              Was Mr. Booth not charged with
19   criminal activity in exchange for providing a
20   statement against Anthony Manganiello?
21              MS. FROMMER:  Objection.
22              THE WITNESS:  I don't remember that.
23   BY MR. JOSEPH:
24        Q.  By the way, was Terrence Alston a
25   member of The Bloods at the time you met with him?
```

A. William Roberts, Jr. & Associates 800-743-DEPO

```
 1              THE WITNESS:  Well, one, he didn't
 2     request the attorney.
 3     BY MR. JOSEPH:
 4          Q.  Okay.  Was there anything else?
 5          A.  No.
 6          Q.  Did you interview Mr. Manganiello as a
 7     suspect because an attorney showed up?
 8              MS. FROMMER:  Objection.
 9              THE WITNESS:  I'm sorry.  I didn't
10     hear the end of that question.
11     BY MR. JOSEPH:
12          Q.  Did the fact that an attorney came to
13     the precinct to speak with Anthony Manganiello
14     make Mr. Manganiello a suspect in your eyes?
15              MS. FROMMER:  Objection.
16              THE WITNESS:  No.
17     BY MR. JOSEPH:
18          Q.  Did you discuss the fact that an
19     attorney had showed up with Detective Agostini?
20          A.  Detective Agostini was there.
21          Q.  Okay.  But my question is, did you
22     discuss the fact that an attorney had shown up
23     with Mr. Agostini?
24          A.  I don't remember.
25          Q.  Did either Mr. Agostini or Mr. Scott
```