# EXHIBIT 32

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANTHONY MANGANIELLO,

                        Plaintiff,           CIVIL ACTION No.: 07 CV 3644 (HB)

        - Against-

THE CITY OF NEW YORK, Et. Al.
                        Defendants
-------------------------------------------------------------------X

### AFFIDAVIT OF MARIO MANGANIELLO

Mario Manganiello, being duly sworn deposes and says:

1.      I am the brother of Anthony Manganiello.

2.      On February 12, 2001, I received a phone call that my brother was at the 43rd precinct and

        I went to the 43rd precinct immediately.

3.      When I got to the 43rd precinct I felt very uncomfortable about how my brother was being

        treated and I called an attorney for him.

4.      I called Richard Ross an attorney who came to the 43rd precinct. I met Mr. Ross outside of

        the precinct and was in his presence the entire time that he was at the precinct.

5.      I am aware that Luis Agostini testified at a pre-trial hearing that Richard Ross asked him

        if it was intentional.

6.      Mr. Ross made no such statement.

7.      I have read the foregoing affidavit and I affirm under penalties of perjury pursuant to 28

        USC §1746 that the matters stated herein are true.

                                            Mario Manganiello

        On the 9th day of  May, 2008, before me personally appeared Mario Manganiello, to be
known and who did execute the within affidavit and did swear that the statements contained
therein were true under penalties of perjury.

                        Notary Public

                                            NOTARY PUBLIC
                                            MICHAEL JOSEPH
                                            NO. 02JO6040452
                                            WESTCHESTER COUNTY
                                            EXPIRES 7 / 24 / 2010