# EXHIBIT 34

185

HEARINGS, CONT

```
 1  SUPREME COURT OF THE STATE OF NEW YORK
 2  COUNTY OF BRONX : CRIMINAL TERM : PART 13
 3  INDEX: 2207/01
 4  ------------------------------------------------x
 5  THE PEOPLE OF THE STATE OF NEW YORK,
 6
 7                  -against-
 8
 9  ANTHONY MANGANIELLO,
10                  Defendant(s).
11  ------------------------------------------------x
12                          851 GRAND CONCOURSE
13                          BRONX, NY 10451
14                          June 21st, 2004
15
16  B E F O R E:
17      HONORABLE MARTIN MARCUS, Supreme Court Justice
18          (Same appearances as previously noted.)
19          ----------------------
20              THE CLERK:  This is number two on the
21      calendar.  Indictment 2207/01 Anthony Manganiello.
22              Appearances, please.
23              MR. RICHMAN:  Murray Richman for the
24      defendant.
25              MS. HILL:  Renee Hill of counsel to
```

a/lr      DET. AGOSTINI - PEOPLE - DIRECT                339

presence?

    A.    Yes.

    Q.    And is it at this point that you actually have an exchange of words with Mr. Ross?

    A.    That's correct.

    Q.    What, if anything, does Mr. Ross say to you at this point?

    A.    Yes, I was speaking with Detective Abate in relation to the case, and attorney Richard Ross approached me and he asked both of us who's the detectives handling the case? We said we are. And then his next word was, was it intentional?

    Q.    Did you respond in any way to Mr. Ross?

    A.    I was puzzled.

    Q.    Does Mr. Ross and Mr. Manganiello's brother remain at the precinct or do they leave?

    A.    I think they left like maybe 10, 15 minutes later. I don't know if the attorney left, but I know the brother left 10 or 15 minutes later.

    Q.    And when they leave, do they leave without Mr. Manganiello?

    Does Mr. Manganiello, the defendant, remain the 43rd Precinct?

    A.    Yes.

    MS. SCACCIA: Your Honor, may I just