UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ANTHONY MANGANIELLO,

                        Plaintiff,        CIVIL ACTION No.: 07 CV 3644

   - Against-

THE CITY OF NEW YORK, et al.

                        Defendants,
---------------------------------------------------------X

## DECLARATION OF SERVICE

Pursuant to 28 USC §1746, I hereby declare, under penalty of perjury under the laws of the United States of that the following is true and correct.

Deponent is not a party to the action, is over 18 years of age and resides at 184 Martine Ave., White Plains, N.Y. 10601. That on the 14th day of May, 2008 deponent served the within: Plaintiff's Rule 56.1 Statement, Memorandum of Law, Declaration of Michael Joseph Esq., with Exhibits upon:

                Corporation Counsel
                100 Church Street
                New York, NY 10007

at the last known address designated by them for that purpose by depositing a true copy of same enclosed by federal express overnight service in a postpaid properly addressed wrapper.

                                          _____
                                          Krine Fermin