UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

ANTHONY MANGANIELLO,

                                 Plaintiff,

-against-

THE CITY OF NEW YORK, DET. LUIS AGOSTINI,
individually and as a New York City Police Detective,
SHAWN ABATE, individually and as a New York City
Police Detective, DEREK PARKER, individually and as a
New York City Police Detective, LT. HENRY SCOTT,
individually and as a New York City Police Lieutenant,
P.O. ALEX PEREZ, individually and as a New York City
Police Officer, P.O. MIRIAN NIEVES, individually and as
a New York City Police Officer, MICHAEL PHIPPS,
individually and as a the Commanding Officer of the 43rd
Precinct, JOHN McGOVERN, individually and as a New
York City Police Detective Sergeant, ROBERT
MARTINEZ, individually and as a New York City Police
Detective, GERYL McCARTHY, individually and as a
New York City Police Deputy Inspector,

                                             Defendants.

**SUPPLEMENTAL
DECLARATION OF
HILLARY A. FROMMER**

07 Civ. 3644 (HB)

------------------------------------------------------------------------- x

**HILLARY A. FROMMER**, declares pursuant to 28 U.S.C. 1746, under penalty of perjury, that the following is true and correct:

      1. I am a Senior Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York, retired Detectives Luis Agostini, Shawn Abate, Derek Parker, Richard Martinez (sued herein as "Robert Martinez"), retired Lieutenant Harry Scott (sued herein as "Lt. Henry Scott"), retired Police Officers Alex Perez, and Miriam Nieves, Inspector Michael Phipps, Lieutenant John McGovern, and retired Deputy Inspector Geryl McCarthy  As such, I am familiar with the facts stated below.

2. This declaration is submitted in connection with Defendants' Reply Memorandum of Law In Support of Defendants' Motion for Summary Judgment.

3. Attached hereto as Exhibit "AA" are excerpts from the Deposition of Anthony Manganiello dated December 12, 2007.

4. Attached hereto as Exhibit "BB" is a copy of the transcript of the Deposition of Assistant District Attorney Christine Scaccia dated May 2, 2008.

5. Attached hereto as Exhibit "CC" are excerpts from the Deposition of Mario Manganiello dated November 9, 2004.

6. Attached hereto as Exhibit "DD" is a copy of the Declaration of Hillary A. Frommer in Response to Order to Show Cause dated April 17, 2008 without attached exhibits.

Dated: New York, New York
       May 21, 2008

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street, Room 3-212
New York, New York 10007
(212) 788-0823

By: _____
    Hillary A. Frommer (HF 9286)
    Senior Counsel

Index No. 07 Civ. 3644 (HB)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| ANTHONY MANGANIELLO,<br><br>                                       Plaintiff,<br><br>                  -against-<br><br>THE CITY OF NEW YORK, DET. LUIS AGOSTINI, individually and as a New York City Police Detective, SHAWN ABATE, individually and as a New York City Police Detective, DEREK PARKER, individually and as a New York City Police Detective, LT. HENRY SCOTT, individually and as a New York City Police Lieutenant, P.O. ALEX PEREZ, individually and as a New York City Police Officer, P.O. MIRIAN NIEVES, individually and as a New York City Police Officer, MICHAEL PHIPPS, individually and as a the Commanding Officer of the 43rd Precinct, JOHN McGOVERN, individually and as a New York City Police Detective Sergeant, ROBERT MARTINEZ, individually and as a New York City Police Detective, GERYL McCARTHY, individually and as a New York City Police Deputy Inspector,<br><br>                                       Defendants. |
| **SUPPLEMENTAL DECLARATION OF**<br>**HILLARY A. FROMMER** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>    *Attorney for Defendants City, Agostini, Abate,*<br>    *Parker, Scott, Nieves, McGovern, Phipps,*<br>    *Martinez, Perez, and McCarthy*<br>    *100 Church Street*<br>    *New York, N.Y. 10007*<br><br>    *Of Counsel: Hillary A. Frommer*<br>    *Tel: (212) 788-0823*<br>    *NYCLIS No. 2007-016404* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y. ........................................ 200......*<br><br>*................................................................ Esq.*<br><br>*Attorney for.............................................................* |