# EXHIBIT AA

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------------------------------------X
     ANTHONY MANGANIELLO,
 3
                                          PLAINTIFF,
 4

 5              -against-        Case No:
                                 07 Civ. 3644(HB)
 6

 7   THE CITY OF NEW YORK, DET. LUIS AGOSTINI, INDIVIDUALLY and as
     a NEW YORK CITY POLICE DETECTIVE; SHAWN ABATE, INDIVIDUALLY
 8   and as a NEW YORK CITY POLICE DETECTIVE; DEREK PARKER,
     INDIVIDUALLY and as a NEW YORK CITY POLICE DETECTIVE; LT.
 9   HENRY SCOTT, INDIVIDUALLY and as a NEW YORK CITY POLICE
     LIEUTENANT; P.O. ALEX PEREZ, INDIVIDUALLY and as a NEW YORK
10   CITY POLICE OFFICER; P.O. MIRIAN NIEVES, INDIVIDUALLY and as
     a NEW YORK CITY POLICE OFFICER; MICHAEL PHIPPS, INDIVIDUALLY
11   and as the COMMANDING OFFICER of the 43RD PRECINCT; JOHN
     MCGOVERN, INDIVIDUALLY and as a NEW YORK CITY POLICE
12   DETECTIVE SERGEANT; ROBERT MARTINEZ, INDIVIDUALLY and as a
     NEW YORK CITY POLICE DETECTIVE; GERYL MCCARTHY, INDIVIDUALLY
13   and as a NEW YORK CITY POLICE DEPUTY INSPECTOR,

14                                        DEFENDANTS.
     ------------------------------------------------------------X
15

16              DATE: December 21, 2007

17              TIME: 12:29 P.M.

18

19

20         EXAMINATION BEFORE TRIAL of the Plaintiff,

21   ANTHONY MANGANIELLO, taken by the Respective Parties,

22   pursuant to a Notice and to the Federal Rules of Civil

23   Procedure, held at the offices of MICHAEL A. CARDOZA,

24   Corporation Counsel, 100 Church Street, New York, New York

25   10007, before a Notary Public of the State of New York.
```

DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com

1

building and go to a different entrance?

A. Let me think. There's --

MR. JOSEPH: You're asking about 1700?

MS. FROMMER: Yes.

A. I remember that there was an entrance. 1700 connects with 1690 Metropolitan Avenue. I believe if you go into 1690 to the basement, you can walk through across the basement and go into the basement of 1700. Now there's a side entrance at 1700 Metropolitan Avenue, and the front entrance is located on Purdy Street. And there are terrace level apartments. I believe they were vacant at the time.

Q. Was there one basement in 1700 or multiple?

A. There are multiple basements.

Q. Are they all connected together?

A. Some are separate, some are connected.

Q. But you said to get to the basement, is there one -- from the outside of 1700, is there one door to the basement, and then you can connect to different rooms, or are there are multiple basement entrance doors.

A. If you want to go out, there's an entrance that would lead you into the basement of 1700 Metropolitan Avenue.

Q. And there are different rooms inside there?

A. Yeah, there's a long corridor, and then there are rooms to the left and the right, and there's terrace apartments at the end.

A. MANGANIELLO

Q. So he told you?

A. Yeah.

Q. Did you ever ask the police for an attorney?

A. No.

Q. So your brother told you he was going to get you an attorney?

A. Yeah. He also told the police that he was going to bring an attorney for me.

Q. How do you know?

A. He told me this.

Q. He told you that he told the police?

A. Yes.

Q. Did you ever hear him tell the police?

A. No.

Q. So you took your brother's word for it?

A. Absolutely.

Q. What happened then?

A. He left, and then he came back later with an attorney.

Q. How much later?

A. Not long.

Q. Can you estimate?

A. Maybe less than.

Q. What was the name of that attorney?

A. Mr. Rich Ross.

A. MANGANIELLO

officer certification?

A. They had their own in-house academy, and then we had to take -- I think for a security it was like a 40-hour course plus on-the-job training in order to get that qualification, certification.

Q. Did that have an age cutoff?

A. The security I don't believe does have an age cutoff.

Q. Have you ever reapplied to get the security certification?

A. No, but the bulk -- what I had, I had an opening -- I had good shot at getting a full-time job with two municipalities in Westchester County as a full-time police officer.

Q. When was that?

A. That was prior to the arrest.

Q. But didn't you testify earlier that you didn't want it because it interfered -- you already had a job?

A. No, no, prior the arrest, I had a state park police job as part-time job. I was using that as a stepping-stone to get a full-time police job. I was going to leave both employments in order to go to a full-time police job, and I had two really good prospects, two municipalities that were interested.

Q. Which ones?

CERTIFICATE

STATE OF NEW YORK   )
                    ) : SS.:
COUNTY OF KINGS     )

I, LATOYA YOUNGBLOOD, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 7th day of January, 2008.

_____
LATOYA YOUNGBLOOD