# EXHIBIT CC

ORIGINAL

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------------------------X
     Mario Manganiello,
 3
                                    PLAINTIFF,
 4
                   -against-
 5
     THE CITY OF NEW YORK, a municipal corporation,
 6   Commanding Officer of the 43rd precinct, Michael
     Phipps, individually and as a New York City Police
 7   Commander, Deputy Inspector McCarthy individually
     and as New York City Police Inspector, Lieutenant
 8   Harry Scott individually and as a New York City
     Police Lieutenant, Sergeant Chris Napolitano
 9   individually and as a New York City Police
     Sergeant, Lieutenant John McGovern individually
10   and as a New York City Lieutenant, Detective
     Joseph Dileo (Id. No. 912509) individually and as
11   a New York City Police Detective, Detective Shawn
     Abate (Id.No.: 887084) individually and as a New
12   York City Police Detective, Detective Louis
     Agostini (Id.No. 889648) individually and as New
13   York City Detective, PO Nathaniel Anthony (Id.No.:
     3172) individually and as a New York City Police
14   Officer, PO Mario Peri (Id.No..:16404)individually
     and as a New York City Police Officer, PO Keith
15   Walker (Id.No.:16610), PO Joseph Caciano
     individually and as a New York City Police
16   Officers JOHN and JANE DOES, individually and as
     New York City Police Officers, the number and
17   identity of whom is presently unknown, and RICHARD
     and ROSE ROES, New York City Supervisory Police
18   Personnel individually and as New York City Police
     Supervisory Officers,
19
                                    DEFENDANTS.
20   ------------------------------------------------X

21              DATE: November 9, 2004

22              TIME: 10:20 a.m.

23

24              (Continued on next page.)

25
```

MANGANIELLO 62

1  desk and he spoke with someone at the desk and
2  Lieutenant Scott came down again, actually you
3  know what, I think, I don't remember if the
4  lieutenant came back to escort us up or if we were
5  just told to go back upstairs but we wound up all
6  going back upstairs to the squad office.
7      Q.   Let me just freeze you right there for a
8  second.  How much time passed between the time
9  that you spoke to Richard Ross to the time that he
10 arrived at the precinct approximately?
11     A.   He was there within a half-hour I think,
12 30 minutes or so.
13     Q.   And this seems to be assumed, was it in
14 fact Richard Ross that arrived at the precinct?
15     A.   Yes.
16     Q.   Was anybody else with him?
17     A.   No.
18     Q.   You indicated that you all walked back
19 into the precinct.  Who's all?
20     A.   Mr. Ross, my father and I.
21     Q.   Does Mr. Ross speak Italian?
22     A.   No, not that I know of.
23     Q.   Did you hear what Mr. Ross said to the
24 front desk officer?
25     A.   No, I really don't remember hearing what

MANGANIELLO 63

1 he said.
2 Q. Was the front desk officer the same one
3 you had spoken to previously?
4 A. I'm not sure, I think he might have been
5 speaking to someone else at that time.
6 Q. Do you know that officer's name that
7 Richard Ross spoke to?
8 A. No.
9 Q. Sex, do you know the sex?
10 A. I'm not certain, I don't know.
11 Q. And you indicated that you all went
12 upstairs?
13 A. Yes.
14 Q. And who went upstairs besides you?
15 A. Three of us together.
16 Q. Your dad, Ross and you, correct?
17 A. Yes.
18 Q. And what happened when you went
19 upstairs?
20 A. He spoke with, I think he met with one
21 of the detectives up on the floor, I think he met
22 with, he was with Lieutenant Scott if I'm not
23 mistaken, he spoke with Lieutenant Scott, he
24 introduced himself as the attorney and he asked if
25 he could speak with my brother, Lieutenant Scott

```
                    MANGANIELLO                              292
```

1              C E R T I F I C A T E

2

3   STATE OF NEW YORK      )
                           : SS.:
4   COUNTY OF KINGS        )

5

6          I, SHAVON MINCY, a Notary Public for and

7   within the State of New York, do hereby certify:

8          That the witness whose examination is

9   hereinbefore set forth was duly sworn and that

10  such examination is a true record of the testimony

11  given by that witness.

12         I further certify that I am not related

13  to any of the parties to this action by blood or

14  by marriage and that I am in no way interested in

15  the outcome of this matter.

16         IN WITNESS WHEREOF, I have hereunto set

17  my hand this 8th day of December, 2004.

18

19                          _____
                                  SHAVON MINCY
20

21

22

23

24

25

TRI-STAR REPORTING (631-224-5054) ******* SUITES IN ALL BOROUGHS