UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ANTHONY MANGANIELLO,

                                Plaintiff,

-against-

THE CITY OF NEW YORK, et. al.,

                                Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

07 CV 3644 (HB)

      **PLEASE TAKE NOTICE** that the undersigned hereby appear as counsel for defendants and request that all future papers in this action be served upon the undersigned at the address stated below.

Dated:     New York, New York
              June 3, 2008

                                MICHAEL A. CARDOZO
                                Corporation Counsel of the
                                 City of New York
                                *Attorney for Defendant City of New York*
                                100 Church Street
                                New York, New York 10007
                                (212) 442-8248

                                By:        /s/
                                      MARK D. ZUCKERMAN
                                      AMY OKEREKE

TO:   Michael H. Joseph, Esq.
        Osorio and Associates, LLC
        184 Martine Ave.
        White Plains, New York 10601