UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTHONY MANGANIELLO,

                      Plaintiff,        CIVIL ACTION No.: 07 CV 3644 (HB)

  - Against-

THE CITY OF NEW YORK, et. al.
                      DEFENDANTS
-----------------------------------------------------------------X

## PLAINTIFF'S REQUESTS FOR VOIR DIRE

1. The following questions should be asked of each individual juror:

    1. Where do you live?
    2. What type of work do you do?
    3. Before that, where did you live? (only if recently moved)
    4. Are you married or single?
    5. If married, what type of work does your spouse do?
    6. Do you have any children?
    7. Are any of them living outside your home?
    8. If grown, what type of work do your children do?
    9. What is your business occupation?
    10. Do you have any hobbies?
    11. What magazines do you read and what TV shows do you watch?
    12. Have you ever been in the military, if so when and what branch?

2. Does anyone have any language, hearing or visual problems that would inhibit your seeing, hearing and understanding the testimony?

3. Plaintiff Anthony Manganiello is represented by Michael Joseph. Defendants Luis Agostini, Derrick Parker, Shawn Abate, Miriam Nieves and Alex Perez are represented by the Corporation Counsel for the City of New York. Does anyone know either the parties or the attorneys?

4. During the trial you may hear the following persons testify, either live or by having their depositions read, please let me know if you know any of these individuals or if the name sounds familiar to you:

    1. Anthony Manganiello
    2. Mario Manganiello
    3. Steven Colangelo
    4. Richard Huello
    5. Sal Miro
    6. Rolf Ohle

       7. Matias Colon
       8. Luis Agostini
       9. Shawn Abate
      10. Richard Martinez
      11. Derrick Parker
      12. Harry Scott
      13. John McGovern
      14. Miriam Nieves
      15. Alex Perez
      16. Rehana Latif, M.D.
      17. Frank D. Tinari, Phd
      18. Murray Richman
      19. Eric Rodriguez
      20. John Ballamy
      21. Custodian of Records Representative of Parkchester Security
      22. Geryl McCarthy
      23. Christine Scaccia
      24. Mary D'Andrea
      25. Jaime Ortiz

5. Do any of you have any friends or family that have ever worked for either the City of New York or New York City Police Department?

   If so, would that effect how you view this case?

   If so, would you tend to lean towards the defendants in considering the evidence?

6. Do you have any personal beliefs that would conflict with making a large award of money damages, if the evidence warrants, to compensate the plaintiff for the pain and suffering he has endured and will endure because of mental or emotional injury?

7. Do you have any negative views about people who bring personal injury law suits?

8. Do you have any personal feelings of whether jury awards are too high in general ?

9. Have you or any of your friends or family ever worked for an insurance company?

10. Is there anyone here who has previously served as a juror?  If so, state whether you have ever been on a jury that has actually reached a verdict.

    State what the verdict was?

    Was there anything about your prior service as a juror that you think would affect your judgment in this case?

11. Have you or any member of your family or close friend either brought a lawsuit or been sued?

    If so, were you a plaintiff or a defendant?

    Do you think anything about that prior experience would cause you to lean towards the plaintiff or the defendant in this case?

    Did the experience leave you with any particular feelings towards plaintiffs or defendants?

12. Have you or any member of your family had any difficulty or problem with the court system or an attorney or law firm? If yes, would any of these experiences make it difficult for you to be fair to the defendant or the plaintiff?

13. Do you have any negative feelings about a plaintiff who brings a lawsuit against police officers?

14. Do you have any other personal opinions which you feel might interfere with your jury service in this case?

15. Has anyone ever worked as a police officer, or do you have any friends or family members who are or were police officers?

    Do you feel your personal relationship w/ a police officer would cause you to favor the defendants over the plaintiff in any way, even slightly?

16. This case involves a claim by the plaintiff that he was falsely prosecuted by several police officers. Would anything about what you've heard so far cause you to lean towards one party or the other in this matter?

17. If Plaintiff proves that he was subjected to malicious prosecution, do you have any personal beliefs that would make it difficult for you to render a verdict against the police officer defendants?

18. Would you be embarrassed to tell your friends or people you know in your neighborhood if you found the police officer defendants liable to the plaintiff in this case?

19. Based upon what you've heard, is there any other reason you feel that you might have difficulty being fair to either the plaintiff or the defendant?

20. Will you be able to decide this case by accepting the law the judge will give you, even if you disagree with the law?

21. Do you think that you would consider the testimony of a police officer to be more believable than the word of an average person?

22. Are you or have you ever been a member of the Police Benevolent Association?

23. Is there anything about this case which bothers you in anyway?

24. This is a civil case. You may have heard the term of "beyond a reasonable doubt". In this case for plaintiff to prevail he must only show that what he says happened is more probably than not true. Does anyone feel that Plaintiff should be held to a higher standard?

25. Assuming that some loved one of yours were seeking compensation for alleged wrongful conduct by a police officer, would you feel comfortable with a jury who had your state of mind and opinions judging your loved one's case?

Dated: White Plains, New York
June 2, 2008

Respectfully submitted,

OSORIO & ASSOCIATES, LLC

BY: ______________________

Michael H. Joseph, Esq.
184 Martine Avenue
White Plains, New York 10601
(914) 761-3168