UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANTHONY MANGANIELLO,

                    Plaintiff,              CIVIL ACTION No.: 07 CV 3644

-vs-

THE CITY OF NEW YORK, et al.

                    Defendants,
-----------------------------------------------------------X

## DECLARATION OF SAL MIRO

I, Sal Miro, pursuant to 28 USC §1746, hereby declare, under penalty of perjury under the laws of the United States of that the following is true and correct.

1. I currently reside at 647 East 11th Street, New York, N.Y.

2. I used to be employed as a maintenance worker for Parkchester condos in the Bronx.

3. I recall when a security guard was shot in 2001. I recall speaking with a detective named Agostini.

4. I never had any direct conversations with a security guard named Anthony Manganiello, nor did I ever tell any detective that I directly spoke with a security guard named Anthony Manganiello. I never told any detective that Anthony Manganiello said that he owned a 22 caliber gun.

5. I have read this declaration and it is true to the best of my recollection.

_____
Sal Miro    3/1/08

Dated: February 29, 2008

Benjamin R. Kaplan
Notary Public, State of New York
No. 24-2030605
Qualified in Kings County
Commission Expires Nov. 30, 2009

Exhibit C