# STEVE COLANGELO

R.F.D. #12, Dixon Road
Carmel, New York 10512
Home phone: (914) 225-1644 • Work Phone: (212) 477-9796

## WORK HISTORY

**CITY of NEW YORK POLICE DEPARTMENT** - New York City                1961-Present

**Detective 2nd Grade**
  BALLISTICS UNIT                                                     1969-Present
- One of six Ballistics Unit investigators in NYPD, coordinate work of 6-10 persons, ranking from patrolman to inspector, conducting investigations in 700 cases annually.
- Coordinate examination of evidence for District Attorney, producing more than one thousand reports and preparing more than 300 cases for trial annually.
- Establish priority of cases to be investigated.
- Recover and photograph evidence, study fingerprints and perform laboratory analysis.
- Interview thousands of complainants.
- Testify in court on results of investigation, including origin of bullet, field trajectory, etc.
- Helped establish ballistics departments for municipalities in the United States and Central America.
- Promoted to detective, 1972.

**Patrolman**
  SPECIAL EVENTS SQUAD                                                1968-1969
- Responsible for crowd control and personal safety of VIP's during public appearances.

  EMERGENCY SERVICES UNITS - Bronx and Manhattan                      1968
- Responsible for control of emergency situations; such as riots, bombings, fires, accidents and medical problems.

  SAFETY UNIT                                                         1967
- City wide patrolmen responsible for traffic control.

  UNIFORMED PRECINCT PATROLMAN                                        1961-1967
- Responsible for protection of life and property, investigations, crowd and traffic control.

## ADDITIONAL LAW ENFORCEMENT BACKGROUND

**Deputy Sheriff** - Putnam County, New York                          1990-Present
- Court Security.

## LECTURER
- Homicide investigators course.
- New York City Medical Examiners.
- New York City District Attorneys.
- Instruction on ballistics, firearms and wounding effects of firearms.

## AWARDS
- Meritorious Duty Award for outstanding police action.
- Excellent Police Duty Award for outstanding police action. (Three time recipient)

**Exhibit D**