## American Investigations

April 5, 2008

Steve Colangelo
119 Dixon Road
Carmel, New York 10512

Re: Managaniello

    An examination of a report on the presence of gun shot residue on the hands of suspected shooter. The results may be positive or negative.

The finding of lead, antimony, or barium would be a positive finding. Meaning the suspected person could have fired the gun. A negative finding would indicate that the gun was not fired by the person being examined.

    The lack of lead, antimony or barium, components found in gun powder caused me, with a reasonable degree of certainty to conclude that Mr. Managaniello did not fire the gun on February 12, 2001.

    In the past four years, to my knowledge, I have not had any other ballistic cases other than Mr. Managaniello's.

    My rate of compensation is $125.00 per hour and $500.00 per day for court appearances under eight hours. After eight hours my fee returns to $125.00 per hour.

Very truly yours,

_Steve Colangelo_
Steve Colangelo

Exhibit F