UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ANTHONY MANGANIELLO,

                    Plaintiff,      CIVIL ACTION No.: 07 CV 3644

    - Against-

THE CITY OF NEW YORK, et al.

                    Defendants,
--------------------------------------------------------X

## PLAINTIFF'S SUPPLEMENTAL RULE 26 DISCLOSURE

Plaintiff by and through his attorneys supplements his automatic disclosures, pursuant to Fed. R. Civ. P. 26, as follows:

EXPERTS: Plaintiff intends to call Frank D. Tinari, Phd., 500 7th Avenune, 10th Floor, New York, N.Y. 10018.

Qualifications: See attached Qualifications Profile.

Testimony: Mr. Colangelo's opinions are laid out in his report which is attached hereto.

Rate of Compensation: $325 per hour and $ 2500 per half day appearance and $1500 per additional half day for Court appearances.

Cases In Which Testimony Was Offered: See attached list.

                        Yours etc.,

                        OSORIO & ASSOCIATES, LLC

    BY:
                        Michael H. Joseph, Esq.
                        184 Martine Avenue
                        White Plains, New York 10601
                        (914) 761-3168

Dated: White Plains, New York
       April 7, 2008

**Exhibit G**

# AN APPRAISAL OF ECONOMIC LOSS
# TO
# ANTHONY MANGANIELLO

Frank D. Tinari, Ph.D.

## TINARI ECONOMICS GROUP
www.TinariEconomics.com

<table>
<tr><td>220 South Orange Avenue</td><td>500 7th Avenue</td></tr>
<tr><td>Suite 203</td><td>10th floor</td></tr>
<tr><td>Livingston, NJ 07039</td><td>New York, NY 10018</td></tr>
<tr><td>973 / 992-1800   phone</td><td>212 / 201-0938   phone</td></tr>
<tr><td>973 / 992-0023   fax</td><td>212 / 201-0937   fax</td></tr>
</table>

April 7, 2008



# TABLE OF CONTENTS

Certification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

Purpose of Appraisal  . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  2

Opinion of Economic Losses . . . . . . . . . . . . . . . . . . . . . . .  2

Background Facts and Assumptions  . . . . . . . . . . . . . . . .  3

Components of Loss  . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  5

Net Earnings in Past Years  . . . . . . . . . . . . . . . . . . . . . . .  6

Net Earnings in Future Years . . . . . . . . . . . . . . . . . . . . . .  9

Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Appendix of Tables

Qualifications Profile

Statement of Ethical Principles and Principles
of Professional Practice



## Certification

This is to certify that I am not related to any of the parties to subject action, nor do I have any present or intended financial interest in this case beyond the fees due for professional services rendered in connection with this report and possible subsequent services. Further, I certify that my professional fees are not contingent on the outcome of this matter but are based on the time expended on the services provided to counsel in connection with subject action.

This is to further certify that all assumptions, methodologies, and calculations utilized in this appraisal report are based on current knowledge and methods applied in the determination of projected pecuniary losses.

In addition, this is to further certify that I pledge to abide by the spirit and the letter of the Statement of Ethical Principles and Principles of Professional Practice of the National Association of Forensic Economics, a copy of which is attached to this report.

*Frank D. Tinari*

Frank D. Tinari, Ph.D.



MANGANIELLO / Osorio & Associates, LLC                                    page 2

## Purpose of Appraisal

We were requested to evaluate economic losses suffered by Anthony Manganiello, allegedly as a result of an injury. Background facts regarding the plaintiff were provided in a packet of documents pursuant to this matter. Facts from these sources as well as additional information gathered from published documents are fully referenced at the point of use in this report.

The purpose of this report, therefore, is <u>to provide a written appraisal of economic loss in the case of Anthony Manganiello</u>.

## Opinion of Economic Losses

Within a reasonable degree of economic certainty, and based on the analysis contained in this report, it is our professional opinion that the present value of the past and future pecuniary losses to Anthony Manganiello amounts to

**ONE MILLION,**
**TWO HUNDRED SEVEN THOUSAND,**
**ONE HUNDRED TWENTY-ONE DOLLARS**

**[ $1,207,121 ]**

We have also been requested to provide the total undiscounted value of loss in this matter, calculated at $1,588,723. Our valuation does not take into account the ramifications of intangible, non-economic losses such as human suffering, love, emotional feelings, or consortium that may have been suffered by plaintiff or family members.



MANGANIELLO / Osorio & Associates, LLC                                      page 3

## Background Facts and Assumptions

| | |
|---|---|
| 1) Plaintiff: | Anthony Manganiello; male |
| 2) Date of birth: | May 30, 1962 |
| 3) Date of injury: | February 12, 2001 |
| 4) Residence: | Yonkers, New York |
| 5) Prior health: | good |
| 6) Education: | high school |
| 7) Marital status | single |

8) Life expectancy: as of February 12, 2001, males of Mr. Manganiello's age (38.71 years) live, on average, an additional 39.50 years. [SOURCE: New York State Courts, Pattern Jury Instructions, 2004, Appendix A, updated using *National Vital Statistics Reports*, Volume 56, No. 9, Table 1, December 28, 2007, www.cdc.gov/nchs/data/nvsr/nvsr56/nvsr56_09.pdf.] Therefore, males of plaintiff's age have an expected total life span averaging 78.21 years, implying a statistical date of death of August 14, 2040.

9) Statistical retirement age: as of the date of injury, males of plaintiff's age and level of education have 22.89 years to retirement. [SOURCE: Tamorah Hunt, Joyce Pickersgill and Herbert Rutemiller, "Median Years to Retirement and Work Life Expectancy for the Civilian U.S. Population" (Prepared Using 1992/93 BLS Labor Force Participation Rates), *Journal of Forensic Economics*, 10(2), 1997, pp.171-205, Appendix A - Table 5, by interpolation.] Applying these years results in a statistical date of retirement at 61.60 years of age, occurring on January 4, 2024. For simplicity, we assume a retirement date of December 31, 2023.

10) Expected working years: worklife expectancy tables provide statistics descriptive of the actual working life experience of the civilian population by age, employment status, and schooling. As of February 12, 2001, males of Mr. Manganiello's age/education level/labor-force-activity statistical cohort average 20.95 years of remaining labor force activity. [SOURCE: James Ciecka, Thomas Donley, and Jerry Goldman, "A Markov Process of Work-Life Expectancies by Educational Attainment Based on Labor Market Activity in 1997-98," *Journal of Legal Economics*, 10(3), Winter 2000-01, pp. 8-20.]

11) Worklife-to-retirement ratio: the number of years from February 12, 2001, until plaintiff's projected retirement date (22.89 years in this case) exceeds the number of expected remaining working years (20.95 years in this case). Thus, arithmetically, the number of years of worklife for this statistical cohort comprises 91.52% of the total remaining number of years until retirement.



MANGANIELLO / OSORIO & ASSOCIATES, LLC                                    page 4

12) Occupation and employment: at the time of injury, Mr. Manganiello was employed as a Special Patrol Officer for Parkchester South Condo, Inc. Mr. Manganiello reportedly began employment with Parkchester on June 19, 1992, and worked approximately 40 hours per week. Through this employment he was a member of the Special Patrolman Benevolent Association. Plaintiff was also employed part-time as a New York State Parks Police Officer. He reportedly began this employment in May 1998, and worked 15 to 20 hours per week. On February 12, 2001, plaintiff was falsely arrested and prosecuted for murder. As a result, plaintiff suffers from mental illness and lost his special patrol officers and police certifications. Plaintiff has not worked since February 12, 2001. [SOURCE: responses to Tinari Economics Group Fact-Finding Questionnaire (FFQ).]

13) Earnings history: [SOURCES: plaintiff's federal income tax returns, and W-2 Wage and Tax Statements.]

| Year | Parkchester | Village of Pawling | State of New York | Total |
|---|---|---|---|---|
| 1992 | | | | $  14,066 |
| 1993 | | | | 30,206 |
| 1994 | | | | 30,428 |
| 1995 | $  27,707 | $      120 | | 27,827 |
| 1996 | 13,730 | 219 | | 13,949 |
| 1997 | 34,573 | 429 | | 35,002 |
| 1998 | | not provided | | |
| 1999 | 35,790 | | $   9,936 | 45,726 |
| 2000 | 36,300 | | 9,899 | 46,199 |

We establish plaintiff's earnings based on his actual 2000 earnings. Therefore, plaintiff's earnings at Parkchester are projected at $36,300, and earnings from the State of New York are projected at $9,899 in 2000 dollars.

14) Fringe benefits: as a Special Patrol Officer plaintiff received various fringe benefits including health insurance (with dental and optical coverage), life insurance, and annuity plan. Given the prospective nature of insurance, the loss of health and life insurance in past years is limited to out-of-pocket medical expenses (none reported). For future years the loss of insurance-based fringe benefits is estimated at 15% of plaintiff's Parkchester earnings.



MANGANIELLO / OSORIO & Associates, LLC                                    page 5

Additionally, we value the employer's contribution to the annuity plan at 30% of earnings. [SOURCES: *Collective Bargaining Agreement Between Parkchester South Condominium and Special Patrolman's Benevolent Association Local 1*, effective May 12, 2004 to May 11, 2007, and www.ehealthinsurance.com.] Therefore, we value fringe benefits at Parkchester at 30% of earnings in past years and 45% of earnings in future years.

We assume plaintiff received no fringe benefits through his part-time employment with the State of New York. Should additional information become available we reserve the right to amend our analysis upon request.

15) Functionality and future employability: on February 12, 2001, plaintiff was falsely arrested and prosecuted for murder. As a result, plaintiff suffers from mental illness including post-traumatic stress disorder and anxiety disorder. Dr. Latif concludes: "Anthony had not been able to motivate or initiate enough strength to pursue livelihood or a gainful career ... these symptoms developed causally as a result of the emotional trauma he experienced." Mr. Manganiello has also received a favorable decision for Social Security Disability benefits. [SOURCES: FFQ, *op. cit.*, medial opinion, prepared by Rehana Latif, M.D., and Notice of Decision, Social Security Administration, dated July 1, 2005.]

Based on the aforementioned information we assume plaintiff is totally disabled and will not re-enter the active labor market. Should additional information become available we reserve the right to amend our analysis upon request.

## Components of Loss

The pecuniary value of loss resulting from Mr. Manganiello's injury is estimated by consideration of the following components:

        1. net earnings in past years
        2. net earnings in future years

Each of these components is analyzed separately in the following sections of this appraisal report.



MANGANIELLO / Osorio & Associates, LLC                                    page 6

## Net Earnings in Past Years

This loss component consists of the net earnings Mr. Manganiello would have been able to earn, had he not been injured, from February 12, 2001, to the present time. Mr. Manganiello's pre-injury earnings capacity at the Parkchester is established at $36,300, and earnings with New York State are established at $9,899, in 2000 dollars. To project plaintiff's annual earnings at Parkchester through the present time, we apply an annual growth rate of 2.5%, reflecting contractual wage increases in recent years. To project plaintiff's earnings through the State of New York, we apply an annual growth rate of 3.2%, reflecting average wage growth trends in the economy in recent years. [SOURCES: *Collective Bargaining Agreement Between Parkchester South Condominium and Special Patrolman's Benevolent Association Local 1*, effective May 12, 2004 to May 11, 2007, and Hours and earnings in private nonagricultural industries, 1959-2007, *Economic Report of the President*, February 2008, Table B-47, http://www.gpoaccess. gov/eop/2008/2008_erp.pdf.] Plaintiff's gross earnings through 2008 are projected as follows:

| Year | Parkchester Gross Earnings [@ 2.5%] | New York Gross Earnings [@ 3.2%] |
|---|---|---|
| 2000 | $36,300 | $9,899 |
| 2001 | 37,208 | 10,216 |
| 2002 | 38,138 | 10,543 |
| 2003 | 39,091 | 10,880 |
| 2004 | 40,068 | 11,228 |
| 2005 | 41,070 | 11,588 |
| 2006 | 42,097 | 11,958 |
| 2007 | 43,149 | 12,341 |
| 2008 | 44,228 | 12,736 |

Gross earnings are adjusted to take into account several factors that help determine net earnings. An adjustment for worklife expectancy is necessary because the number of years of actual working life is generally less than the total number of years until retirement. The estimated remaining years of worklife, given in the Background Facts and Assumptions section above, amounts to 91.52% of the total remaining number of years until retirement for persons of plaintiff's statistical cohort.



Another adjustment takes into consideration the likelihood of periods of unemployment during a person's expected working life. Unemployment is an economy-wide phenomenon, but various statistical cohorts of the labor force experience different rates of unemployment. This adjustment is usually necessary since unemployment is not taken into consideration by wormlike expectancy figures. The latter indicate the number of expected years of participation in the labor force, whereas unemployment refers to periods of no work of those persons already active in the labor force.

