UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ANTHONY MANGANIELLO,

          Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

          Defendants.

------------------------------------------------------------------- x

**DECLARATION OF MARK D. ZUCKERMAN**

07 Civ. 3644 (HB)

   **MARK D. ZUCKERMAN,** an attorney duly admitted to practice in the State of New York and the Southern District of New York, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

   1. I am Senior Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants. As such, I am familiar with the facts stated below and submit this declaration to place the relevant information and documents on the record in opposition to plaintiff's motion in limine.

   2. Annexed hereto as Exhibit A are excerpts from the deposition of plaintiff in this matter.

   3. Annexed hereto as Exhibit B is defendants' proposed exhibit Z7, a DD5 prepared by Detective Dowd.

   4. Annexed hereto as Exhibit C is defendants' proposed exhibit R8, a DD5 prepared by Detective Palacios.

Dated: New York, New York
    June 9, 2008

                            _____
                              Mark D. Zuckerman