71
A. MANGANIELLO

1   or 2000, I was offered that position.
2       Q.   The position that you requested back in '97?
3       A.   Yes.
4       Q.   Do you remember writing a letter to John Bellamy
5   requesting the position?
6       A.   Yes.
7       Q.   Do you remember in that letter you told Mr. Bellamy
8   that you had no conduct or disciplinary action within the
9   last 24 months?
10      A.   I don't remember.
11      Q.   Was that accurate?
12      A.   Like I said, I don't remember.
13      Q.   Did you have to take a test for the promotion to be
14  considered?
15      A.   No.
16      Q.   When was the first time you met Albert Acosta?
17      A.   I think when he started work.
18      Q.   Were you already working?
19      A.   Yes.
20      Q.   Were you security officer or SPO?
21      A.   I don't know if I was a security or SPO at the
22  time. I don't remember.
23      Q.   Do you remember how you first met him?
24      A.   No, we just introduced that he was a new guy, and
25  you know, to help him out, give him advice, show him around.

72

A. MANGANIELLO

1  Q.  What did you think of him?
2  A.  I thought he was a good guy.
3  Q.  Did you consider him a friend?
4  A.  Yes.
5  Q.  Did you ever socialize with him outside of work?
6  A.  Sometimes. We would go to a restaurant, there was
7  a restaurant on the corner. During the end of tour, most of
8  the guys would go and get something to eat or drink.
9  Q.  At the end of tour?
10 A.  Yes.
11 Q.  What was the name of that restaurant?
12 A.  Give me a second here. I can't remember the name.
13 It's right on the corner of Metropolitan Avenue.
14 Q.  Is it still there, if you know?
15 A.  I think it's still there.
16 Q.  Metropolitan Avenue and what was the corner cross
17 street?
18 A.  It's just before the L. It might have been the Met
19 Oval Diner.
20 Q.  Met Oval Diner?
21 A.  It may have been that, the Met Oval Diner.
22 Q.  Did you ever go to his home?
23 A.  He did have a party when he had an apartment. He
24 rented an apartment in Parkchester in the north, and he had
25 like a house party.