**COMPLAINT - FOLLOW UP INFORMATIONAL**
PD 313-081A (Rev. 4-89)-31

| Crime | Pct. | OCCB No. | Complaint No. | Date of This Report |
|---|---|---|---|---|
| ASSAULT 1 | 043 | | | 2/12/01 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| 2/12/01 | 2/12/01 | | Bx. Robbery Sqd. | |

Complainant's Name - Last, First, M.I.: XXXXXXXX P.S.N.Y.

---

**DETAILS:**

SUBJECT: INTERVIEW OF Mr. Sal Miro
STATUS: Case Active

c

1. on 2/12/01 at approx. 1630 hrs i interviewed Mr. Sal Miro. Mr. Miro is employed at Parckchester Housing Developement in the construction shop. Mr. Miro informed me that he knows security guard Anthony Manganiello who is also employed at Parkchester housing developement. Mr. Miro statesx that in the past he had a conversation with Manganiello where in Manganiello told him that he owned a .22 caliber pistol. Miro further stated that he remebers hearing that the victim and Manganiello had a 'beef' or other disagreement, he does not know the basis for the disagreement.

2. Mr. Miro can be reached at telephone number (718)239-2878. His address is 1610 Metropolitan Ave. Bx. NY apt. M-B.

3. Case Active.

DEFENDANT'S EXHIBIT 27

Exhibit B