**COMPLAINT - FOLLOW UP INFORMATIONAL**
PD 313-081A (Rev. 4-89)-31

Crime: HOMICIDE
PAGE 1 OF 2
Pct: 43
Complaint No: 2412
Date of This Report: 02-16-01

Date of Orig. Report: 02-12-01
Date Assigned: 02-12-01
Case No: 624
Unit Reporting: BRONX HOMICIDE TASK FORCE

Complainant's Name - Last, First, M.I.: PSNY FOR ALBERT ACOSTA

**DETAILS:**

INVESTIGATION:   HOMICIDE
SUBJECT:         INTERVIEW OF PARKCHESTER SECURITY PERSONNEL

1. On 02/16/01, at approxiamtely 0905 hours, the undersigned accompanied by Det. Agostini of the 43rd Detective Squad were present at the Parkchester Security Office located at 62 Metropolitan OvaL, Roll Call Office and did interview the following workers relative to the above investigation:

2. Igbal Mahmud, status SPO, works for Parkchester for almost (3) years, works 4X12. On Monday works evenings He personally knows nothing regarding any problems with either Officer Manganiello or Acosta. Worked in the past with Acosta on bike patrol.

3. Catherine Liggins SPO. works for parkchester for 1½ was off on Monday. She works the midnight shift 12X8. Has no problems with either Officer Manganiello or Acosta

4. Jose Torres SPO status, works for Parchester for (7) years works midnight 12X8 was off on Modnay. He has worked in the past with Officer Acosta on the 4X12 toure. He has had no problems he also worked with Officer Manganiello again no problems. He recalls over a year ago seeing Manganiello with a gun 9mm caliber at 1707 Unionport Rd, at the gym also he sta tes both officers where hot headed.

5. Cameron Mckenzine SPO for (1) year works 4X12 & 12X8, Monday was his day office. Officer Green, his co-worker & friend came by his house on Monday and told him about Acosta getting shot. He has worked with Officer Acosta on more than one

CONTINUED ON PAGE #2

Exhibit C


DEFENDANT'S EXHIBIT R8

**COMPLAINT FOLLOW-UP INFORMATIONAL**
PD 313-081A SECOND SHEET (Rev. 8-90) H 1

| Page | 2 of 2 Pages |
| --- | --- |
| Pct. 43 | Complaint No. 2412 | Date of This Report 02-16-01 |

DETAILS:

INVESTIGATION: HOMICIDE
SUBJECT: INTERVIEW OF PARKCHESTER SECURITY PERSONNEL

6. Lamar Allen-Bey, SPO status has worked for Parkchester Security for the last 12 years. Als has lived in Parchester most of his adult life. Has worked with both Officer Manganillo and Acosts in the past. He works 0800X1600 days. Was working on Monday and saw both officers earlier in the morning in the locekr room. He did respond to the scene but the victim had been removed to the hospital. He alsostates taht he normally patrols with Manganiello but he has had his post changed to the other side. He has nothing further to add at this time.

7. HarryPlaza has SPO status has been a security officer in Parkchester for the last (5) years works midnight 12X8. He was off duty on Monday. He has worked with Acosta for (2) years on the 4x12 shift and also worked with Magniello for 8 MONTHS BEFORE HE WENT TO DAYS. He has heard Manganiello mentioned that he has a carry permit. He also knows that Manganiello had anincident with Officer Hicks. and the supervisors where aware and they received some type of discplinary action. But there was another inside in the locker room with Majnganeillo and Acosta after the Hicks inicdent that we broke up and NO supervisor was notified. It was a shoving match and we had to pull them apart.

8. Investigation Continues......