# Osorio & Associates, LLC

| Members: | 184 Martine Avenue | Of Counsel: |
|---|---|---|
| | White Plains, New York 10601 | Carlos Moreno |
| **Martha L. Osorio** | Tel: (914) 761-3168   Fax: (914) 761-8076 | David H. Hoffenberg, |
| | e-mail:Michael@Whiteplainslawyers.org | Zoraya Arguelles Vrooman |
| **Michael H. Joseph,** | Website: www.whiteplainslawyers.org | *admitted to the Bar of Peru* |

June 10, 2008

Honorable Harold Baer, Jr.
United States District Judge
500 Pearl Street
Chambers 2230
New York, N.Y. 10007

By Fax: 212-805-7901

RE:  Manganiello v. City of New York, et. al.
     Civil Action No.: 07 CV 3644

RECEIVED JUN 10 2008 U.S. DISTRICT S.D.N.Y.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

Dear Judge Baer:

We represent Plaintiff in the above referenced matter. Earlier today, I hand delivered a courtesy copy of Plaintiff's Opposition to Defendants' Motion In Limine to our adversary and chambers. I attempted to electronically file the papers and unfortunately the system could not accept our papers due to the size of the P.D.F. documents.

We therefore request permission to file our opposition at the clerk's office in paper form.

*Permission granted.
It is so ordered.*

*[signature]*
Harold Baer, Jr.
U.S.D.J.   June 11, 2008

Respectfully submitted,

_____
Michael H. Joseph, Esq. (MJ8838)

C:  Corporation Counsel
    By Fax: 212 788 9776