**COMPLAINT - FOLLOW UP INFORMATIONAL**
PD 313-081A (Rev. 4-89)-31

| Crime | Pct | CCCB No | Complaint No | |
|---|---|---|---|---|
| HOMICIDE | 43 | | 2412 | |

| Date of Orig. Report | Date Assigned | Case No | Unit Reporting | Date of This Rep |
|---|---|---|---|---|
| 2-12-01 | 2-12-01 | 624 | 43 SQD | 2-14-01 |

Complainant's Name - Last, First, M.I.
PSNY FOR ALBERT ACOSTA

**DETAILS:**

INVESTIGATION: HOMICIDE # 2/01
SUBJECT: INTERVIEW OF TERRENCE ALSTON M/B, DOB 3-18-68 OF 1560 UNIONPORT RD #5C

1- ON FEBRUARY 14, 2001 AT APPROXIMATELY 1610 HRS THE U/D RECEIVED A PHONE CALL FROM DET. PARKER OF INTELL. WHO STATED THAT HE HAS A C.I. AT RIKERS ISLAND WHO HAS INFORMATION REGARDING THE HOMICIDE AT PARKCHESTER.

2- ON FEBRUARY 14, 2001 AT APPROXIMATELY 1720 HRS DET. BENCENVINGO AND THE U/S WERE PRESENT AT RIKERS ISLAND, GANG INTELL. BUILDING. THE U/S TOOK A VERBAL AND WRITTEN STATEMENT FRO TERRENCE ALSTON AS FOLLOWS.

" I TERRENCE ALSTON MAKE THE FOLLOWING STATEMENT. IN LATE AUGUST OF 2000 A UNIFORM SECURITY GUARD FROM PARKCHESTER APPROACHED ME AND ASKED IF I COULD DO HIM A FAVOR. XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX I ASKED HIM WHAT IS THE FAVOR. HE TOLD ME THAT HE WANTED ANOTHER SECURITY GUARD KILLED. I ASKED HIM WHY HE WANTED HIM KILLED, AND HE SAID HE WANTED HIM KILLED BECAUSE HE WAS FUCKING WITH A GIRL. HE THEN ASKED ME IF I NEEDED A GUN AND I TOLD HIM I HAVE ONE ALREADY. HE ASKED WHAT IS THE PRICE AND I TOLD HIM I DID NOT KNOW RIGHT NOW, I'LL GET BACK TO YOU. TWO DAYS LATER I SAW HIM IN FRONT OF 1560 UNIONPORT RD. WE TALKED ABOUT SETTING IT UP IN A BUILDING, IN THE DAY TIME. HE STATED THAT HE WOULD CALL FOR ASSISTANCE AND WHEN THE GUY SHOWED UP I WOULD BE WAITING FOR HIM. XXXXXXXXXX I TOLD HIM THAT I WOULD GET BACK TO HIM. HE TOLD ME THAT WHEN IT WAS TIME, HE WOULD SHOW ME THE GUY. HE ALSO GAVE ME A MASTER KEY TO THE BUILDINGS IN PARKCHESTER. I WENT TO COURT IN OCTOBER AND PLEAD OUT TO ATTEMPTED POSSESSION OF A WEAPON AND GOT REMANDED. THE REASON I DID NOT DO THE HIT WAS BECAUSE I WAS HEALING FROM BEING SHOT UP IN AUGUST XXXXX 22, 2000.

DEFENDANT'S EXHIBIT F8