**COMPLAINT - FOLLOW UP INFORMATIONAL**
PD 313-081A (Rev 4-89)

| Crime | Pct | CCCB No | Complaint No | Date of This Report |
|---|---|---|---|---|
| HOMICIDE #2 | 043 | | 2412 | 2/15/01 |

| Date of Orig. Report | Date Assigned | Case No | Unit Reporting | Follow Up No |
|---|---|---|---|---|
| 2/12 | 2/12 | 624 | 43 PDS | 14 |

Complainant's Name: PSNY FOR ACOSTA, ALBERT

**DETAILS**

Investigate: HOMICIDE #2

Subject: INTERVIEWED TERRANCE ALSTON

1. On February 15, 2001, at approx. 1725 hrs., Det Palacio, Sgt Martinez and the u/s visited Rikers Island Gang Intelligence Section and interviewed prisoner Terence Alston NYSID#5320492H. He stated the following:

   * He was approached last year (September 2000) by a male white heavy set who works as a Parkchester security officer to do him a favor. The favor was to kill another security officer for him. When Terrance also known as Murdoch asked why, he stated over a girl. Terrance asked how much and he did not give a price. Terrance stated the Parkchester officer asked him do you need a gun and Terrance stated no I have one. Terrance stated when the hit was going to go down the security officer will point out the other Parkchester security officer he want killed. Terrance stated he met twice with the security officer and spoke about the hit on the other Parkchester security officer.

   * Terrance Alston aka Murdoch then stated his boy Johnny who he had been talking to sold a .22 cal to a male white security officer for $75.00. Terrance is trying to convince Johnny who is dating his daughter to give this information to the police. Terrance states Johnny is scared he will be arrested.

2. The u/s showed Terrance Alston a photo book consisting of male white and he ID Anthony Manganiello as the security officer who asked him to kill another security officer.

Rank: Det
Name Printed: Luis R. Agostini
Tax Reg No: 889648
Command: 043

 COMPLAINT FOLLOW-UP INFORMATIONAL

| Pct | Complaint N. | Date of This Rep. |
|---|---|---|
| 043 | 241. | 2/15/01 |

Page 2 of 2

DETAILS

Terrance states he had seen the person he picked out various times around the nieghborhood.

3. Case active.



PLAINTIFF'S EXHIBIT

Trial Exhibit No.: 22

ID ___  Evid ___

| | DATE REVIEWED/CLOSED | IF ACTIVE DATE OF NEXT REVIEW |
|---|---|---|
| VE ☐CLOSED | | |