**COMPLAINT - FOLLOW UP**
**INFORMATIONAL**
PD 313-081A (Rev 4-89)-31

| | | | | PAGE | OF | PA |
|---|---|---|---|---|---|---|
| Crime: HOMICIDE #2 | | Pct: 043 | OCCB No | Complaint No: 2412 | Date of This Report: 2/27/01 | |

| Date of Orig. Report: 2/12 | Date Assigned: 2/12 | Case No: 624 | Unit Reporting: 43 PDS | Follow-Up No |
|---|---|---|---|---|

Complainant's Name - Last, First, M.I.
**PSNY FOR ACOSTA, ALBERT**

Victim's Name - if Different

| Home Telephone | Business Telephone | Position / Relationship | Sex | Race | Date of Birth | Age |
|---|---|---|---|---|---|---|

| Total No. of Perpetrators | Wanted | Arrested | Weapon ☐ Used ☐ Possessed | Describe Weapon (if firearm, give color, make, calibre, type, model, etc.) |
|---|---|---|---|---|

**Perp No. 1**
Wanted ☐   Arrested ☐   Last Name, First, M.I.

| Sex | Race | Date of Birth | Age | Height ft. in. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No. |
|---|---|---|---|---|---|---|---|---|---|---|

☐ Eyeglasses  ☐ Sunglasses
Nickname, First Name, Alias
Clothing Description
Scars, Marks, M.O., Etc.
(Continue in "Details")

**Perp No. 2**
Wanted ☐   Arrested ☐   Last Name, First, M.I.

| Sex | Race | Date of Birth | Age | Height | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No. |
|---|---|---|---|---|---|---|---|---|---|---|

☐ Eyeglasses  ☐ Sunglasses
Nickname, First Name, Alias
Clothing Description
Scars, Marks, M.O., Etc.
(Continue in "Details")

**AREA WITHIN BOX FOR DETECTIVE / LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."**

| Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details) |
|---|---|---|---|---|---|
| Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details) |
| Canvass Conducted ☐ Yes ☐ No | If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results | | | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained |
| Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results | | | | |
| Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | | | | | |
| Crime Scene Dusted ☐ Yes ☐ No | By (Enter Results in Details) | | | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details) |

If Closing Case "No Results," Check Appropriate Box and State Justification in Details:
☐ C-1 Improper Referral   ☐ C-2 Inaccurate Facts   ☐ C-3 No Evidence / Can't ID   ☐ C-4 Uncooperative Complainant   ☐ C-5 "Leads" Exhausted

**DETAILS:**

    Investigate:    HOMICIDE

    Subject:        INTERVIEWED CHRIS TARTARONE

1. On February 27, 2001, at approx. 2205 hrs., Det Deleo and the u/s
   interviewed Chris Tartarone DOB:10/27/64 SS#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 927 A
   Heritage Hills Somers, NY 10589 M/W 5'8" at the 43 Pct. He stated
   Officer Manganiello came to his Pizza shop (Pizza Place) and was
   asking people if they were selling a gun. Chris stated Officer
   Manganiello had a gun book in hand. Chris states a friend of his
   named Mike Boot told him that Officer Manganiello asked him if he was
   selling an illegal gun. Mike then told him he could get in alot of
   trouble and could get 20-25 years. Chris states Officer Manganiello
   comes to his Pizza shop maybe once a month. Chris states Mike Boot
   drives a white truck with tinted windows and he is also the niegh-
   borhood loan shark. Chris states he will be in on Thursday at around
   12 noon.

2. Chris Tartarone wrote a statement on the above incident (see attach).

3. The u/s showed Chris Tartarone a photo book consisting of white males
   and he picked out Anthony Manganiello as the person who went to his
   Pizza shop and asked for a gun.

4. Case active.

**DEFENDANT'S EXHIBIT**
L3

| CASE ☐ ACTIVE ☐ CLOSED | DATE REVIEWED / CLOSED | | IF ACTIVE, DATE |
|---|---|---|---|
| REPORTING OFFICER: Det | RANK | SIGNATURE | NAME PRINTED: Luis R. Agostini |