**COMPLAINT - FOLLOW UP INFORMATIONAL**
PD 313-081A (Rev. 4-89)-31

| Crime | Pct | OCCB No | Complaint No | Page OF |
|---|---|---|---|---|
| HOMICIDE #2 | 043 | | 2412 | |

| Date of Orig. Report | Date Assigned | Case No | Unit Reporting | Date of This Report | Follow-Up No. |
|---|---|---|---|---|---|
| 2/12 | 2/12 | 624 | 43 PDS | 2/27/01 | |

Complainant's Name - Last, First, M.I.: **PSNY FOR ACOSTA, ALBERT**

DETAILS:

Investigate: HOMICIDE

Subject: RE-INTERVIEWED SAL MIRO

1. On February 27, 2001, at approx. 1855 hrs., Det Deleo (BXHTF) and the u/s visited Sal Miro at 1610 Metropolitan Ave apt MB. He stated Manganiello told him approx. 1 year ago that he has a .22 gun and carries it sometimes on him. He also stated the owner of Pizza Place on Metropolitan Ave told him Manganiello asked him for a .22 gun.

2. Case active.

**DEFENDANT'S EXHIBIT I3**

CASE: ACTIVE
REPORTING OFFICER: Det
NAME PRINTED: Luis R. [Acosta]