# COMPLAINT - FOLLOW UP INFORMATIONAL
PD 313-081A (Rev. 4-89)

| Field | Value |
|---|---|
| Crime | Homicide #02/01 |
| Pct | 043 |
| UCR No | |
| Complaint No | 2412 |
| Date of this Report | 02/12/01 |
| Date of Orig Report | 02/12/01 |
| Date Assigned | 02/12/01 |
| Case No | 624 |
| Unit Reporting | 43 D.S. |
| Complainant's Name | P.S.N.Y. for Albert Acosta |
| Last Name, First M.I. | Cobb, Walter |
| Address | 2055 McGraw Ave., Bx, NY |
| Apt No | 1A |
| Home Telephone | 718-863-3342 |
| Position/Relationship | Maintenance |
| Sex | M |
| Race | Wht |
| Date of Birth | 04/20/35 |
| Age | 64 |

INVESTIGATE: Homicide #02/01
SUBJECT: Interview Walter Cobb
CONTENT: As Follows

1. On 02/12/01 at approximately 1115 hrs the U/S spoke to Walter Cobb regarding what he had seen in relation to to the above incident. He stated the following in sum and substance. The witness stated that he has been working at Parkchester for around a year furthermore he stated that he reconizes the Parkchester Officer Manganiello from working at Parkchester and knows him be by face and name for around a year. He stated that he positively reconized Officer Manganiello as the Parkchester Officer that exited the basement at 1700 Metropolitan ave after he heard the gunshots.

2. Walter Cobb said it was around 1010 or so he was walking to the basement entrance and he was next to the basement window while on the sidewalk when he heard 4 shots that were muffled. There was 2 then 2 more. He then approached the basement door when it burst open and a Parkchester Officer came rushing out. It was Manganiello who he saw. I said to him, "I just heard 4 shots" and he said, "So did I". He was excited looking He said to me, "You go that way, pointing up Metropolitan ave towards the Circle. and he took off in a hurry. I saw him go up the street towards the Circle. I saw the door was closing and did not have the key, so I grabbed it to go inside to do my work. I started working on the compactor at the end of the hallway. As I walked into the basement I saw a telephone guy working in another open storage room on the left side. I proceeded to the compactor and was starting work when the Verizon guy came to me regarding a locked storage room that he needed to get inside. I opened the door and we both looked inside we didn't see any telephone equiptment so we left the room, but I left the door open. I went on doing my work, then I decided to take a look inside this room. It was about a minute or two later. I saw what looked like a stack of clothing, the room was dark so I was using my flashlight and took a closer look. I saw the guy lying down face down a uniform on. His hat and radio was on a stove in the room. I looked close and saw

| | |
|---|---|
| CASE | ☒ ACTIVE ☐ CLOSED |
| REPORTING OFFICER | Det. |
| SIGNATURE | |
| NAME PRINTED | Martinez R.E. |
| TAX REG NO | 876665 |
| COMMAND | 043 |

**COMPLAINT FOLLOW-UP INFORMATIONAL**

| Pct | Complaint No. | Date of this Report |
|---|---|---|
| 043 | 2412 | 02/12/01 |

a gunshot wound to the back of his head. I ran out and got the telephone guy (Verizon) and we went back inside the room with him. We then left the room and came outside. I called the security office and there was no answer, I then called 911.

3. Case active....



PLAINTIFF
EXHIBIT 1
DATE 12/19/07 RPTR
DALCO REPORTING

Trial Exhibit No. 1

ID ___ Evid ___