**COMPLAINT - FOLLOW UP INFORMATIONAL**
PD 313-081A (Rev 4-89) 3

| Crime | Pct | UCR No | Complaint No | Date of This Report |
|---|---|---|---|---|
| Homicide 02/01 | 043 | | 2412 | 02/12/01 |

| Date of Orig. Report | Date Assigned | Case No | Unit Reporting | Follow Up No |
|---|---|---|---|---|
| 02/12/01 | 02/12/01 | 624 | 43 D.S. | |

Complainant's Name Last, First M.I.: **P.S.N.Y. for Albert Acosta**

INVESTIGATE: Homicide #02/01
SUBJECT: interview P.O. Perez Sh#13912 43 Pct
CONTENT: As Follows

1. On 02/12/01 at approximately 2000 hrs the U/S spoke to P.O. Perez regarding what she had seen at 1700 Metropolitan ave. She stated in sum and substance.

2. I was at the scene when I noticed the Parkchester cop emerging from the crowd. He was all messy looking with white plaster like powder on his jacket sleeve. He was red faced and breathing heavy and had sweat on his face. I then saw other officers taking him to a car. We first responded to the scene on a 10-13 call to 1700 Metropolitan ave. We went inside the basement and saw the guy that was shot. We did a small canvass and spoke to the maintenance guy, Cobb who heard the shots.

3. Case active.....

PLAINTIFF EXHIBIT 5
DATE 12/19/07 RPTR
DALCO REPORTING

DEFENDANT'S EXHIBIT B
6/21/07

Trial Exhibit No.: 5
ID ___ Evid ___

| | RANK | SIGNATURE | NAME PRINTED | TAX REG NO | COMMAND |
|---|---|---|---|---|---|
| | Det | | Martinez R.E. | 876665 | 043 |