USE THIS FORM TO REPORT: CRIME ... COMPLAINT ... ARREST ...
NUMBERS OBTAINED FOR PROPERTY ... STOLEN PROPERTY
... CRIME INCIDENT DATA ... COMPLAINT ... REPORT THE PRECEDING ...

**COMPLAINT - FOLLOW UP**
INFORMATIONAL
PD 313-081A (Rev. 4-89)-31

| Crime | Pct. | OCCN No. | Complaint No. | Date of This Report |
|---|---|---|---|---|
| HOMICIDE #2 | 043 | | 2412 | 3/1/01 |

| Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| '12 | 2/12 | 624 | 43 PDS | |

Nant's Name - Last, First, M.I.
NY FOR ACOSTA, ALBERT

Last Name, First, M.I. — Victim's Name - If Different — Address, Include City, State, Zip — Apt. No.

| ome Telephone | Business Telephone | Position / Relationship | Sex | Race | Date of Birth | Age |
|---|---|---|---|---|---|---|

Total No. of Perpetrators / Wanted / Arrested / Weapon — Used / Possessed — Describe Weapon (if firearm, give color, make, calibre, type, model, etc.)

Wanted / Arrested / Last Name, First, M.I. — Address, Include City, State, Zip — Apt. No. / Res. Pct.

Sex / Race / Date of Birth / Age / Height / Weight / Eye Color / Hair Color / Hair Length / Facial Hair / NYSID No.

Eyeglasses / Sunglasses — Clothing Description.
Nickname, First Name, Alias — Scars, Marks, M.O., Etc. (Continue in "Details")

Wanted / Arrested / Last Name, First, M.I. — Address, Include City, State, Zip — Apt. No. / Res. Pct.

Sex / Race / Date of Birth / Age / Height / Weight / Eye Color / Hair Color / Hair Length / Facial Hair / NYSID No.

Eyeglasses / Sunglasses — Clothing Description.
Nickname, First Name, Alias — Scars, Marks, M.O., Etc. (Continue in "Details")

WITHIN BOX FOR DETECTIVE / LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."

Interviewed / No / In Person / By Phone / Date / Time / Results: Same as Comp. Report - Different (Explain in Details)

Interviewed / No / In Person / By Phone / Date / Time / Results: Same as Comp. Report - Different (Explain in Details)

Conducted / No / If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results / Crime Scene Visited / Yes / No / If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained

and Viewed Photos / Refused / Future / Results:

Viewed Photos / Refused / Future / Results:

one Dusted / No / By (Enter Results in Details) / Crime Scene Photos / Yes / No / By (Enter Results in Details)

sing Case "No Results," Check Appropriate Box and State Justification in Details:
Improper Referral / C-2 Inaccurate Facts / C-3 No Evidence / Can't ID / C-4 Uncooperative Complainant / C-5 "Leads" Exhausted

Investigate:   HOMICIDE

Subject:   INTERVIEWED PO NIEVES 43 PCT

On March 1, 2001, at approx. 0920 hrs., the u/s interviewed PO Nieves 43 Pct who was one of the first officers on the scene stated the following:

* She observed SPO Acosta laying on the floor with his face towards the left side. She also observed Acosta's memo book and hat on top of the stove. She states Acosta's jacket was off.

* She states she was present when Manganiello came to the scene and stated he wanted to see his partner. PO Nieves stated how did he know it was his partner when he never entered the room. She states Manganiello did enter the room minutes later and saw Acosta's laying on the floor.

Case active.

Trial Exhibit No.: 39

ID ___ Evid _____

CLOSED | DATE REVIEWED / CLOSED | IF ACTIVE, DATE OF NEXT REVIEW
RANK | SIGNATURE | NAME PRINTED | TAX REG. NO. | COMMAND
Det.