The unemployment adjustment factor is calculated by first considering a time period in the immediate past that is comparable to the number of years until the projected retirement date. Between 1987 and 2006, males in plaintiff's age cohort experienced an average unemployment rate of about 4% per annum. [SOURCE: http://data.bls.gov/PDQ/outside.jsp?survey=ln]

Moreover, since state unemployment compensation benefits serve to replace a portion of most workers' lost earnings during periods of unemployment, the percentage is adjusted downward from 4% to 3%. Thus, a downward adjustment of the estimated gross earnings losses is made using that percentage to represent the probability of unemployment (and, hence, lost earnings) during the remaining years of labor force activity.

Another adjustment to earnings losses takes into account the value of fringe benefits. As mentioned previously, Mr. Manganiello's fringe benefits at Parkchester are valued at 30% of earnings in past years, and 45% in future years. We assume no fringe benefits in plaintiff's part-time employment with New York State.

A final adjustment takes into account job maintenance expenses that plaintiff would have continued to incur in maintaining his employment. These expenses typically include transportation expenses, clothing, meals outside the home and other costs. We estimate these expenses at 11% of earnings. [SOURCE: plaintiff's 2000 personal tax return.]



MANGANIELLO / OSORIO & Associates, LLC                                          page 8

The preceding adjustments are summarized algebraically as follows:

|  | Parkchester | | New York |
|---|---|---|---|
|  | Past Years | Future Years | New York |
| Gross Earnings Base | 1.0000 | 1.0000 | 1.0000 |
| x worklife adjustment | 0.9152 | 0.9152 | 0.9152 |
| x (1 - 3% unemployment) | 0.9700 | 0.9700 | 0.9700 |
| = Adjusted Earnings Base | 0.8877 | 0.8877 | 0.8877 |
| x (1 + 30%, 45%, 0% fringe benefits) | 1.3000 | 1.4500 | 1.0000 |
| x (1 - 11% job maintenance) | 0.8900 | 0.8900 | 0.8900 |
| = Net Earnings Factor | 1.0564 | 1.1896 | 0.7901 |

Our calculations indicate that plaintiff's pre-injury net earnings at Parkchester are estimated as being 5.64% greater than gross earnings in past years and 18.96% greater in future years. Plaintiff's net earnings from the State of New York are estimated at 79.01% of gross earnings.

Application of the preceding information yields a net earnings loss through the end of May 2008, calculated as follows:

| Year | Portion of Year | Parkchester | | New York State | | Annual Loss [(4) + (6)] |
|---|---|---|---|---|---|---|
|  |  | Projected Gross Earnings [@ 2.5%] | Projected Net Earnings [(2) x (3) x 105.64%] | Projected Gross Earnings [@ 3.2%] | Projected Net Earnings [(2) x (3) x 79.01%] |  |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| 2001 | 0.89 | $ 37,208 | $ 34,982 | $ 10,216 | $ 7,184 | $ 42,166 |
| 2002 | 1.00 | 38,138 | 40,289 | 10,543 | 8,330 | 48,618 |
| 2003 | 1.00 | 39,091 | 41,296 | 10,880 | 8,596 | 49,892 |
| 2004 | 1.00 | 40,068 | 42,328 | 11,228 | 8,871 | 51,200 |
| 2005 | 1.00 | 41,070 | 43,386 | 11,588 | 9,155 | 52,542 |
| 2006 | 1.00 | 42,097 | 44,471 | 11,958 | 9,448 | 53,919 |
| 2007 | 1.00 | 43,149 | 45,583 | 12,341 | 9,751 | 55,334 |
| 2008 | 0.42 | 44,228 | 19,623 | 12,736 | 4,226 | 23,850 |
|  |  |  |  |  | total: | $ 377,521 |



MANGANIELLO / Osorio & Associates, LLC                                        page 9

## Net Earnings in Future Years

Future losses are calculated beginning June 1, 2008, and continue until plaintiff's projected date of retirement (December 31, 2023). Plaintiff's 2008 gross earnings at Parkchester are established at $44,228. This yield net earnings of $52,614 ($44,228 x 118.96%). Plaintiff's 2008 gross earnings with the State of New York are established at $12,736, yielding net earnings of $10,063 ($12,736 x 79.01%). Plaintiff's earnings at Parkchester are projected to increase 2.5% per annum, as previously established. To projected earnings through the State of New York, we apply a 3.9% annual growth rate, reflecting expected average wage growth. [SOURCE: Principal Economic Assumptions, *2008 Annual Report to the Board of Trustees of the Federal Old-age and Survivors Insurance and Disability Insurance Trust Funds*, Table V. B1, http://www.ssa.gov/OACT/TR/TR08/tr08.pdf.]

Regarding future projected losses, it is possible to set aside a lump-sum monetary amount at the present time such that the annual flow of interest earnings from it plus a part of the principal would generate the equivalent amount of lost financial sums projected for each successive year under consideration. In other words, money has a time value. Pecuniary losses expected to be suffered at some future point in time are worth less in today's dollars because money can earn additional monies in the form of interest. Thus, to calculate the present value lump-sum amount, it is necessary to establish a reasonable interest rate which is referred to as a discount rate.

The tax-free return on high-grade municipal bonds serves as the basis of our discount rate. Over the past 5 years, the yield on high-grade municipal bonds of varying maturities has averaged 4.5%. Over the past 10 years, it has averaged 4.91%, and over the past 20 years, the yield has averaged 5.68%. [SOURCE: Bond Yields and Interest Rates, 1929-2007, *Economic Report of the President*, February 2008, Table B-73, http://www.gpoaccess.gov/eop/tables08.html.] In light of historical municipal bond returns and current financial market trends, we select 5% as the appropriate discount rate.

We note that interest earnings from any award in this case will be subject to future income taxation in each subsequent year. This poses a problem since the award will be, in effect, taxed indirectly when no provision has been made for this tax burden. Thus, it is assumed that any lump-sum award would be used to purchase investment instruments to provide a flow of nontaxable payments to plaintiff.



MANGANIELLO / Osorio & Associates, LLC                                    page 10

Application of the preceding information yields a present value of plaintiff's future earnings losses, calculated as follows:

| Year | Portion of Year | Parkchester Net Earnings [@ 2.5%] | New York Net Earnings [@ 3.9%] | Annual Loss [(3) + (4)] | Present Value [@ 5%] |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| 2008 | 0.58 | $ 30,516 | $ 5,836 | $ 36,352 | $ 36,352 |
| 2009 | 1.00 | 53,929 | 10,455 | 64,384 | 61,318 |
| 2010 | 1.00 | 55,277 | 10,863 | 66,140 | 59,991 |
| 2011 | 1.00 | 56,659 | 11,286 | 67,946 | 58,694 |
| 2012 | 1.00 | 58,076 | 11,727 | 69,802 | 57,426 |
| 2013 | 1.00 | 59,528 | 12,184 | 71,711 | 56,188 |
| 2014 | 1.00 | 61,016 | 12,659 | 73,675 | 54,977 |
| 2015 | 1.00 | 62,541 | 13,153 | 75,694 | 53,794 |
| 2016 | 1.00 | 64,105 | 13,666 | 77,770 | 52,638 |
| 2017 | 1.00 | 65,707 | 14,199 | 79,906 | 51,508 |
| 2018 | 1.00 | 67,350 | 14,753 | 82,102 | 50,404 |
| 2019 | 1.00 | 69,034 | 15,328 | 84,362 | 49,324 |
| 2020 | 1.00 | 70,760 | 15,926 | 86,685 | 48,270 |
| 2021 | 1.00 | 72,529 | 16,547 | 89,075 | 47,239 |
| 2022 | 1.00 | 74,342 | 17,192 | 91,534 | 46,231 |
| 2023 | 1.00 | 76,200 | 17,863 | 94,063 | 45,246 |
| | | | totals: | $1,211,202 | $ 829,600 |



MANGANIELLO / OSORIO & ASSOCIATES, LLC                                        page 11

## Summary

We now summarize the previously calculated losses in this matter to obtain the following total (undiscounted) and present value losses, as follows:

| Present Value | Component of Loss | Undiscounted Value |
|---|---|---|
| $   377,521 | net earnings in past years | $   377,521 |
| 829,600 | net earnings in future years | 1,211,202 |
| **$ 1,207,121** | **value of loss** | **$ 1,588,723** |

It is important to understand that the total loss figure is a present value amount (in 2008 dollars), representing a lump-sum payment needed at present to generate a flow of payments sufficient to compensate for the losses in each year of loss included in this appraisal. In addition, please note that pre-trial or pre-judgment interest has not been calculated. These interest losses are typically determined at the time of trial and would be in addition to the losses calculated in this appraisal report.

The preceding findings are based on information provided to us as of this date. They are subject to revision should additional information be forthcoming that would change any facts or assumptions upon which this analysis rests. We also note that pecuniary losses are an approximation and are provided by the economic expert as a guide to the trier-of-fact. Because a loss stream cannot be computed with absolute confidence, a lump-sum payment represents a "rough and ready" attempt to put the plaintiff in the same position had the injury not occurred. [SOURCE: *Jones v. Laughlin Steel Corp. v. Pfiefer*, 462 U.S. 523, 545-47 (1983).]



*QUALIFICATIONS PROFILE*

## FRANK D. TINARI

Professor Emeritus of Economics
Department of Economics
Seton Hall University
South Orange, New Jersey 07079
tinarifr@shu.edu

President
TINARI ECONOMICS GROUP
220 South Orange Avenue - Suite 203
Livingston, NJ 07039
phone: 973 / 992-1800  fax: -0023
New York office: 212 / 201-0938
ftinari@TinariEconomics.com
www.TinariEconomics.com

### *Education*

B.S.   1964   Economics, Fordham College
M.A.   1966   Economics, Fordham University
Ph.D.  1976   Economics, Fordham University

### *Employment*

Professor, Associate Professor, Assistant Professor, Department of Economics, Seton Hall
    University, South Orange, NJ, 1971-2002.
President & founder, Tinari Economics Group, 1979- present.
Instructor, Economics, US Army Finance School, Indianapolis, IN, 1968-1970.
Other part-time and adjunct positions and Seton Hall University and other institutions, 1968-2002.

### *Academic and Professional Activities*

National Association of Forensic Economics
    Immediate Past President, 2007-08.
    President, January 2005-January 2007.
    President-Elect, 2004.
    Chairman, Ethics Committee, 2001-2002.
    Vice-President, Eastern Region, 1998-2001.
Mayor Emeritus, Borough of Florham Park, New Jersey, 2004-2007.
Trustee, Legal Center for the Defense of Life, Inc., Morristown, NJ, since November 1, 2002.
Board member, Labor Law, Society of Litigation Economists, 2000-2003.
Member, Council of Academic Policy Advisors, New Jersey Legislature, 2000-2001.
Adjunct Faculty, Graduate Certificate in Forensic Economics Program, University of Missouri at
    St. Louis, 2002-present.
Board of Trustees, The Adult School of the Chathams, Madison and Florham Park.
    Board Member Emeritus.  Member, September 1986 - June 1994.
    Developer and Chairman, Thomas Kean Community Lecture Program, 1990-1994.
    Board Chairman, June 1988 - June 1990; Vice-Chairman, June 1990 - June 1994.
Councilman, Borough of Florham Park, budget & finance portfolio, 1993-2003.
Invited guest lecturer, University of International Business and Economics, Beijing, People's
    Republic of China; 1983; 1985.
Vice-Chairman, Planning Board, Borough of Florham Park, 1979-1988.



### FRANK D. TINARI

*Academic and Professional Activities* (continued)

Director, Division of Research, W. Paul Stillman School of Business, 1980-82.
Editorial reviewer: *Journal of Forensic Economics*, 1989-present. *Journal of Legal Economics*,
    1994-present. *Journal of Economic Education*, 1990-present, *Perspectives on Economic
    Education Research*, 2006-present.
Reviewer of grant proposals, Sea Grant Program, 1984-1989.
Reviewer of economics manuscripts for major textbook publishers, 1974-80.
Founder/Director, Faculty Seminar Series (1974-79), Faculty Working Paper Series (1975-80), W.
    Paul Stillman School of Business, Seton Hall University.

*Honors, Awards and Recognition*

Recognition listing for work with Trial Lawyer's Care on 911 Victim Compensation Fund , in "Trial
    Lawyers Doing Public Justice 2004", Trial Lawyers for Public Justice, 2004.
Recipient of "Past Presidents' Award for Outstanding Service to the Association," from National
    Association of Forensic Economics, January 3, 2003.
Televised appearance on ABC World News Tonight, January 20, 2002.
    Discussed September 11th Victims Compensation Fund.
Quoted on National Public Radio, January 18, 2002, regarding Victims Compensation Fund.
Recipient of Seton Hall University awards:  Merit Award, 1984-1990;  Dean's Award, W. Paul
    Stillman School of Business, 1984;  Faculty Achievement Award, 1978 and 1979.
National recipient, "Honorable Mention, College Level" Award from Joint Council on economic
    Education, for innovations in teaching of economics; 1979; 1980.
Awarded several research grants from various external agencies.
Faculty Administrative Internship, Consortium of East Jersey, 1976-77.
Commendation Medal, United States Army, September 1970.
"Prize Winning Author for 1969" from Executive Council, Army Finance Association.

*Speaking Engagements, Seminars and Presentations*

**Inns of Court:**  participated as guest speaker and expert witness in mock-trial:
- "Role Playing in Mock Deposition of an Expert Economist," Hudson County Inn of Court, Jersey
  City, NJ, January 8, 2008.
- "How to Effectively Use a Forensic Economist," Worrall F. Mountain Inn of Court, Morris
  County, Morristown, NJ, October 15, 2007.
- "Cross-Examining the Expert Economist," Hudson County Inn of Court, Jersey City, NJ,
  February 10, 2003.
- "Issues in the Use of Experts," Arthur T. Vanderbilt Inn of Court, Essex County, East
  Hanover, NJ, May 20, 2002.
- Essex Inns of Court, Justice William J. Brennan, Jr. Chapter, Newark, NJ, Jan.10, 2000.
- Worrall F. Mountain Inn of Court, Morris County, NJ, November 22, 1999.
- Arthur T. Vanderbilt Inn of Court, Essex County, East Hanover, NJ, May 24, 1999.
- "Ethics in the Use of Experts," Arthur T. Vanderbilt Inn of Court, Essex County, Roseland,
  NJ, April 28, 1997.
- "The Expert Economist," Worrall F. Mountain Inn of Court, Morris County, Pupilage
  Group VI, Morristown, NJ, May 10, 1993.

2



## FRANK D. TINARI

*Speaking Engagements, Seminars and Presentations* (continued)

### NJ Institute for Continuing Legal Education (CLE)
- Panel Speaker, "Litigating a Wrongful Death Case," New Brunswick, NJ, April 14, 2007. (audiotaped)
- Panel Speaker, "Litigating the Employment Discrimination Case," Mt. Laurel, NJ, April 1, 2006. (audiotaped)
- "Mock Trial of an Employment Discrimination Case" panelist/mock trial witness, New Brunswick, NJ, July 30, 2003. (videotaped)
- "Valuing Employment Cases" panelist, Fairfield, NJ, October 26, 2002. (videotaped)
- "Calculating Damages in Employment Litigation" in *Litigating the Employment Discrimination Case* seminar, New Brunswick, NJ, January 19, 2002. (videotaped)
- Panelist, "Business Torts Litigation," New Brunswick, NJ, July 30, 1999.
- "Proving Economic Damages," Fairfield, NJ, December 16, 1995, January 6 and 20, 1996.
- "Experts by Experts," New Brunswick, NJ, January 1993.

### American Trial Lawyers Association
- Talk using sample cases, "Direct & Cross Examination of the Economist", *Wrongful Death 2005*, **New York State Trial Lawyers Institute**, NYC, June 10, 2005. (Program videotaped.)
- Panel Speaker, "Economic Damages Roundtable: Overlooked Elements in Wrongful Death Cases," **ATLA-NJ Boardwalk Seminar 2003**, Atlantic City, April 25, 2003. (Program audiotaped.)
- Speaker, "Employment Law: Using Experts on Liability & Damages," **ATLA-NJ Boardwalk Seminar 2003**, Atlantic City, April 25, 2003. (Program audiotaped.)
- Speaker, "Economic Damages Issues in Employment Cases," **ATLA-NJ Educational Foundation**, Boardwalk Seminar 2002, Atlantic City, NJ, April 26, 2002.
- Speaker, "Economic Losses Resulting from Injuries," in *Developing Damages* program, **ATLA-NJ Educational Foundation**, Edison, NJ, Nov. 3, 2001.
- Invited Mock Trial Expert Witness, "Employment Law Forum," ATLA-NJ Boardwalk Seminar 2001, Atlantic City, April 27, 2001. (Program audiotaped.)
- Speaker on Employment Law damages, **ATLA-NJ Educational Foundation**, Edison, NJ, October 30, 1999.
- Panelist on damages in a death case, **ATLA-NJ Educational Foundation**, Edison, NJ, December 6, 1997
- Participated as expert witness in mock-trial seminar, **New York State Trial Lawyers Institute**, NYC, October 9, 1996.

### In-house Seminars
- "The Role of the Economist in Assessing Damages," LIBERTY MUTUAL INSURANCE, Marlton, NJ, March 18, 2005.
- "Effects of Different Assumptions on Damages Calculations," BRAFF HARRIS & SUKONECK, Livingston, NJ, March 28, 2000.
- "Ten Points Regarding the Use of an Expert Witness Economist in Litigation," PORZIO, BROMBERG & NEWMAN, Morristown, NJ, March 9, 2000.



3

## FRANK D. TINARI

**Other Talks, Seminars and Presentations**

Panel Speaker, "Making Dollars & Cents of Your Employment Case: Evaluating & Litigating Damage Exposure," **New York City Bar Center for Continuing Legal Education**, New York, NY, May 9, 2007. (CLE credits granted; program videotaped)

Speaker, "Taking and Defending Effective Depositions," Lorman Education Services, Park Central, New York, NY, March 27, 2007. (CLE credits granted; program audiotaped)

Panel Speaker, "New York Jets Training Facility and Corporate Headquarters: a Model Public-Private Partnership," CORENET GLOBAL program, Park Avenue Club, Florham Park, NJ, November 9, 2006.

Guest Speaker, "How to Use an Economist to Prove Damages in an Employment Discrimination Case," **National Employment Lawyers Association/New York**, NYC, May 24, 2006. (CLE credit granted; program videotaped)

Paper presentation,"Assessing Economic Damages in Personal Injury and Wrongful Death Litigation: the State of New Jersey," Annual Conference, ASSA, NAFE session, Boston, January 7, 2006.

Talk: "What is Forensic Economics?", presented at the Fordham University Graduate Economics Department Alumni Lecture Series, New York, November 29, 2005.

Paper Presentation: "The Efficiency of the 9/11 Victim's Compensation Fund Formula in Awarding Economic Damages," presented at The Second International Summer Conference of the National Association of Forensic Economics, Dublin, Ireland, May 27, 2005.

Talk: "Florham Park: Commercial and Infrastructure Projects, 2004-05," Morris County Economic Development Corporation Meeting, Morristown, NJ, April 28, 2005.

Paper presentation, "Does the New Jersey Unisex Life Expectancy Table Alleviate or Promote Gender Discrimination?", with Kevin E. Cahill, Annual Conference, Eastern Economic Association, New York, March 4, 2005.

Paper presentation,"Statistical Examination of the 9/11 Victim Compensations Fund Awards: Calculated vs. Actual Economic Awards" with Kevin Cahill and Elias Grivoyanis, Annual Conference, ASSA, NAFE session, Philadelphia, January 8, 2005.

Panel Speaker, "Reflections on Damages Calculations for Victim Compensation Fund Claimants," National Association of Forensic Economics, Western Economic Association International, Vancouver, July 2, 2004.

Roundtable participant, "A Comparison of U.S. and U.K. Personal Injury and Wrongful Death Damages Analysis in Litigation," NAFE session, Annual Conference, Western Economic Association International, Vancouver, Canada, July 2, 2004.

Talk, "Report on My Experience Using VCF Tables for Calculation of Economic Loss," National Association of Forensic Economics International Conf., Edinburgh, Scotland, May 27, 2004.

Paper presentation, "Future Pension Gains are Treated as Losses in New York: a Note on a Perverse Result under New York State's Rule 50-A/50-B," Annual Conference, Southern Economic Association, NAFE session, San Antonio, November 23, 2003.

Speaker, "Damages in New Jersey Civil Trial Practice," National Business Institute, Saddle Brook, NJ, September 12, 2003. (CLE credit granted; program audiotaped)



# FRANK D. TINARI

*Speaking Engagements, Seminars and Presentations* (continued)

Speaker, Trial Lawyers Care Tele-Conference, "Economic Damages under the Victim Compensation Fund," Newark, NJ, February 11, 2003.

Roundtable Panelist, "Valuation of Time Spent in Companionship, Care & Society," National Association of Forensic Economics, Winter Conference, St. Thomas, U.S. Virgin Islands, January 31, 2003.

Lecture, "The Economic Impact of 9/11", South Orange Public Library, January 23, 2003.

Paper presentation, "Productivity of Forensic Damages Experts", Annual Conference, ASSA, NAFE session, Washington, DC, January 3, 2003.

Roundtable Speaker, "The Structure, Content and Presentation of Reports," National Association of Forensic Economics, Western Economic Association International, Seattle, July 2, 2002.

Roundtable Panelist, "Ethics Symposium: a Discussion of the Proposed New Statement of Ethical Principles," National Association of Forensic Economics, Western Economic Association International, Seattle, June 30, 2002. Panel Speaker, "Issues in Calculating Economic Losses," **Trial Lawyers Care Volunteer Training Seminar**, Atlantic City, NJ, April 26, 2002.

Paper presentation, "The Use of Forensic Economics in the Undergraduate Curriculum," with Frank Slesnick, Annual Conference, Eastern Economic Association, Boston, March 16, 2002.

Invited luncheon speaker, "The Victims Compensation Fund: Adequate and Fair?", *Disaster Recovery Conference*, Foundation for Accounting Education, Yale Club, NYC, Feb. 5, 2002.

Paper presentation, "The Market for Damages Experts: Preliminary Results of a National Survey," Winter Conference, NAFE, Cancun, Mexico, February 2, 2002.

Speaker, "Comments on Deficiencies in Economic Regulations of Victim Compensation Fund," Victims' Families of 9/11 Rally, New York City Armory, January 17, 2002.

Paper presentation, "Does the Victim Compensation Fund Shortchange Victims' Families?", Annual Conference, ASSA, NAFE sessions, Atlanta, Georgia, January 4, 2002.

Invited Expert Witness, "Mini-Trial of a Handicap Discrimination Case," **Essex County Bar Foundation**, Annual Spring Program, Labor and Employment Law Committee, Livingston, NJ, June 7, 2001.

Invited Mock Trial Expert Witness, "The Trial and Defense of a Million Dollar Employment Law Case," **Touro College Jacob D. Fuchsberg Law Center and National Employment Lawyers Association/NY**, Huntington, NY, May 17, 2001. (Program videotaped.)

Invited Speaker on damages issues in employment litigation, **American Arbitration Association**, Employment Arbitration panel, NYC, May 10, 2001.

Invited Speaker, "Use of an Economic Expert in Employment Law Litigation," **NELA Regional Conference**, National Employment Lawyers Association / New York, Yale Club of New York City, November 4, 2000.

Invited speaker, Seminar on Expert Witnesses, Seton Hall Law School, Newark, October 16, 2000.

Invited Panelist, "Preparing Damages in Employment Litigation," **Essex County Bar Foundation**, Labor and Employment Law Committee, West Orange, NJ, Sept. 13, 2000.



FRANK D. TINARI

*Speaking Engagements, Seminars and Presentations* (continued)

Invited speaker, "Key Points Regarding the Use of an Expert Witness Economist in Litigation," Seton Hall University Law School, October 14, 1998.
Invited speaker and mock-trial expert witness, "The 1996 Defense Counsel Trial Academy," **International Association of Defense Counsel**, Boulder, CO, July 25-26, 1996. More than 100 young attorneys nationwide attended the academy.
"Use of Economic Experts to Calculate Lost Wages and Benefits," presented at **NJSBA Labor & Employment Law Section**, Fourth Annual Symposium, June 13, 1990.

### *Journal and Book Publications*

"The Role of the Forensic Economist in Nursing Malpractice Actions," Chapter 34 of *Nursing Malpractice*, 3rd Ed., Edited by Patricia W. Iyer & Barbara J. Levin. Tucson: Lawyers & Judges Publishing Co., Inc., 2007, pp. 1009-1019.
"Estimates of Labor Productivity of Economic Damages Experts," co-authored with Elias Grivoyannis, *Journal of Forensic Economics*, 18(2-3), Fall 2005 (published July 2006), pp. 139-153.
Chapter 50, "Household Services: Toward a More Comprehensive Measure" (article reprint) in Roger T. Kaufman, James D. Rodgers and Gerald D. Martin, *Economic Foundations of Injury and Death Damages*, Edward Elgar Publishing Ltd, 2005.
"Did the 9/11 Victim Compensation Fund Accurately Assess Economic Losses?", co-authored with Kevin E. Cahill and Elias Grivoyannis, *Topics in Economic Analysis & Policy*, Vol. 6, Issue 1, January 2006, pp. 1-42. ISSN 1538-0653, The B.E. Journals in Economic Analysis & Policy, http://www.bepress.com/bejeap/topics/vol6/iss1/art2.
"A Note on 'Household Services: Toward a More Comprehensive Measurement," *Journal of Forensic Economics*, 17(3), Fall 2004 (published December 2005), pp. 383-385.
"Approaches to Damages Measurement in Employment Litigation: an Introduction," Special Issues Editor, *Journal of Forensic Economics*, 16(2), Spring/Summer 2003 (published September 2004), pp.151-152.
"Teaching Forensic Economics in the University Curriculum," co-authored with Frank Slesnick, *Journal of Forensic Economics*, 14(3), 2001, pp. 243-260.
"The Role of the Forensic Economist in Nursing Malpractice Actions," Chapter 25 of *Nursing Malpractice*, 2nd Ed., Edited by Patricia W. Iyer. Tucson: Lawyers & Judges Publishing Co., Inc., 2001, pp. 671-81.
"Broadening the Measurement of Household Services in Wrongful Death Cases," Reading 19 in *Assessing Family Loss in Wrongful Death Litigation: The Special Roles of Lost Services and Personal Consumption*, edited by Thomas R. Ireland and Thomas O. Depperschmidt, Tucson, Az: Lawyers & Judges Publishing Co., 1999.
"Household Services: Toward A More Comprehensive Measure," *Journal of Forensic Economics*, 11(3), 1998, pp. 253-265.
"Do We Double-Count Damages in Severe Personal Injury Cases?" *Journal of Legal Economics*, Vol. 5, No. 2, Fall 1995, pp. 23-32.



6

## FRANK D. TINARI

*Journal and Book Publications*  (continued)

"Attorney Perspectives on the Use of Economic Experts: Survey Results," *Journal of Forensic Economics*, co-authored, Vol. VIII, No. 1, Winter 1995, pp. 13-23.

"The Socio-Economic Order and Forensic Economics," *International Journal of Social Economics*, Vol. 20, No. 8, 1993, pages 4-11.

"Competition for Forensic Economists and Their Ethical Behavior," *Journal of Forensic Economics*, Vol. VI, No. 3., Fall 1993, pages 263-269.

"Estimating Monetary Loss Due to Personal Injury," *Journal of Forensic Economics*, Vol. II, No. 2, April 1989, pages 75-78.

"Problems in Appraising the Economic Loss of a Child," *Journal of Forensic Economics*, Vol. II, No. 1, December 1988, pages 123-128.

*Economics: The Options For Dealing With Scarcity.*  Glenview, IL: Scott, Foresman and Company, 1986.  Preface, 492 pp., Glossary, Index.  (College textbook)

### Other Publications

"Should Your Town Establish a Land Use Board?" co-authored with Robert C. Kirpatrick, *New Jersey Municipalities*, Tenton, NJ, January 2008, pp. 14-17.

"Carefully Consider Merging Land Use Boards," *Daily Record*, Morris County, NJ, September 23, 2007.

"Making Prevailing Plaintiffs Whole," co-authored with Christopher W. Hager, Esq., Financial Planning Section, *New Jersey Law Journal*, November 15, 2004, pp. S8-S9, S15.

"One Mayor's View of State vs. Local Taxes," *New Jersey Municipalities*, November 2004, pp. 22-24.

"What Accounts for the Big Differences in Damages Calculations for Death Cases in Pennsylvania and New Jersey?", *Question & Answer Book, The Legal Intelligencer*, July 2003, pp. 16-17.

"In Employment Litigation, Stock Options are Real Money: The Expert's View," *New York Employment Law & Practice* (NY Law Jnl. Affiliate), Vol. 2, No. 7, April 2001, pp. 1-3.

"How to Keep Your Winning Clients from Getting Shortchanged by the Tax System," *New York Employment Law & Practice* (NY Law Jnl. Affiliate), Vol. 2, No. 5, Feb. 2001, pp. 6-7.

"Discipleship in the Marketplace: a Resource for Socially Responsible Investing and Purchasing," co-author of report as member of Commission on Justice and Peace, Archdiocese of Newark, NJ, 2001.

"Suited for Stock Options," *IT recruitingmag.com*, March-April 2000, pp. 170-171.

Book Review of *The New Hedonics Primer for Economists and Attorneys, Journal of Forensic Economics,* Vol. 12, No. 2, Spring/Summer 1999, pp. 159-160.

Book Review Essay: *The Dollar Value of a Day: 1997 Dollar Valuation, Journal of Legal Economics*, Vol. 8, No. 3, Winter 1998-99, pp. 93-99.

"Business Torts Litigation: Update 1999," handbook and cassettes, NJ Institute for Continuing Legal Education, co-author, 1999, 103 pages.



# FRANK D. TINARI

*Other Publications* (continued)

"The Economic Expert for the Defense," *The Connecticut Law Tribune*, Vol. 12, No. 10,
    March 10, 1986, page 8.
"Role of Economist in Negligence and Other Cases Involving Economic Loss," *New Jersey
    Law Journal*, Vol. CXI, No. 25, June 23, 1983.

## Professional Memberships
    American Economic Association, 1964-present
    National Association of Forensic Economics, 1987-present
    Western Economic Association International, 1988-present
    Eastern Economic Association, 1995-present
    American Academy of Economic and Financial Experts, 1999-present

## Consulting

Expert testimony at over 600 trials, arbitration hearings and oral depositions. Numerous economic loss
appraisal reports for use in litigation regarding economic damages: earnings, household services,
guidance, companionship, employment discrimination, lost profits, commercial damages, breach of
contract, defamation, divorce, and punitive damages.

Lists of trial and deposition testimony may be found at www.TinariEconomics.com

rev. 1/11/08



8

# National Association of Forensic Economics
P.O. Box 30067
Kansas City, Missouri 64112-0067

(816) 235-2833
(816) 235-5263 FAX

umkcnafe@umkc.edu
http://nafe.net

*Journal of Forensic Economics*

## Statement of Ethical Principles and
## Principles of Professional Practice
### National Association of Forensic Economics (NAFE)

When providing expert opinion for use as evidence by the trier of fact, a NAFE member pledges, as a condition of membership, adherence to the following:

**1. Engagement**
Practitioners of forensic economics should decline involvement in any litigation when they are asked to assume invalid representations of fact or alter their methodologies without foundation or compelling analytical reason.

**2. Compensation**
Practitioners of forensic economics should not accept contingency fee arrangements, or fee amounts associated with the size of a court award or out-of-court settlement.

**3. Diligence**
Practitioners of forensic economics should employ generally accepted and/or theoretically sound economic methodologies based on reliable economic data. Practitioners of forensic economics should attempt to provide accurate, fair and reasonable expert opinions, recognizing that it is not the responsibility of the practitioner to verify the accuracy or completeness of the case-specific information that has been provided.

**4. Disclosure**
Practitioners of forensic economics should stand ready to provide sufficient detail to allow replication of all numerical calculations, with reasonable effort, by other competent forensic economics experts, and be prepared to provide sufficient disclosure of sources of information and assumptions underpinning their opinions to make them understandable to others.

**5. Consistency**
While it is recognized that practitioners of forensic economics may be given a different assignment when engaged on behalf of the plaintiff than when engaged on behalf of the defense, for any given assignment, the basic assumptions, sources, and methods should not change regardless of the party who engages the expert to perform the assignment. There should be no change in methodology for purposes of favoring any party's claim. This requirement of consistency is not meant to preclude methodological changes as new knowledge evolves, nor is it meant to preclude performing requested calculations based upon a hypothetical--as long as its hypothetical nature is clearly disclosed in the expert's report and testimony.

**6. Knowledge**
Practitioners of forensic economics should strive to maintain a current knowledge base of their discipline.

**7. Discourse**
Open, uninhibited discussion is a desired educational feature of academic and professional forensic economic conferences. Therefore, to preserve and protect the educational environment, practitioners of forensic economics will refrain from the citation of oral remarks made in an educational environment, without permission from the speaker.

**8. Responsibility**
Practitioners of forensic economics are encouraged to make known the existence of, and their adherence to, these principles to those retaining them to perform economic analyses and to other participants in litigation. In addition, it is appropriate for practitioners of forensic economics to offer criticisms of breaches of these principles.

**President**
Stephen M. Horner
Economic Consulting

**President-Elect**
Frank D. Tinari
Seton Hall University

**Executive Director**
George A. Schieren
Appalachian State University

**Vice Presidents**
Tyler H. Bowles
Utah State University

Kurt V. Krueger
John O. Ward & Associates

**Editors, *Journal of Forensic Economics***
Michael J. Piette
Analytical Economics, Inc.

Rick R. Gaskins
Gaskins Associates, PC

Gary R. Skoog
Legal Econometrics, Inc

Steven J. Shapiro
Analytic Resources

**At Large Vice Presidents**
Elizabeth A.W. Gunderson
Hamline University

Gerald D. Martin
Forensic Economic Services

**Editor Emeritus, *Journal of Forensic Economics***
John O. Ward
University of Missouri-Kansas City



# FRANK D. TINARI, Ph.D.

## TRIAL TESTIMONY (2004)

Case: Metrey [ female wrongful death ]
Martin J. McGetrick, Esq. (434/971-7273)
CHANDLER FRANKLIN & O'BRYAN

January 7, 2004
Hon. Charles P. Walsh
Bergen County Superior Court (NJ)

Case: Watts [ female personal injury ]
Peter S. Gordon, Esq. (718/544-7070)
GORDON & GORDON

January 9, 2004
Hon. Alan C. Marin [bench trial]
New York State Court of Claims (NYC)

Case: Barber [ male wrongful death ]
David M. Paris, Esq. (973/661-0710)
PIRO ZINNA CIFELLI & PARIS

January 14, 2004
Hon. Mary Margaret McVeigh
Passaic County Superior Court (NJ)

Case: Bell [ female personal injury - med malp ]
Christian T. Merlino, Esq. (973/691-1188)
LAW OFFICES OF ROBERT A. SCIROCCO

January 19, 2004
Videotaped trial testimony
Morris County Superior Court (NJ)

Case: Greer [ youth personal injury ] - for DF
Mark Bongiovanni, Esq. (973/539-2090)
LEARY BRIDE TINKER & MORAN

January 21, 2004
Hon. Paul T. Koenig, Jr.
Mercer County Superior Court (NJ)

Case: Tartaglia [ female termination ]
Bennett D. Zurofsky, Esq. (973/622-8347)
REITMAN PARSONNET

February 9, 2004
Hon. Carmen Messano
Hudson County Superior Court (NJ)

Case: Henderson v. Chartiers [statistical analysis] for DF
Gregory C. Melucci, Esq. (412/242-4400)          February 10, 2004
MAIELLO BRUNGO & MAIELLO          Hon. M.J. Mitchell, Magistrate Judge
U.S. Western District Court, PA

Case: Plemmons [ business loss ]
David S. Rochman, Esq. (856/772-3700)
ATTORNEY AT LAW

March 1, 2004
Hon. Michael J. Kassel
Camden County Superior Court (NJ)

Case: Apicella [ male personal injury ]
Matthew J. McMahon, Esq. (718/324-8900)
ATTORNEY AT LAW

March 2, 2004
Hon. Patricia Anne Williams
Bronx County Supreme Court (NYC)

Case: Bresnahan [ male death case - med malp ]
David M. Paris, Esq. (973/661-0710)
PIRO ZINNA CIFELLI PARIS & GENITEMPO

March 10, 2004
Videotaped trial testimony
Essex County Superior Court (NJ)



**FRANK D. TINARI, Ph.D.**

**TRIAL TESTIMONY** (2004)
**page 2**

Case: Forte [ male personal injury ]
David M. Paris, Esq. (973/661-0710)
PIRO ZINNA CIFELLI PARIS & GENITEMPO

March 22, 2004
Hon. Stephen F. Smith, Jr.
Morris County Superior Court (NJ)

Case: Cabezas [female personal injury ]
Gary T. Steele, Esq. (973/575-0505)
ATTORNEY AT LAW

March 24, 2004
Hon. Christine L. Miniman
Passaic County Superior Court (NJ)

Case: Jimerson [ female wrongful inducement ]
Robert Giacovas, Esq. (212/758-9300)
LAZARE POTTER GIACOVAS KRANJAC

April 1, 2004
Panel of Arbitrators
National Assoc of Securities Dealers /
NYC

Case: Burton [male wrongful death ]
Michael J. Perrucci, Esq. (908/454-4570)
FISCHBEIN BADILLO WAGNER HARDING

April 26, 2004
Hon. Nicholas J. Stroumtsos, Jr.
Middlesex County Superior Court (NJ)

Case: Augustine [ male personal injury ]
Eugene M. Purcell, Esq. (908/658-3800)
PURCELL RIES SHANNON MULCAHY O'NEILL

April 27, 2004
Videotaped trial testimony
Somerset County Superior Court (NJ)

Case: Puzio [ infant impairment med mal ]
John B. Collins, Esq. (973/625-1600)
BONGIOVANNI COLLINS WARDEN

April 28, 2004
Hon. W. Hunt Dumont
Morris County Superior Court (NJ)

Case: Cromwell [ female impairment med mal ]
Jeffrey W. Warden, Esq. (973/625-1600)
BONGIOVANNI COLLINS WARDEN

May 4, 2004
Hon. Edward M. Oles
Ocean County Superior Court (NJ)

Case: DiGrazia [ female wrongful discharge ]
Dennis Calo, Esq. (201/488-5400)
CALO AGOSTINO

May 5, 2004
Hon. Joseph L. Yannotti
Bergen County Superior Court (NJ)

Case: Douyon [ male wrongful discharge ]
Scott D. Rodgers, Esq. (908/685-0900)
MILLER ROBERTSON & RODGERS

May 10, 2004
Hon. Frank W. Gasiorowski
Somerset County Superior Court (NJ)

Case: Pope [ male job loss - med mal ]
Walter A. Lesnevich, Esq. (201/342-2322)
LESNEVICH & MARZANO-LESNEVICH

May 11, 2004
Hon. Joseph A. Riva
Passaic County Superior Court (NJ)



# FRANK D. TINARI, Ph.D.

## TRIAL TESTIMONY (2004)
### page 3

Case: Pereyra [ male personal injury ]
F. Frank Vozza, Esq. (718/654-3330)
VOZZA & HUGUENOT

May 19, 2004
Hon. Irving Rosen
Bronx County Supreme Court (NYC)

Case: Owens [ female wrongful discharge ]
William H. Ewing, Esq. (215/851-8420)
ECKERT SEAMANS ET AL.

June 7, 2004
Hon. Eduardo C. Robreno
U.S. Eastern District Court, PA

Case: Nichols [ female wrongful death-med mal ]
Glenn C. Slavin, Esq. (732/726-3307)
SLAVIN & MORSE, LLC

June 10, 2004
Hon. Frank W. Gasiorowski
Somerset County Superior Court (NJ)

Case: Csapo [ female wrongful death ]
Mary Siobhan Brennan, Esq. (609/298-6200)
ATTORNEY AT LAW

June 16, 2004
Hon. Paul T. Koenig, Jr.
Mercer County Superior Court (NJ)

Case: Martins [ female injury - med mal ]
Paul G. Kostro, Esq. (908/486-1200)
COUNSELLOR AT LAW

June 18, 2004
Hon. John Pisansky
Union County Superior Court (NJ)

Case: Abram [ male injury ]
David Tykulsker, Esq. (973/509-9292)
LAW OFFICES

June 23, 2004
Hon. Harriet Derman
Somerset County Superior Court (NJ)

Case: Platow [ male injury ]
Michael J. Reimer, Esq. (973/313-0900)
LAW OFFICES

July 15, 2004
Hon. Donald S. Goldman
Essex County Superior Court (NJ)

Case: Marinelli [ male wrongful death-med mal ]
John R. Schwartz, Esq. (201/333-9000)
MILLER MEYERSON SCHWARTZ & CORBO

July 16, 2004
Hon. Barbara A. Curran
Hudson County Superior Court (NJ)

Case: Virgil [ female injury ]
Glenn E. Goldberg, Esq. (973/325-1188)
ALPERT BUTLER ET AL.

August 3, 2004
Hon. Camille M. Kenny
Hudson County Superior Court (NJ)

Case: Patel [ female wrongful death-med mal ]
George L. Farmer, Esq. (609/823-7700)
ATTORNEY AT LAW

August 30, 2004
Hon. William E. Nugent
Atlantic County Superior Court (NJ)


Tinari
Economics
Group

# FRANK D. TINARI, Ph.D.

## TRIAL TESTIMONY (2004)
### page 4

Case: Salvetti [ infant impairment-med mal ]
Angel M. DeFilippo, Esq. (973/243-2099)
GRIECO OATES & DeFILIPPO

September 21, 2004
Hon. Sebastian P. Lombardi
Essex County Superior Court (NJ)

Case: Babcock [ male wrongful discharge ]
Richard A. Dunne, Esq. (908/228-8200)
ATTORNEY AT LAW

September 23, 2004
Hon. Frank M. Ciufanni
Middlesex County Superior Court (NJ)

Case: Brenman [ female personal injury ]
Todd J. Leonard, Esq. (973/376-6500)
LEONARD & LEONARD

October 18, 2004
Hon. Edward J. Ryan
Middlesex County Superior Court (NJ)

Case: DeJesus [ male personal injury-med mal ]
Glenn Goldberg, Esq. (973/325-1188)
ALPERT BUTLER NORTON ET AL.

October 19, 2004
Hon. Frederic Theemling
Hudson County Superior Court (NJ)

Case: Cooper [ male personal injury-med mal ]
Mark S. Kancher, Esq. (856/813-1180)
SHAFFER & SCERNI

October 20, 2004
Hon. Steven P. Perskie
Atlantic County Superior Court (NJ)

Case: Kovalik [ male personal injury ]
Brian P. O'Connor, Esq. (856/727-1991)
GINSBERG & O'CONNOR

October 21, 2004
Hon. Marc M. Baldwin
Burlington County Superior Court (NJ)

Case: Taylor [ female wrongful death-med mal ]
Steven L. Menaker, Esq. (201/348-6000)
CHASAN LEYNER BARISO & LAMPARELLO

November 8, 2004
Hon. Robert P. Contillo
Bergen County Superior Court (NJ)

Case: Cook [ female wrongful termination ]
Richard P. Flaum, Esq. (908/757-7800)
DiFRANCESCO BATEMAN COLEY ET AL.

November 15, 2004
Hon. Edward J. Ryan
Middlesex County Superior Court (NJ)

Case: Raimo [ male wrongful death-med mal ]
Richard A. Gantner, Esq. (908/704-8888)
NEE, BEACHAM & GANTNER

December 10, 2004
Hon. Sebastian P. Lombardi
Essex County Superior Court (NJ)

Case: Quinn [female youth wrongful dth-UIM]
Roy Alan Cohen, Esq. (973/538-4006)
PORZIO BROMBERG & NEWMAN

December 14, 2004
Arbitration Panel (3 attorneys)
Somerset County Superior Court (NJ)

total: 40



# FRANK D. TINARI, Ph.D.

## TRIAL TESTIMONY (2005)

Case: Verna [female wrongful death - med mal]
Peter J. Kurshan, Esq. (973/535-8840)
CHASE KURSHAN ET AL.

January 19, 2005
Hon. Joseph L. Foster
Ocean County Superior Court (NJ)

Case: Pirrello [ male personal injury ]
William J. Soriano, Esq. (973/364-0111)
SORIANO HENKEL ET AL.

January 25, 2005
Hon. John J. Coyle, Jr.
Warren County Superior Court (NJ)

Case: Ristaino [ male personal injury ]
Paul T. Hofmann, Esq. (973/622-1414)
CAPPIELLO HOFMANN & KATZ

January 26, 2005
Hon. Marie Simonelli
Essex County Superior Court (NJ)

Case: Weresow [ female wrongful discharge ]
Susan B. Fellman, Esq. (908/490-9900)
BREUNINGER & FELLMAN

February 7, 2005
Hon. Karen M. Cassidy
Union County Superior Court (NJ)

Case: Bass [ lost business profits ]     DF
William J. Gearty, Esq. (732/449-1114)
LAW OFFICES

February 9, 2005
Hon. Martin E. Kravarik
Monmouth County Superior Court (NJ)

Case: Lambert (Dear) [ male death - med mal ]
Joel A. Leyner, Esq. (201/348-6000)
CHASAN LEYNER & LAMPARELLO

February 17, 2005
Hon. Barbara A. Curran
Hudson County Superior Court (NJ)

Case: Buonomo [ male personal injury ]
Patrick J. Mangan, Esq. (732/636-9291)
RABB HAMILL & STILLMAN P.A.

February 22, 2005
Hon. Alexander Waugh
Hudson County Superior Court (NJ)

Case: Wheelright [ male wrongful discharge ]
Lee Ann Pounds, Esq. (973/219-7485)
ALICE M. PLASTORIS LAW OFFICES

February 28, 2005
Hon. Stephen F. Smith, Jr.
Morris County Superior Court (NJ)

Case: Tylman [ male personal injury ]
William J. Barillari, Esq. (718/273-4046)
BOSCO BISIGNANO & MASCOLO

March 7, 2005
Hon. Theodore T. Jones
Brooklyn County Supreme Court (NYC)

Case: Creech [ female personal injury ]
Jane E. Young, Esq. / Peter A. Gaudioso, Esq.
    (303-293-8800 / 973-993-8100)
McELROY DEUTSCH MULVANEY & CARPENTER

March 9, 2005
Hon. Richard Matsch

U.S. District Court, 10th Cir. (Denver)



# FRANK D. TINARI, Ph.D.

## TRIAL TESTIMONY (2005)
### (page 2)

Case: Reis, Inc. v. Rubin [breach of contract]
Richar H. Apat, Esq. (718/261-9470)
PEARLMAN APAT & FUTTERMAN          [for DF]

March 22, 2005
Hon. Edward H. Lehner
New York County Supreme Court (NYC)

Case: Gelsomino [ male personal injury ]
Martin Edelman, Esq. (212/943-1200)
EDELMAN & EDELMAN

March 23, 2005
Hon. Marcy S. Friedman
New York County Supreme Court (NYC)

Case: Windham [ female personal injury ]
David H. Kaplan, Esq. (732/324-7777)
LAW OFFICE OF FRANK A. TOBIAS

April 14, 2005
Hon. Marie P. Simonelli
Essex County Superior Court (NJ)

Case: Procaccino [ female personal injury ]
Michael R. Paglione, Esq. (609/890-2273)
PAGLIONE & MASSI

April 22, 2005
Hon. Paul T. Koenig, Jr.
Mercer County Superior Court (NJ)

Case: Pindilli [ female personal injury ]
Thomas D. Roberston, Esq. (973/242-0002)
SEDGWICK DETERT MORAN & ARNOLD

May 9, 2005
Hon. Vincent Le Blon
Middlesex County Superior Court (NJ)

Case: Knoster [ male wrongful death ]
Thomas J. Vesper, Esq. (609/645-1111)
WESTMORELAND VESPER & QUATTRONE

May 13, 2005
Hon. Mary L. Cooper
U.S. District Court, NJ (Trenton)

Case: Matos [ male wrongful death - med mal ]
Jerome H. Block, Esq. (212/605-6200)
LEVY PHILIPS & KONIGSBERG

June 7, 2005
Hon. Marcy S. Friedman
New York County Supreme Court (NYC)

Case: Smalls [ female impairment - med mal ]
Stephen Chakwin, Esq. (203/855-7685)
JOSHUA A. SCHULMAN LAW OFFICES

June 9, 2005
Hon. Bruce D. Alpert
Nassau County Supreme Court (NY)

Case: Willick [ male wrongful death]
Gerald H. Baker, Esq. (201/659-2635)
BAKER GARBER DUFFY & PEDERSEN

June 13, 2005
Hon. Charles P. Walsh
Bergen County Superior Court (NJ)

Case: Rinehart [ female wrongful death ]
Michael R. Paglione, Esq. (609/890-2273)
PAGLIONE & MASSI

June 15, 2005
Hon. Marie W. Bell
Burlington County Superior Court (NJ)



# FRANK D. TINARI, Ph.D.

## TRIAL TESTIMONY (2005)
### (page 3)

Case: Yurovchak [ male impairment - med mal]
Tim Brunnock, Esq. (973/898-3700)
LAW OFFICES

June 20, 2005
Hon. Diana Wilson
Morris County Superior Court (NJ)

Case: Abram [male injury] - re-trial
Stuart Ball, Esq. (973/509-9292)
LAW OFFICES

June 22, 2005
Hon. Harriet Derman
Somerset County Superior Court (NJ)

Case: Silverthorne-Kaldy [female injury]
Paul G. Hunczak, Esq. (973/383-2700)
MORRIS DOWNING & SHERRED

June 28, 2005
Hon. Robert J. Brennan
Morris County Superior Court (NJ)

Case: Delvalle [ female injury ]
Daniel T. Leav, Esq. (212/766-5222)
LEAV & STEINBERG

July 21, 2005
Hon. Kenneth L. Thompson, Jr.
Bronx County Supreme Court (NY)

Case: O'Loughlin [ male death - med mal]
Roy Allan Cohen, Esq. (973/889-4240)
PORZIO BROMBERG NEWMAN

June 26, 2005
Hon. Diana Wilson
Morris County Superior Court (NJ)

Case: Sura [ male injury ]
Michael A. Mark, Esq. (973/423-9000)
ATTORNEY AT LAW

August 2, 2005
Hon. Edward T. O'Connor, Jr.
Hudson County Superior Court (NJ)

Case: Amtech 1 [ contract present value ]
Richard F. Collier, Jr., Esq. (609/924-2213)
COLLIER & BASIL

September 15, 2005
Hon. Marie Simonelli
Essex County Superior Court (NJ)

Case: Bell [ male wrongful termination ]
Kevin M. Kiernan, Esq. (973/509-8900)
KIERNAN & CAMPBELL

September 27, 2005
Videotaped trial testimony
Morris County Superior Court (NJ)

Case: Lindenmeier [ male impairment ]
Jack S. Dweck, Esq. (212/687-8200)
THE DWECK LAW FIRM

October 14, 2005
Hon. Roy S. Mahon
Nassau County Supreme Court (NY)

Case: Ortiz [ child wrongful death ]
Anthony F. Malanga, Jr., Esq. (973/759-2807)
GACCIONE POMACO & MALANGA

October 17, 2005
Hon. Louis Locasio
Monmouth County Superior Court (NJ)



# FRANK D. TINARI, Ph.D.

## TRIAL TESTIMONY (2005)
### (page 4)

Case: DaSilva [ male injury ]
Leland Stuart Beck, Esq. (516/228-8383)
BECK GEWURZ & STRAUSS

October 21, 2005
Hon. Robert J. McDonald
Queens County Supreme Court (NY)

Case: Soong [ female impairment – med mal]
Peter E. Rhatican, Esq. (973/543-0220)
LAW OFFICES

December 7, 2005
Hon. Isabel B. Stark
Bergen County Superior Court (NJ)

Case: Valentini [ female injury - auto ]
Jeffrey W. Moryan, Esq. (973/535-0500)
CONNELL FOLEY LLP

December 8, 2005
Hon. Jose L. Linares
U.S. District Court, NJ (Newark)

Case: Johnston et al. [4 male race discrimination]
Michael D. Homans, Esq. (856/661-2271)
FLASTER GREENBERG PC

December 12, 2005
Hon. Harvey Bartle, III
U.S. District Court, PA (Philadelphia)

Case: Miller [ female impairment ]
Steven A. Lee, Esq. (212/319-1000)
QUIRK and BAKALOR

December 14, 2005
Hon. Magistrate Mark D. Fox
U.S. District Court, NY (White Plains)

35



# FRANK D. TINARI, Ph.D.

## TRIAL TESTIMONY (2006)

Case: Dukes [ male personal injury ]
Lawrence R. Pacifico, Esq. (732/388-5454)
TOBIN KOSTER OLECKNA ET AL.

January 10, 2006
Hon. Katherine Dupuis
Union County Superior Court (NJ)

Case: M. Smith [female personal injury-med mal]
Frank J. Nostrame, Esq. (201/656-8170)
ATTORNEY AT LAW

January 24, 2006
Hon. Peter F. Bariso, Jr.
Hudson County Superior Court (NJ)

Case: Scutti [female wrongful death-med mal]
Ernest P. Fronzuto, Esq. (973/661-0710)
PIRO ZINNA CIFELLI PARIS & GENITEMPO

February 1, 2006
Hon. Donald W. Merkelbach
Essex County Superior Court (NJ)

Case: Colon [male personal injury]
Joseph T. Walsh, III, Esq. (973/635-6300)
McCUSKER ANSELMI ROSEN CARVELLI & WALSH

February 10, 2006
Hon. Stephen J. Bernstein
Essex County Superior Court (NJ)

Case: Westbrook [female wrongful discharge]
Gary E. Roth, Esq. (908/322-6200)
LEIB KRAUS GRISPIN & ROTH

February 15, 2006
Hon. Vincent LeBlon
Middlesex County Superior Court (NJ)

Case: McKeever [female death - med mal ]
Jason M. Rubin, Esq. (212/986-7353)
WINGATE RUSSOTTI & SHAPIRO

February 22, 2006
Hon. Douglas McKeon
Bronx County Supreme Court (NY)

Case: Mikalic [ male death ]
Michael J. Breslin, Jr., Esq. (201/343-5678)
ATTORNEY AT LAW

March 22, 2006
Hon. Marc M. Baldwin
Burlington County Superior Court (NJ)

Case: Ashwal & Winograd [male wrngfl dschrge]
Aurel A. Villari, Esq. (201/653-8600)
ATTORNEY AT LAW

April 10, 2006
Hon. Elijah L. Miller, Jr.
Bergen County Superior Court (NJ)

Case: Viapiano [ female personal injury ]
Robert E. Margulies, Esq. (201/333-0400)
LAW OFFICES OF MARGULIES WIND

April 20, 2006
Videotaped trial testimony
Bergen County Superior Court (NJ)

Case: Schurter [ male personal injury ]
Norman A. Doyle, Jr. Esq. (201/997-0030)
DOYLE and BRADY

May 3, 2006
Hon. Daniel Mecca
Bergen County Superior Court (NJ)



# FRANK D. TINARI, Ph.D.

## TRIAL TESTIMONY (2006)
### (page 2)

Case: Henry [ male death - med mal ]
Peter E. Rhatican, Esq. (973/543-0220)
LAW OFFICES

May 5, 2006
Videotaped trial testimony
Morris County Superior Court (NJ)

Case: Heitmuller [female pers. injury-pensn loss]
Matthew R. Pomo, Jr., Esq. (201/997-0030)
DOYLE & BRADY

June 1, 2006
Hon. Hector R. Velazquez
Hudson County Superior Court (NJ)

Case: El Bakal [ male personal injury ]
Vito A. Cannavo, Esq. (212/732-9000)
SULLIVAN PAPAIN ET AL.

June 15, 2006
Hon. Andrew J. Peck
U.S. District Court, NY (Manhattan)

Case: Angelo [ male personal injury ]
Joseph G. LePore, Esq. (732/920-5500)
LePORE & LUIZZI

June 16, 2006
Videotaped trial testimony
Ocean County Superior Court (NJ)

Case: DeSantis [ female death - med mal ]
John B. Collins, Esq. (973/625-1600)
BONGIOVANNI COLLINS & WARDEN

June 21, 2006
Hon. John J. Coyle, Jr.
Warren County Superior Court (NJ)

Case: Podias [ male wrongful death ]
Jeffrey A. Peck, Esq. (973/360-1100)
DRINKER BIDDLE & REATH

July 12, 2006
Videotaped trial testimony
Ocean County Superior Court (NJ)

Case: Bardach [male death - med mal ]
Gerald T. McCarthy, Esq. (212/732-6000)
McCARTHY & KELLY

July 14, 2006
Hon. Abdu Salaam
Manhattan County Supreme Court (NY)

Case: Pita [ female wrongful death - med mal]
Michael Barrett, Esq. (732/855-6063)
WILENTZ GOLDMAN & SPITZER

July 19, 2006
Hon. Peter Bariso
Hudson County Superior Court (NJ)

Case: Jhaveri [ female wrongful death ]
John R. Scott, Esq. (973/912-5222)
HARDIN KUNDLA McKEON ET AL.

July 25, 2006
Videotaped trial testimony
Essex County Superior Court (NJ)

Case: Klocko [ female wrongful death - med mal]
Anthony V. D'Elia, Esq. (201/348-6000)
CHASAN LEYNER & LAMPARELLO

July 26, 2006
Hon. Joseph P. Quinn
Monmouth County Superior Court (NJ)



# FRANK D. TINARI, Ph.D.

## TRIAL TESTIMONY (2006)
### (page 3)

Case: Perry [infant wrongful death - med mal]
Jack S. Dweck, Esq. (212/687-8200)
DWECK LAW FIRM

August 9, 2006
Hon. Jane S. Scholl
Hartford County Superior Court (Conn.)

Case: Dorsey [ female personal injury ]
Steven F. Wukovits, Esq. (908/709-1700)
TRIARSI BETANCOURT WALSH & WUKOVITS

September 6, 2006
Videotaped trial testimony
Middlesex County Superior Court (NJ)

Case: Giaimo [ female wrongful death - med mal ]
Arthur L. Raynes, Esq. (973/539-1313)
WILEY MALEHORN & SIROTA

September 13, 2006
Videotaped trial testimony
Essex County Superior Court (NJ)

Case: Hanlon [ male wrongful discharge ]
Samuel J. Samaro, Esq. (201/488-8200)
PASHMAN STEIN

September 19, 2006
Arbitration panel testimony
U.S. District Court, NY (Manhattan)

Case: Freeman [ male wrongful death - med mal ]
Vincent Jesuele, Esq. (908/232-2040)
KESSLER DiGIOVANNI & JESUELE

September 27, 2006
Hon. John F. Malone
Union County Superior Court (NJ)

Case: Fogarty [ male wrongful death ]
Christian C. LoPiano, Esq. (201/798-8300)
LoPIANO & KENNY

September 27, 2006
Hon. Verna G. Leath
Essex County Superior Court (NJ)

Case: Hoeckh [ male personal injury ]
Andrew B. Lane, Esq. (973/560-9599)
ATTORNEY AT LAW

September 28, 2006
Hon. W. Hunt Dumont
Morris County Superior Court (NJ)

Case: Velez [female impairment-med mal]
David M. Paris, Esq. (973/661-0710)
PIRO ZINNA CIFELLI PARIS & GENITEMPO

October 16, 2006
Hon. Joseph J. Riva
Passaic County Superior Court (NJ)

Case: Cologna [ female personal injury ]
Michael R. Du Pont, Esq. (732/741-6681)
McKENNA , Du PONT, HIGGINS & STONE

October 19, 2006
Hon. Edward M. Neafsey
Monmouth County Superior Court (NJ)

Case: Aleksiuk [ male personal injury ]
Walter Strauss, Esq. (305/724-4143)
ILASZ & ASSOCIATES

November 27, 2006
Hon. Lawrence Martin
Kings County Supreme Court (NY)



# FRANK D. TINARI, Ph.D.

## TRIAL TESTIMONY (2006)
### (page 4)

Case: Santiago [ female wrongful discharge ]
Stuart S. Ball, Esq. (973/661-4545)
BALL LIVINGSTON, LLP

November 29, 2006
Hon. Menelaos W. Toskos
Bergen County Superior Court (NJ)

Case: Perez [ male personal injury ]
Robert Osuna, Esq. (212/233-1033)
LAW OFFICE

December 7, 2006
Hon. Eileen A. Rokower
Manhattan County Supreme Court (NY)

total: 32



# FRANK D. TINARI, Ph.D.

## TRIAL TESTIMONY (2007)

Case: Cartagena [ female death - med mal ]
Dean S. Pashaian, Esq. (908/688-5111)
ROTHENBERG & PASHAIAN

January 15, 2007
Videotaped de bene esse trial testimony
Bergen County Superior Court (NJ)

Case: Coca [ male death - med mal ]
Nicholas Martino, Jr., Esq. (716/605-7360)
ATTORNEY AT LAW

January 16, 2007
Hon. Elijah L. Miller, Jr.
Bergen County Superior Court (NJ)

Case: Redvanly [ female wrongful discharge ]
John L. Shahdanian II, Esq. (201/348-6000)
CHASAN LEYNER & LAMPARELLO

January 24, 2007
Hon. Hector K. Velazquez
Hudson County Superior Court (NJ)

Case: Goldberg [ female personal injury ]
Daniel G. P. Marchese, Esq. (973/383-2700)
MORRIS DOWNING & SHERRED

January 24, 2007
Videotaped de bene esse testimony
Morris County Superior Court (NJ)

Case: Fonseca [ female personal injury ]
Michael D'Agostino, Esq. (973/731-2055)
ATTORNEY AT LAW

January 25, 2007
Hon. Paul Innes
Mercer County Superior Court (NJ)

Case: Burke [female impairment - med mal ]
Joshua A. Schulman, Esq. (212/509-4222)
LAW OFFICES

February 2, 2007
Hon. W. Dennis Donovan
Westchester County Supreme Court (NY)

Case: Longo [ male wrongful discharge ]
Michael G. Berger, Esq. (212/983-6000)
LAW OFFICES

February 2, 2007
Hon. George B. Daniels
U.S. District Court, NY (Manhattan)

Case: Powers [ male death - med mal ]
Jeffrey Campisi, Esq. (973/226-7155)
SHARKEY & CAMPISI

February 8, 2007
Hon. Hector E. DeSoto
Essex County Superior Court (NJ)

Case: Calderon/Gualpa [female death - med mal]
Anthony V. D'Elia, Esq. (201/348-6000)
CHASAN LEYNER & LAMPARELLO

February 27, 2007
Videotaped trial testimony
Hudson County Superior Court (NJ)

Case: Falcon [ female death ]
Frank L. Patti, Esq. (973/729-5040)
PATTI & PATTI

March 8, 2007
Hon. James A. Farber
Sussex County Superior Court (NJ)



# FRANK D. TINARI, Ph.D.

## TRIAL TESTIMONY (2007)
### (page 2 of 3)

Case: Fiocco [ female injury ]
Andrew J. Calcagno, Esq. (908/272-7300)
CALCAGNO & ASSOCIATES

March 23, 2007
Hon. Phillip Straniere
Richmond County Supreme Court (NY)

Case: Woetko [ male impairment - med mal ]
Michael B. Sena, Esq. (973/535-8840)
CHASE KURSHAN HERZFELD & RUBIN

April 10, 2007
Hon. Louis Locasio
Monmouth County Superior Court (NJ)

Case: Johnson [ female injury ]
Lucille M. Barbato, Esq. (718/828-8200)
SPIEGEL & BARBATO

May 11, 2007
Hon. Howard H. Sherman
Bronx County Supreme Court (NY)

Case: Stuart [ female wrongful discharge ]
Ruth Pollack, Esq. (516/746-0144)
POLLACK & KOTLER

June 4, 2007
Hon. Joseph A. Bianco
U.S. District Court, NY (Eastern District)

Case: Globe Motorists [ products liability ]
Marc Rowin, Esq. (212/682-4001)
LYNCH ROWIN LLP

June 6, 2007
Hon. Charles Brient
U.S. District Court (Southern District, NY)

Case: Scott [ 19 lead poison impairments ]
Leslie D. Kelmachter, Esq. (212/869-3500)
THE JACOB D. FUCHSBERG LAW FIRM

June 12, 2007
Hon. Lawrence Knipel
Kings County Supreme Court (NY)

Case: Hill [ male death ]          FOR DF
John A. Zukowski, Esq. (631/714-5470)

ZUKOWSKI & ZUKOWSKI, PC

July 9, 2007
Arbitration Hearing  (at United Arbitration)
Nassau County Supreme Court (NY)

Case: McConville [ male personal injury ]
Linda A. Stark, Esq. (212/813-9148)
ATTORNEY AT LAW

September 27, 2007
Hon. Judith R. McMahon
Richmond County Supreme Court (NY)

Case: Juliano [ male personal injury - med mal ]
Marc S. Oxman, Esq. (914/422-3900)
OXMAN TULIS ET AL.

October 9, 2007
Hon. Aldo A. Nastasi
Westchester County Supreme Court (NY)



### FRANK D. TINARI, Ph.D.

### TRIAL TESTIMONY (2007)
(page 3 of 3)

Case: Santore [ male personal injury – med mal ]
Nicholas Martino, Jr., Esq. (718/605-7360)
ATTORNEY AT LAW

October 11, 2007
Hon. Anthony I. Giacobbe
Richmond County Supreme Court (NY)

Case: Singh [ male personal injury ]
Paul H. Maloney, Esq. (212/213-0700)
MALONEY & LETOWSKY

October 25, 2007
Hon. Melvin L. Schweitzer [bench trial]
New York State Court of Claims (NYC)

Case: Della Valle [male wrongful discharge ]
Kathleen M. DalCortivo, Esq. (732/286-0100)

DalCORTIVO LAW OFFICES

October 25, 2007
Robert P. Simmelkjaer [binding
arbitration]
Monmouth County (NJ)

Case: Walker [ female wrongful discharge ]
Louis W. Childress, Jr., Esq. (973/678-5038)
CHILDRESS & JACKSON

October 26, 2007
Hon. Hector E. DeSoto
Essex County Superior Court (NJ)

Case: Rojas [ male wrongful discharge ]
Jason LeBoeuf, Esq. (973/675-4242)
SUSSMAN & LeBOEUF

December 6, 2007
Hon. Susan D. Wigenton
U.S. District Court (Newark, NJ)



## FRANK D. TINARI, Ph.D.

### Deposition Testimony (2004)

FitzPatrick (male wrongful discharge)                          January 21, 2004
    Joseph Priory, Esq.                                    609/279-0800
    LAW OFFICES

McCarthy (male death - med.malp.)                              February 4, 2004
    Thomas R. Chesson, Esq.                                973/538-4006
    PORZIO, BROMBERG & NEWMAN

Wissen (female death)                                          February 9, 2004
    Robert F. Cavanaugh, Jr., Esq.                         201/863-4400
    WATERS McPHERSON McNEILL

Hall (business loss)                                           February 12, 2004
    Gregory K. Mueller, Esq.                               201/567-4969
    LEBSON & MUELLER

Madison (female death)                                         February 13, 2004
    Eric A. Farnsworth, Esq.                               608/252-9352 (Wisconsin)
    DeWITT ROSS & STEVENS

Panico (female personal injury)   for DF                       March 1, 2004
    Aldo J. Russo, Esq.                                    973/597-9696
    RUSSO & DELLA BADIA

Pavlova (female death)                                         April 14, 2004
    Arnold E. Jabin, Esq.                                  732/257-1044
    ARNOLD & JABIN

Pope (male impairment - med mal)                               April 30, 2004
    Michael R. Mildner, Esq.                               201/342-2322
    LESNEVICH & MARZANO-LESNEVICH

Acey (female personal injury)                                  May 11, 2004
    Lourdes M. Rodriguez, Esq.                             973/642-5703
    ATTORNEY AT LAW

Cook (female wrongful discharge)                               May 18, 2004
    Richard P. Flaum, Esq.                                 908/757-7800
    DiFRANCESCO BATEMAN COLEY ET AL.

Guichardo (female personal injury - med mal)                   June 2, 2004
    David M. Paris, Esq.                                   973/661-0710
    PIRO ZINNA CIFELLI PARIS & GENITEMPO



# FRANK D. TINARI, Ph.D.

## Deposition Testimony (2004)
### (page 2)

Vernon Walden (breach of contract)
Terry Trantina, Esq.
STERN & KILCULLEN
July 13, 2004
973/535-1900

Soong (female personal injury -med mal)
Peter Rhatican, Esq.
ATTORNEY AT LAW
July 14, 2004
973/543-0220

Young (female wrongful discharge)
Stacy Benson, Esq.
OFFICES OF NEAL M. UNGER, PC
July 16, 2004
732/985-8666

Sherbo (male wrongful death)
Eric G. Kahn, Esq.
JAVERBAUM WURGAFT ET AL.
July 22, 2004
973/379-4200

Schlendorf (male wrongful death)
Anthony D'Elia, Esq.
CHASAN LEYNER BARISO & LAMPARELLO
July 27, 2004
201/348-6000

Curtis (female personal injury-med mal)
Michael L. Rosenberg, Esq.
SEEGER WEISS LLP
August 4, 2004
973/639-9100

Silverthorne-Kaldy (female personal injury)
Stephen A. Snyder, Esq.
MORRIS, DOWNING & SHERRED, LLP
August 11, 2004
973/383-2700

Laura Freda (female wrongful discharge)
Barry E. Levine, Esq.
ATTORNEY AT LAW
August 17, 2004
973/538-2084

JENI LLC v Alitalia (breach of contract)
William I. Strasser, Esq.
STRASSER & ASSOCIATES
August 25, 2004
201/445-9001

Ivan Campuzano (male wrongful discharge)
Amos Gern, Esq.
STARR GERN DAVISON & RUBIN
September 23, 2004
973/403-9200

Portia McMillian (female personal injury)
Melissa Luce, Esq.
STEPHEN S. WEINSTEIN, PC
October 4, 2004
973/267-5200



**FRANK D. TINARI, Ph.D.**

**Deposition Testimony (2004)**
(page 3)

Mantelman (male wrongful death)                    November 3, 2004
    Lawrence H. Kleiner, Esq.                    201/768-0301
    DAVID M. WATKINS LAW OFFICE

Bowers (male personal injury-youth med mal)        November 24, 2004
    Ellen Relkin, Esq.                           212/363-2721
    WEITZ & LUXENBERG

Jones (male personal injury-infant med mal)        November 30, 2004
    Steven J. Greenstein, Esq.                   732/388-5454
    TOBIN KOSTER OLECKNA ET AL.

Mulder (legal mal - female wrongful discharge)     December 20, 2004
    Aaron L. Handleman, Esq.    [for DF]         202/857-1696
    ECCLESTON AND WOLF

26 total



# FRANK D. TINARI, Ph.D.

## Deposition Testimony (2005)

Pita (female wrongful death - med mal)
    Howard E. Shafran, Esq.
    SHAFRAN & MOSLEY
                      January 4, 2005
                      212/239-6900

Willick (male wrongful death)
    Gerald H. Baker, Esq.
    BAKER GARBER DUFFY & PEDERSEN
                      January 20, 2005
                      201/659-2635

Angelini (female infant impairment - med mal)
    Susan B. Fellman, Esq.
    BREUNINGER & FELLMAN
                      February 10, 2005
                      908/490-9900

Campoverde (female impairment - med mal)
    Peter MacIsaac, Esq.
    CHASAN LEYNER & LAMPARELLO
                      February 18, 2005
                      201/348-6000

Ludlow (female injury)　　　[for DF]
    Walter Monahan, Esq.
    LEARY BRIDE TINKER & MORAN
                      March 24, 2005
                      973/539-2090

Iungerman (male wrongful discharge)
    Richard L. Elbert, Esq.
    REA & ELBERT LLC
                      April 15, 2005
                      908/889-9550

Pavlova (female death) - Part 2
    Arnold E. Jabin, Esq.
    JABIN & FLEMING
                      April 19, 2005
                      732/257-1044

Hassan (female injury at birth)
    Eric Kahn, Esq.
    JAVERBAUM WURGAFT ET AL.
                      May 3, 2005
                      973/379-4200

Velez (female injury - med mal)
    David M. Paris, Esq.
    PIRO ZINNA ET AL.
                      July 27, 2005
                      973/661-0710

Bell (male wrongful discharge)
    Kevin M. Kiernan, Esq.
    ATTORNEY AT LAW
                      August 12, 2005
                      973/509-8900



# FRANK D. TINARI, Ph.D.

## Deposition Testimony (2005)
### (page 2)

Fresh Del Monte Pineapples (antitrust, class certification)     August 23, 2005
    Robert I. Lax, Esq.     212/818-9150
    ROBERT I. LAX & ASSOCIATES

Silver (female death - med mal)     August 30, 2005
    Lawrence P. Stern, Esq.     201/567-2900
    LIEBOWTIZ LIEBOWITZ & STERN

Powers (male death - med mal)     September 1, 2005
    Gregory G. Campisi, Esq.     973/226-7155
    SHARKEY & CAMPISI

Cannella (female personal injury)     September 2, 2005
    Diane Ault Cullen, Esq.     732/505-9200
    ATTORNEY AT LAW

Sutter (male death)     September 8, 2005
    Paul A. O'Connor, Esq.     973/635-2210
    O'CONNOR LAW OFFICES

Magierski (male personal injury)     October 18, 2005
    Joelle Jensen, Esq.     718/816-0005
    ANGIULI KATKIN & GENTILE

Forde (male death)     October 19, 2005
    Craig Rothenberg, Esq.     908/688-5111
    ROTHENBERG & PASHAIAN

Garrigo (male youth death)     October 20, 2005
    Stephen A. Satkin, Esq.     908/322-2333
    CRANER, SATKIN & SCHEER

DesRuisseau (male death)     October 25, 2005
    Stuart M. Kurtzer, Esq.     973/235-0200
    ATTORNEY AT LAW

Hanlon (male wrongful discharge)     October 27, 2005
    Samuel J. Samaro, Esq.     201/488-8200
    PASHMAN STEIN



**FRANK D. TINARI, Ph.D.**

**Deposition Testimony (2005)**
(page 3)

Williams (female wrongful discharge)
    Maria D. Noto, Esq.
    LAW OFFICES

                          October 28, 2005
                          732/441-9546

Valentini (female injury)
    Jeffrey W. Moryan, Esq.
    CONNELL FOLEY

                          October 31, 2005
                          973/535-0500

Tremain (male youth death)
    Mary Jane Bass, Esq.
    BEGGS & LANE

                          November 2, 2005
                          850/432-2451

Gerber (male wrongful discharge)
    Joel M. Bacher, Esq.
    LAW OFFICES

                          November 8, 2005
                          973/720-8111

Fonseca (female injury)
    Michael D'Agostino, Esq.
    BECKER & D'AGOSTINO

                          December 20, 2005
                          212/752-3380

25



## FRANK D. TINARI, Ph.D.

### Deposition Testimony (2006)
page 1 of 3

DeWelt (male wrongful discharge)
    Robyn M. Gnudi, Esq.
    ST. JOHN & WAYNE, LLC

January 4, 2006
973/491-3600

Longo (male wrongful discharge)
    Michael G. Berger, Esq.
    ATTORNEY AT LAW

January 26, 2006
212/983-6000

Giaimo (female death - med mal)
    Arthur L. Raynes, Esq.
    WILEY, MALEHORN & SIROTA

February 6, 2006
973/539-1313

Hunter ( young male death )
    Michael R. Paglione, Esq.
    SZAFERMAN LAKIND BLUMSTEIN ET AL.

February 15, 2006
609/275-0400

Marshall ( young male death )
    Gregory R. Preston, Esq.
    PRESTON WILKINS & MARTIN

February 23, 2006
212/809-0000

Boiko ( female injury - med mal )
    Steven J. Greenstein, Esq.
    TOBIN KOSTER OLECKNA ET AL.

February 28, 2006
732/388-5454

DelMonte ( class action antitrust claim )
    Robert I. Lax, Esq.
    ROBERT I LAX & ASSOCIATES

March 7, 2006
212/818-9150

Rea ( male death )
    Franklin G. Soto, Esq.
    BASTARRIKA GUZMAN & SOTO

March 9, 2006
973/977-9919

Astudillo ( male personal injury )
    Lisa A. Firko, Esq.
    LUM DANZIS DRASCO & POSITAN

April 6, 2006
973/228-6738

Levy ( female death - med mal )
    John B. Collins, Esq.
    BONGIOVANNI COLLINS & WARDEN

April 19, 2006
973/625-1600

El Bakal ( male personal injury )
    Frank Floriani, Esq.
    SULLIVAN PAPAIN BLOCK McGRATH & CANNAVO

April 21, 2006
212/732-9000



## FRANK D. TINARI, Ph.D.

### Deposition Testimony (2006)
#### page 2 of 3

Lewis Chester Associates, Inc.( contract breach )
    Scott B. Gorman, Esq.
    GORMAN & GORMAN
          May 10, 2006
          856/665-4300

Cho ( male personal injury - med mal )
    Christian C. LoPiano, Esq.
    LoPIANO & KENNY
          May 22, 2006
          201/798-8300

Ritschel ( contract breach )
    Gerard Filitti, Esq.
    DRINKER BIDDLE
          May 23, 2006
          973/549-7322

McMahan Securities v FB Foods ( contract breach )
    Patti E. Evans, Esq.     PL & COUNTERCLAIM DF
    ISAACS & EVANS LLP
          June 8, 2006
          212/253-6634

Huntley ( female personal injury )
    Samuel M. Spatzer, Esq.
    LAW OFFICES
          June 14, 2006
          305/665-6099

O'Brien ( female wrongful discharge )
    Daniel T. Kopec, Esq.
    NIEDWESKE BARBER P.C.
          June 15, 2006
          973/401-0064

Toth ( male personal injury - legal mal )
    Robert Trautmann, Esq.
    TRAUTMANN PRYOR & LUTHER
          July 12, 2006
          973/316-8100

Oeskovic ( female death - product liability )
    Thomas M. Mulcahy, Esq.
    PURCELL RIES ET AL.
          July 13, 2006
          908/658-3800

Pava ( male death - med mal )
    Herbert M. Korn, Esq.
    ATTORNEY AT LAW
          July 24, 2006
          973/455-0080

IHOP Properties ( contract breach - loss of sales )
    Timothy B. Hyland, Esq.
    LEFFLER & HYLAND (Virginia)
          July 28, 2006
          703/293-9300

Bassett ( male personal injury )
    Timothy Brunnock, Esq.
    BRUNNOCK & FLEMING
          August 1, 2006
          973/898-3700



## FRANK D. TINARI, Ph.D.

### Deposition Testimony (2006)
page 3 of 3

Hernandez ( infant impairment - med mal )
    Brian F. Satkowski, Esq.    FOR DF
    McDONOUGH KORN EICHHORN & SCHORR

August 23, 2006
973/912-9099

VanNatta ( female wrongful discharge )
    Michelle Joy Munsat, Esq.
    ATTORNEY AT LAW

September 7, 2006
973/313-1240

O'Neill ( female impairment - med mal )
    Jennifer E. Troast, Esq.
    LOCKS LAW FIRM

September 18, 2006
856/663-8200

Esposito ( youth death - accid. & med mal )
    David M. Paris, Esq.
    PIRO ZINNA ET AL.

September 22, 2006
973/661-0710

Farrell ( male wrongful discharge )
    Richard A. Gantner, Esq.
    NEE, BEACHAM & GANTNER

October 17, 2006
908/704-8888

Ortega ( single male wrongful death )
    Kenneth L. Gonzalez, Esq.
    LAW OFFICES

October 18, 2006
732/442-2500

Leone ( male wrongful discharge )
    Scott C. Bushelli, Esq.
    COOPER BUSHELLI & MORRISON

November 9, 2006
856/439-7494

Kuberiet ( infant death - accident )
    Erroll J. Haythorn, Esq.
    GILL & CHAMAS

November 10, 2006
732/324-7600

Olsen ( male wrongful death - med mal )
    Gerald M. Compeau, Jr., Esq.
    ATTORNEY AT LAW

November 13, 2006
973/359-8070

Caraballo ( female wrongful death - med mal )
    Herbert J. Kessler, Esq.
    KESSLER DiGIOVANNI & JESUELE

November 20, 2006
908/232-2040

total: 32



# FRANK D. TINARI, Ph.D.

## Deposition Testimony (2007)
page 1 of 5

McCarrell (male impairment - med mal)
    Stephen F. Bolton, Esq.
    HOOK BOLTON KIRKLAND & McGHEE

February 9, 2007
850/433-0809

Beard (female impairment - med mal)
    Stephen F. Bolton, Esq.
    HOOK BOLTON KIRKLAND & McGHEE

February 9, 2007
850/433-0809

Ives (male wrongful death - med mal)
    Herbert M. Korn, Esq.
    ATTORNEY AT LAW

February 15, 2007
973/455-0080

Schaefer Salt Recovery (real estate contract dispute)
    Nicholas Khoudary, Esq.
    ATTORNEY AT LAW

February 23, 2007
732/238-8900

Bisman (male impairment - med mal)
    Patrick J. Timmins, Esq.
    LEVY PHILLIPS & KONIGSBERG

February 28, 2007
212/605-6200

Bossler (female wrongful death)
    Joel S. Rosen, Esq.
    COHEN PLACITELLA & ROTH

March 12, 2007
215/567-3500

Kelley (male wrongful death - med mal)
    Timothy R. Lawn, Esq.
    RAYNES McCARTY

March 26, 2007
215/568-6190

Cahill (female wrongful termination)      DF
    DanaLynn T. Colao, Esq.
    SAIBER SCHLESINGER ET AL.

April 16, 2007
973/622-3333

Weisgarber (male wrongful termination)
    Justin Callow, Esq.
    LAW OFFICES OF FRANK M. CRIVELLI

April 17, 2007
609/890-1900

Hines (male wrongful death - med mal)
    Mariangela Chiarvalloti, Esq.
    FRIEDMAN FRIEDMAN CHIARAVALLOTI & GIANNINI

April 20, 2007
212/267-0380

Sikoryak (female wrongful death - med mal)
    Paul O'Connor, Esq.
    O'CONNOR & O'CONNOR

April 23, 2007
973/635-2210



# FRANK D. TINARI, Ph.D.

## Deposition Testimony (2007)
### page 2 of 5

Globe Motorists (lost profits)
    Marc Rowin, Esq.
    LYNCH ROWIN LLP

April 24, 2007
212/682-4001

Globe Motorists (continuation)
    Marc Rowin, Esq.
    LYNCH ROWIN LLP

May 1, 2007
212/682-4001

Minster (female impairment - med mal)
    Jennifer E. Troast, Esq.
    LOCKS LAW FIRM

May 9, 2007
856/663-8200

DeWelt (male wrongful discharge) (part 2)
    Robyn M. Gnudi, Esq.
    ST. JOHN & WAYNE, LLC

May 14, 2007
973/491-3600

Walsh (youth wrongful death)
    Peter C. Vitanzo, Esq.
    COUNSELLOR AT LAW

May 16, 2007
732/528-7069

Goldstein (male impairment - med mal)
    Sharon B. Kessel, Esq.
    BLUME GOLDFADEN BERKOWITZ ET AL.

May 17, 2007
973/635-5400

Melendez (female wrongful death - med mal)
    Steven J. Greenstein, Esq.
    TOBIN KOSTER OLECKNA ET AL.

May 22, 2007
732/388-5454

Richards (male failure to promote)
    Joel Bograd, Esq.
    OXFELD COHEN, PC

May 29, 2007
973/642-0161

Young (male impairment - med mal)
    Rachel A. Wingerter, Esq.
    NORRIS McLAUGHLIN & MARCUS

June 1, 2007
908/722-0700

Fattori (male wrongful discharge)
    Brian J. Duff, Esq.
    SZAFERMAN LAKIND

June 22, 2007
609/275-0400

Della Valle (male failure to accommodate)
    Kathleen M. Dal Cortivo, Esq.
    LAW OFFICES

July 5, 2007
732/286-0100



# FRANK D. TINARI, Ph.D.

## Deposition Testimony (2007)
### page 3 of 5

Reynolds (female impairment - med mal)
    Stephen F. Bolton, Esq.
    HOOK BOLTON KIRKLAND & McGHEE
                               July 13, 2007
                               850/433-0809

Fields (female impairment - med mal)
    Stephen F. Bolton, Esq.
    HOOK BOLTON KIRKLAND & McGHEE
                               July 13, 2007
                               850/433-0809

Transport Alliance (business loss)     DF
    Thomas J. Monroe, Esq.
    MEYNER and LANDIS LLP
                               July 20, 2007
                               973/624-2800

Terminal Ventures (lost profits - insur. claim)
    Michael E. Gogal, Esq.
    MCCUSKER ANSELMI ROSEN & CARVELLI
                               July 26, 2007
                               973/635-6300

Good (male wrongful death)
    Lucas E. Phillips, Esq.
    LAW OFFICES
                               July 27, 2007
                               732/341-2152

Sanchez (male wrongful death)
    Kathleen P. Garvey, Esq.
    MAROTTA & GARVEY
                                 July 31, 2007
                               201/943-6300

Chervenak (male personal injury)
    Michael J. Asta, Esq.
    ASTA & ASSOCIATES
                               August 2, 2007
                               973/735-0549

Maggi (male wrongful discharge)
    Michael D. Homan, Esq.
    FLASTER GREENBERG
                               August 7, 2007
                               856/661-1900

Portocarrero (undocumented male wrongful death)
    Kenneth C. Marano, Esq.
    NORBERTO H. YACONO LAW OFFICES
                               August 10, 2007
                               973/684-2745

Egan (male wrongful death-med mal)
    Gregory B. Noble, Esq.
    O'CONNOR & O'CONNOR LAW OFFICES
                               August 15, 2007
                               973/635-2210

Mandler (male impairment-med mal)
    John B. Collins, Esq.
    BONGIOVANNI, COLLINS & WARDEN
                               August 21, 2007
                               973/625-1600



Tinari
Economics
Group

## FRANK D. TINARI, Ph.D.

### Deposition Testimony (2007)
page 4 of 5

Morgenstern (female wrongful discharge)
Andrew S. Goodstadt, Esq.
THOMPSON WIGDOR & GILLY

August 24, 2007
212/239-9292

Romano (male wrongful death-med mal)
Paul A. O'Connor III, Esq.
O'CONNOR & O'CONNOR LAW OFFICES

August 28, 2007
973/635-2210

Matera et al. (property damage)     DF
Thomas J. Monroe, Esq.
MEYNER AND LANDIS LLP

September 4, 2007
973/624-2800

Saffos (male wrongful discharge)
Susan Fellman, Esq.
BREUNINGER & FELLMAN

September 20, 2007
908/490-9900

SW&L (lost profits)
Frederick L. Wright, Esq.
VAUGHN, WRIGHT & BOYER

September 25, 2007
770/805-9889

Scales (female personal injury)
Matthew R. Pomo, Jr., Esq.
BRADY and BRADY

October 10, 2007
201/997-0030

Trotman (male wrongful discharge)
Matthew A. Schiappa, Esq.
CLEMENTE MUELLER ET AL.

October 31, 2007
973/455-8008

Cuthill (female wrongful death - med mal)
Jennifer E. Troast, Esq.
LOCKS LAW FIRM

November 13, 2007
856/663-8200

Del Valle (male wrongful discharge) DF
Michael J. Thompson, Esq.
EPSTEIN BECKER & GREEN

November 14, 2007
973/639-8257

Schroppe (female wrongful death - med mal)
Harris S. Feldman, Esq.
BLUME GOLDFADEN ET AL.

November 27, 2007
973/635-5400

Computer Sales International, Inc. (contract claim)
Robert J. Kaler, Esq.
McCarter & English (Boston)

December 4, 2007
617/449-6507



## FRANK D. TINARI, Ph.D.

### Deposition Testimony (2007)
page 5 of 5

Triolo (male wrongful discharge)                    December 27, 2007
    Kevin P. Kovacs, Esq.                               973/526-7111
    COUNSELOR AT LAW

45 total

