EXHIBIT **1**

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICATIO...    ...ES, CASE CLEARANCES, INITIAL ARREST ON THE COMPLAIN...    ...ERED PROPERTY, ADDITIONAL STOLEN PROPERTY
SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY RE...    ...D. CRIME INCIDENT DATA. USE COMPLAINT FOLLOW-UP (PD 31...    ...) TO REPORT THE PRECEDING.

| COMPLAINT - FOLLOW UP INFORMATIONAL PD 313-081A (Rev 4-89)-31 | Crime HOMICIDE | Pct 43 | OCCB No | Complaint No 2412 | Date of This Report 02-16-01 |
|---|---|---|---|---|---|

| Date of Orig Report 02-12-01 | Date Assigned 02-12-01 | Case No 624 | Unit Reporting BRONX HOMICIDE TASK FORCE | Follow-Up No |
|---|---|---|---|---|

| Complainant's Name - Last, First, M I PSNY FOR ALBERT ACOSTA | Victim's Name - if Different |
|---|---|

| | Last Name, First, M I. | Address, Include City, State, Zip | Apt. No |
|---|---|---|---|
| Home Telephone | Business Telephone | Position / Relationship | Sex | Race | Date of Birth | Age |

| Total No of Perpetrators | Wanted | Arrested | Weapon ☐ Used ☐ Possessed | Describe Weapon (if firearm, give color, make, calibre, type, model etc ) |
|---|---|---|---|---|

Perp. No. 1

| Wanted ☐ | Arrested ☐ | Last Name, First, M I. | | | | Address, Include City, State, Zip | Apt. No | Res. Pct |
|---|---|---|---|---|---|---|---|---|
| Sex | Race | Date of Birth | Age | Height Ft In | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No |

☐ Eyeglasses ☐ Sunglasses    Clothing Description,
Nickname, First Name, Alias    Scars, Marks, M.O., Etc
(Continue in ' Details''):

Perp. No 2

| Wanted ☐ | Arrested ☐ | Last Name, First, M I. | | | | Address, Include City, State, Zip | Apt. No | Res. Pct |
|---|---|---|---|---|---|---|---|---|
| Sex | Race | Date of Birth | Age | Height Ft In | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No |

☐ Eyeglasses ☐ Sunglasses    Clothing Description,
Nickname, First Name, Alias    Scars, Marks, M.O., Etc
(Continue in ' Details''):

**AREA WITHIN BOX FOR DETECTIVE / LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."**

| Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp Report - Different (Explain in Details) ☐ ☐ |
|---|---|---|---|---|---|
| Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp Report - Different (Explain in Details) ☐ ☐ |

| Canvass Conducted ☐ Yes ☐ No | If Yes - Make Entry in Body Re Time, Date, Names, Addresses, Results | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry in Details Re Time, Date, Evidence Obtained |
|---|---|---|---|

| Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results: |
|---|---|
| Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results |

| Crime Scene Dusted ☐ Yes ☐ No | By (Enter Results in Details) | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details) |
|---|---|---|---|

If Closing Case "No Results," Check Appropriate Box and State Justification in Details:
☐ C-1 Improper Referral    ☐ C-2 Inaccurate Facts    ☐ C-3 No Evidence / Can't ID    ☐ C-4 Uncooperative Complainant    ☐ C-5 ''Leads'' Exhausted

DETAILS:

INVESTIGATION:    HOMICIDE
SUBJECT:    INTERVIEW OF DAVID BREWER
PARKCHESTER SECURITY OFFICER

1. On 02/16/01, the undersigned was present at the Parkchester Security Office located at located 62 Metropolitan Oval, ROllCall Office and did interview DAVID BREWER he relates the following in sum and substance:

2. He resides at 1536 Lewland Avenue, telephone 718-931-9389. He has worked for Parkchester as a Security Guard since 1991 and has SPO status. He has worked all tours. but has worked days for the last 3 to 4 years. He did work on Monday February 12. He usually worked with Officer Acosta and was originally scheduled to on Monday. This was changed because Manganiello had a verbal dispute with a teneant and his post had to be changed no one talked about it but everyone knew about it. He went to have breakfast with Acosta at about 815Am. They brought breakfast and went to the roof of 1522 Unionport Road to eat said breakfast. Then a job came over for a dispute at 1700 Metropolitan. It was a dispute with a knife. in APt #5E. The call was assigned to Manganiello but he had to have back-up to respond so he was assigned to Acosta to back him up So Officer Acosta went to walk over to the location it was a bit of a walk. I also tried to respond to the location with Acosta and was told not to respond Not sure if it was dispatch or the sergeant. I don't recall hearing any disposition to the job. Next thing I remember is hearing a job of a mandown I respond to 1700 Metropolitan and I find it Albert. They Albert and Anthony ususally don't work together. He also states that he heard that a tenant in apt. #7B heard an argument between (2) people in the hallway prior to the shooting. He was told this thru another party.

3. The undersigned did attempt to respond to Apt.#7B. bad aparmtnet number.

4. Case Status Active.

| CASE ☐ ACTIVE ☐ CLOSED | DATE REVIEWED / CLOSED | | IF ACTIVE, DATE OF NEXT REVIEW | |
|---|---|---|---|---|
| REPORTING OFFICER: | RANK DET | SIGNATURE | NAME PRINTED L. PALACIOS | TAX REG NO 875722 | COMMAND BXHTF |
| REVIEWING / CLOSING | CASE | ENTER DESIGNATION | SIGNATURE | I D 's INITIALS |

Trial Exhibit No. 36    ID — Evid ✗

EXHIBIT **2**

COMPLAINT - FOLLOW UP
INFORMATIONAL
PD 313-081A (Rev. 4-89)-31

| Crime | Pct | UCCB No | Complaint No. | Date of This Report |
|---|---|---|---|---|
| Homicide #02/01 | 043 | | 2412 | 02/12/01 |

| Orig. Report | Date Assigned | Case No. | Unit Reporting |
|---|---|---|---|
| 02/12/01 | 02/12/01 | 024 | 43 D.S. |

Complainant's Name - Last, First, M I.
P.S.N.Y.   For Albert Acosta

**DETAILS:**

INVESTIGATE: Homicide #02/01
SUBJECT: Interview 43 Officers responding to Dispute at 1700 Metro ave 5E

1. On 2/12/01 the U/S spoke to the Officers that responded to a dispute at 1700 Metropolitan ave 5E where as Parkchester Officers also responded.

2. P.O. Ortiz sh#15002 and P.O. Rodriguez were assigned to 43 Patrol and responded to a dispute with a knife at 1700 Metropolitan ave apt. 5E. When they responded Sgt. Rose of the 43 was there and they found that there was no knife involved. Things calmed down and they were taking the report. P.O. Ortiz stated that Parkchester Officer Manganiello responded and seemed of a normal demeanor. When they were completed they all left and the Parkchester cop left. They said they only saw the one Parkchester cop.

3. Case active...

Trial Exhibit No.: 6

ID ___ Evid _X_

PLAINTIFF
EXHIBIT  6
DATE 12/19/07 RPTR ___
DALCO REPORTING

| CASE | DATE REVIEWED/CLOSED | IF ACTIVE, DATE OF NEXT REVIEW |
|---|---|---|
| X ACTIVE  □ CLOSED | | |

| REPORTING OFFICER: | RANK | SIGNATURE | NAME PRINTED | TAX REG NO. | COMMAND |
|---|---|---|---|---|---|
| | Det | | Martinez R.E. | 876665 | 043 |

EXHIBIT **3**

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFIC... ANGES, CASE CLEARANCES, INITIAL ARREST ON THE COMP... COVERED PROPERTY, ADDITIONAL STOLEN PROPERTY SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOU... ...ATED. CRIME INCIDENT DATA. USE COMPLAINT FOLLOW-U... ...081) TO REPORT THE PRECEDING.

| COMPLAINT - FOLLOW UP INFORMATIONAL PD 313-081A (Rev 4-89)-31 | | PAGE | | OF | | PAGE | | 14 PERP 1 |
|---|---|---|---|---|---|---|---|---|
| | Crime HOMICIDE #2 | Pct 043 | OCCB No | Complaint No 2412 | Date of This Report 2/12/01 | | | |
| Date of Orig Report 2/12 | Date Assigned 2/12 | Case No 624 | Unit Reporting 43 PDS | | | Follow-Up No | | PERP 2 |

| Complainant's Name - Last, First, M I | Victim's Name - If Different | | 15 PERP 1 |
|---|---|---|---|
| PSNY FOR ACOSTA, ALBERT | | | |

**Witness No. 1**

| Last Name, First, M.I. | | Address, Include City, State, Zip | | | Apt. No. | PERP 1 |
|---|---|---|---|---|---|---|
| Home Telephone | Business Telephone | Position / Relationship | Sex | Race | Date of Birth | Age | PERP 2 |

**Perpetrators**

| | Total No of Perpetrators | Wanted | Arrested | Weapon ☐ Used ☐ Possessed | Describe Weapon (If firearm, give color, make, calibre, type, model, etc.) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Perp No 1**

| Wanted ☐ | Arrested ☐ | Last Name, First, M I | | | | Address, Include City, State, Zip | | | Apt. No | Res. Pct | 16 CHOICE 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sex | Race | Date of Birth | Age | Height Ft In | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No | CHOICE 2 |
| ☐ Eyeglasses ☐ Sunglasses Nickname, First Name, Alias | | Clothing Description, ___ Scars, Marks, M O, Etc (Continue in ''Details''). | | | | | | | | | |

**Perp No 2**

| Wanted ☐ | Arrested ☐ | Last Name, First, M I | | | | Address, Include City, State, Zip | | | Apt. No | Res. Pct | 17 CHOICE 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sex | Race | Date of Birth | Age | Height Ft In | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No. | CHOICE 2 |
| ☐ Eyeglasses ☐ Sunglasses Nickname, First Name, Alias | | Clothing Description, ___ Scars, Marks, M O, Etc (Continue in ''Details''): | | | | | | | | | |

AREA WITHIN BOX FOR DETECTIVE/ LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE ''NO RESULTS.'' — 18 CHOICE 1

| Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp Report - Different (Explain in Details) ☐ ☐ | CHOICE 2 |
|---|---|---|---|---|---|---|
| Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp Report - Different (Explain in Details) ☐ ☐ | |

| Canvass Conducted ☐ Yes ☐ No | If Yes - Make Entry in Body Re Time, Date, Names, Addresses, Results | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry in Details Re. Time, Date, Evidence Obtained | 19 CHOICE 1 |
|---|---|---|---|---|

| Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results | CHOICE 2 |
|---|---|---|

| Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results | 20 PERP 1 |
|---|---|---|

| Crime Scene Dusted ☐ Yes ☐ No | By (Enter Results in Details) | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details) | PERP 2 |
|---|---|---|---|---|

If Closing Case "No Results," Check Appropriate Box and State Justification in Details:
☐C-1 Improper Referral  ☐C-2 Inaccurate Facts  ☐C-3 No Evidence/Can't I D  ☐C-4 Uncooperative Complainant  ☐C-5 ''Leads'' Exhausted

DETAILS:

Investigate:   HOMICIDE

Subject:       INTERVIEWED ANTHONY MANGANIELLO

1. On February 12, 2001, at approx. 1210 hrs., Det Abate and the u/s interviewed Anthony Manganiello at the 43 Pct and he stated the following:

   * He stated he attended roll call and saw Albert Acosta. He then states the next time he saw Albert Acosta is when he was laying on the floor at 1700 Metropolitan Ave in the basement. The u/s asked him where he was when the call came in and he stated by the oval taking a personal. The u/s asked him if he had any problems with Albert Acosta or if anyone he knows has any problems with him and Anthony Manganiello would not answer. The u/s observed Anthony's right index finger with a bandaid and asked him how did he get his finger cut? He stated today lifting up his treadmill. The u/s asked him if he ran today and he stated no. The u/s asked him for his address and he did not know. The u/s asked him for his phone number and he replied it is unlisted.

2. The interview stopped when his lawyer Richard A. Ross notified the 43 Pct not to have his client questioned.

3. Case active.

Trial Exhibit No.: 33

ID ___   Evid ✕

| CASE ☐ACTIVE ☐CLOSED | DATE REVIEWED / CLOSED | IF ACTIVE, DATE OF NEXT REVIEW |
|---|---|---|
| REPORTING OFFICER: Det | RANK | SIGNATURE | NAME PRINTED Luis R. Agostini | TAX REG. NO. 889648 | COMMAND 043 |
| REVIEWING / CLOSING | CASE | ENTER DESIGNATION | SIGNATURE | | |

EXHIBIT **4**

USE THIS FORM TO REPORT: CRIME CLASSIFIED ... GES, CASE CLEARANCES, INITIAL ARREST ON THE COMPL ... ERED PROPERTY, ADDITIONAL STOLEN PROPERTY
SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUS ... TED, CRIME INCIDENT DATA. USE COMPLAINT FOLLOW-UP ... ALL TO REPORT THE PRECEDING.

| | COMPLAINT - FOLLOW UP INFORMATIONAL PD 313-081A (Rev 4-89)-31 | Crime HOMICIDE #2 | | Pct. 043 | OCCB No | Complaint No 2412 | PAGE OF PAGE Date of This Report 3/1/01 | 14 PERP 1 |
|---|---|---|---|---|---|---|---|---|
| Date of Orig. Report 2/12 | Date Assigned 2/12 | Case No 624 | Unit Reporting 43 PDS | | | Follow-Up No. NO (2) | | PERP 2 |
| Complainant's Name - Last, First, M.I. PSNY FOR ACOSTA, ALBERT | | | | Victim's Name - if Different | | WEEKS LATER | | 15 PERP 1 |

| Last Name, First, M.I. | | | Address, include City, State, Zip | | | | Apt. No | PERP 1 |
|---|---|---|---|---|---|---|---|---|
| Home Telephone | Business Telephone | | Position / Relationship | Sex | Race | Date of Birth | Age | PERP 2 |

| Total No. of Perpetrators | Wanted | Arrested | Weapon ☐ Used ☐ Possessed | Describe Weapon (If firearm, give color, make, calibre, type, model, etc.) | |
|---|---|---|---|---|---|

| | Wanted ☐ | Arrested ☐ | Last Name, First, M.I. | | | | | | Address, include City, State, Zip | | Apt. No | Res. Pct. | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Perp No. 1 | Sex | Race | Date of Birth | Age | Height Ft In | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No. | | CHOICE 1 |
| | ☐ Eyeglasses ☐ Sunglasses Nickname, First Name, Alias | | | Clothing Description, Scars, Marks, M.O., Etc. (Continue In "Details"): | | | | | | | | | CHOICE 2 |

| | Wanted ☐ | Arrested ☐ | Last Name, First, M.I. | | | | | | Address, include City, State, Zip | | Apt. No | Res. Pct. | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Perp No. 2 | Sex | Race | Date of Birth | Age | Height Ft In | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No. | | CHOICE 1 |
| | ☐ Eyeglasses ☐ Sunglasses Nickname, First Name, Alias | | | Clothing Description, Scars, Marks, M.O., Etc. (Continue In "Details"): | | | | | | | | | CHOICE 2 |

AREA WITHIN BOX FOR DETECTIVE / LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."

| Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details) ☐ | 18 CHOICE 1 |
|---|---|---|---|---|---|---|
| Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details) ☐ | CHOICE 2 |
| Canvass Conducted ☐ Yes ☐ No | If Yes - Make Entry in Body Re. Time, Date, Names, Addresses, Results | | | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry in Details Re. Time, Date, Evidence Obtained | 19 CHOICE 1 |
| Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results | | | | | CHOICE 2 |
| Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results. | | | | | 20 |
| Crime Scene Dusted ☐ Yes ☐ No | By (Enter Results in Details) | | | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details) | PERP 1 |
| If Closing Case "No Results," Check Appropriate Box and State Justification in Details: ☐C-1 Improper Referral ☐C-2 Inaccurate Facts ☐C-3 No Evidence / Can't ID ☐C-4 Uncooperative Complainant ☐C-5 "Leads" Exhausted | | | | | | PERP 2 |

DETAILS:

    Investigate:    HOMICIDE

    Subject:        INTERVIEWED PO ORTIZ & PO RODRIGUEZ

1. On March 1, 2001, at approx. 0935 hrs., the u/s interviewed PO Ortiz & PO Rodriguez sec 43H who responded to the dispute on 2/12/01 at 1700 Metropolitan Ave at approx. 0835 hrs.. PO Ortiz stated SPO Manganiello was present in apt#5E when he got there. SPO Manganiello then asked if they needed him and he stated no we could handle this. SPO Manganiello left. PO Rodriguez then gave back the job at approx. 0904 hrs. and did not see SPO Manganiello when he left the building.

2. Case active.

PLAINTIFF'S EXHIBIT 29 12-20-04

    Trial Exhibit No.: 29

    ID ___ Evid X

| SE ☐ ACTIVE ☐ CLOSED | DATE REVIEWED / CLOSED | | IF ACTIVE, DATE OF NEXT REVIEW | | |
|---|---|---|---|---|---|
| PORTING ...FICER. | RANK Det | SIGNATURE | NAME PRINTED Luis R. Agostini | TAX REG NO. 889648 | COMMAND 043 |
| ...IEWING / CLOSING | CASE | ENTER DESIGNATION | SIGNATURE | | |

EXHIBIT **5**

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFIC.    ANGES, CASE CLEARANCES, INITIAL ARREST ON THE COMPL.    COVERED PROPERTY, ADDITIONAL STOLEN PROPERTY
SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSL.    ...TED, CRIME INCIDENT DATA. USE COMPLAINT FOLLOW-UP.    .81) TO REPORT THE PRECEDING.

| COMPLAINT - FOLLOW UP INFORMATIONAL PD 313 081A (Rev. 4-89)-31 | Crime HOMICIDE #2 | Pct 043 | OCCB No | Complaint No 2412 | Date of This Report 2/15/01 | 14 PERP 1 |
|---|---|---|---|---|---|---|

| Date of Orig. Report 2/12 | Date Assigned 2/12 | Case No 624 | Unit Reporting 43 PDS | Follow-Up No | PERP 2 |
|---|---|---|---|---|---|

| Complainant's Name - Last, First, M.I PSNY FOR ACOSTA, ALBERT | Victim's Name - If Different | 15 PERP 1 |
|---|---|---|

| Last Name, First, M.I | Address, Include City, State, Zip | Apt. No. | PERP 1 |
|---|---|---|---|
| Home Telephone | Business Telephone | Position / Relationship | Sex | Race | Date of Birth | Age | PERP 2 |

Total No. of Perpetrators | Wanted | Arrested | Weapon ☐ Used ☐ Possessed | Describe Weapon (If firearm, give color, make, calibre, type, model, etc.)

| | Wanted ☐ | Arrested ☐ | Last Name, First, M.I | | | | | Address, Include City, State, Zip | | Apt. No | Res. Pct | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Perp No. 1 | Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No. | CHOICE 1 |
| | ☐ Eyeglasses ☐ Sunglasses Nickname, First Name, Alias | | Clothing Description. Scars, Marks, M.O., Etc *(Continue in "Details")* | | | | | | | | | CHOICE 2 |

| | Wanted ☐ | Arrested ☐ | Last Name, First, M.I | | | | | Address, Include City, State, Zip | | Apt. No | Res. Pct. | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Perp No. 2 | Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No. | CHOICE 1 |
| | ☐ Eyeglasses ☐ Sunglasses Nickname, First Name, Alias | | Clothing Description. Scars, Marks, M.O., Etc *(Continue in "Details")* | | | | | | | | | CHOICE 2 |

**AREA WITHIN BOX FOR DETECTIVE / LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."**

| Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details) ☐ ☐ | 18 CHOICE 1 |
|---|---|---|---|---|---|---|
| Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results Same as Comp. Report - Different (Explain in Details) ☐ ☐ | CHOICE 2 |

| Canvass Conducted ☐ Yes ☐ No | If Yes - Make Entry in Body Re. Time, Date, Names, Addresses, Results | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry in Details Re. Time, Date, Evidence Obtained | 19 CHOICE 1 |
|---|---|---|---|---|

| Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results: | CHOICE 2 |
|---|---|---|
| Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results. | 20 PERP 1 |

| Crime Scene Dusted ☐ Yes ☐ No | By (Enter Results in Details) | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details) | PERP 2 |
|---|---|---|---|---|

| If Closing Case "No Results," Check Appropriate Box and State Justification in Details: ☐C-1 Improper Referral ☐C-2 Inaccurate Facts ☐C-3 No Evidence / Can't ID ☐C-4 Uncooperative Complainant ☐C-5 "Leads" Exhausted | 21 PERP 1 |
|---|---|

DETAILS:

Investigate:     HOMICIDE #2

Subject:         INTERVIEWED TERRANCE ALSTON

1. On February 15, 2001, at approx. 1725 hrs., Det Palacio, Sgt Martinez and the u/s visited Rikers Island Gang Intelligence Section and interviewed prisoner Terence Alston NYSID#5320492H. He stated the following:
   * He was approached last year (September 2000) by a male white heavy set who works as a Parkchester security officer to do him a favor. The favor was to kill another security officer for him. When Terran also known as Murdoch asked why, he stated over a girl. Terrance asked how much and he did not give a price. Terrance stated the Parkchester officer asked him do you need a gun and Terrance stated no I have one. Terrance stated when the hit was going to go down the security officer will point out the other Parkchester security officer he want killed. Terrance stated he met twice with the security officer and spoke about the hit on the other Parkchester security officer.

   * Terrance Alston aka Murdoch then stated his boy Johnny who he had been talking to sold a .22 cal to a male white security officer for $75.00. Terrance is trying to convince Johnny who is dating his daughter to give this information to the police. Terrance states Johnny is scared he will be arrested.

2. The u/s showed Terrance Alston a photo book consisting of male white and he ID Anthony Manganiello as the security officer who asked him to kill another security officer.

| ☐ACTIVE ☐CLOSED | DATE REVIEWED/CLOSED | | IF ACTIVE, DATE OF NEXT REVIEW | |
|---|---|---|---|---|
| REPORTING OFFICER. | RANK Det | SIGNATURE | NAME PRINTED Luis R. Agostini | TAX REG. NO 889648 | COMMAND 043 |
| REVIEWING / CLOSING SUPERVISOR | CASE CLOSED | ENTER DESIGNATION | SIGNATURE | | C.O.'s INITIALS |

| 22 PERP 1 |
| PERP 2 |
| 23 PERP 1 |
| PERP 2 |
| 24 PERP 1 |
| PERP 2 |

| | | Page 2 | of 2 Pages |
|---|---|---|---|
| **COMPLAINT FOLLOW-UP INFORMATIONAL** | Pct | Complaint No | Date of This Report |
| PD 313 081A **SECOND SHEET** (Rev 6-90) H ) | 043 | 2412 | 2/15/01 |

DETAILS.

Terrance states he had seen the person he picked out various times around the nieghborhood.

3.  Case active.



Trial Exhibit No.: 22

ID ___ Evid ⟋

| SE | DATE REVIEWED/CLOSED | IF ACTIVE, DATE OF NEXT REVIEW |
|---|---|---|
| ACTIVE ☐CLOSED | | |
| PORTING | RANK | SIGNATURE | NAME PRINTED |

EXHIBIT **6**

NOT USE THIS FORM TO REPORT: CRIME CLASSIFIC... ...GES, CASE CLEARANCES, INITIAL ARREST ON THE COMPL... ...VERED PROPERTY, ADDITIONAL STOLEN PROPERTY
...L NUMBERS OBTAINED FOR PROPERTY PREVIOUS... ...RTED. CRIME INCIDENT DATA. USE COMPLAINT FOLLOW-UP... ...T) TO REPORT THE PRECEDING.

| COMPLAINT - FOLLOW UP INFORMATIONAL PD 313-081A (Rev. 4-89)-31 | Crime HOMICIDE #2 | Pct. 043 | OCCB No. | Complaint No. 2412 | Date of This Report 3/1/01 | PAGE ___ OF ___ PAGE |
|---|---|---|---|---|---|---|

| of Orig. Report 2/12 | Date Assigned 2/12 | Case No. 624 | Unit Reporting 43 PDS | | Follow-Up No. |
|---|---|---|---|---|---|

Complainant's Name - Last, First, M.I.   PSNY FOR ACOSTA, ALBERT     Victim's Name - If Different

| Last Name, First, M.I. | Address, Include City, State, Zip | | | | Apt. No |
|---|---|---|---|---|---|

| Home Telephone | Business Telephone | Position / Relationship | Sex | Race | Date of Birth | Age |
|---|---|---|---|---|---|---|

| Total No. of Perpetrators | Wanted | Arrested | Weapon ☐ Used ☐ Possessed | Describe Weapon (if firearm, give color, make, calibre, type, model, etc.) |
|---|---|---|---|---|

| Wanted ☐ | Arrested ☐ | Last Name, First, M.I. | | Address, Include City, State, Zip | Apt. No | Res. Pct. |
|---|---|---|---|---|---|---|

| Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No. |
|---|---|---|---|---|---|---|---|---|---|---|

☐ Eyeglasses ☐ Sunglasses   Nickname, First Name, Alias   Clothing Description, _____ Scars, Marks, M.O., Etc. _____ (Continue in "Details"):

| Wanted ☐ | Arrested ☐ | Last Name, First, M.I. | | Address, Include City, State, Zip | Apt. No | Res. Pct. |
|---|---|---|---|---|---|---|

| Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No. |
|---|---|---|---|---|---|---|---|---|---|---|

☐ Eyeglasses ☐ Sunglasses   Nickname, First Name, Alias   Clothing Description, _____ Scars, Marks, M.O., Etc. _____ (Continue in "Details"):

...EA WITHIN BOX FOR DETECTIVE / LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE
...LLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."

| ...mp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details) ☐ ☐ |
|---|---|---|---|---|---|

| ...tness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details) ☐ ☐ |
|---|---|---|---|---|---|

| ...nvass Conducted ☐ Yes ☐ No | If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained |
|---|---|---|---|

| ...mplainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results: |
|---|---|

| ...tness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results: |
|---|---|

| ...rime Scene Dusted ☐ Yes ☐ No | By (Enter Results in Details) | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details) |
|---|---|---|---|

If Closing Case "No Results," Check Appropriate Box and State Justification in Details:
☐C-1 Improper Referral   ☐C-2 Inaccurate Facts   ☐C-3 No Evidence / Can't ID   ☐C-4 Uncooperative Complainant   ☐C-5 "Leads" Exhausted

DETAILS:

Investigate:   HOMICIDE

Subject:       INTERVIEWED MICHAEL BOOTH

1. On March 1, 2001, at approx. 1110 hrs., Det Martinez and the u/s P/U Michael Booth in front of Pizza Place 1665 Metropolitan Ave and drove him to the 43 Pct..

2. Michael Booth DOB: ▮▮▮▮▮▮ , residing at ▮▮▮▮▮▮ PH Tel ▮▮▮▮▮▮ made the following statements. He stated officer Manganiello approached him one time when he was sitting in his truck by the bank next to Macy's and asked him if he had a rod. Michael told him it's a big rap for a small price if he sold him one. Michael has seen Manganiello numerous times around the nieghborhood and pizzaria.

3. Michael Booth cell# ▮▮▮▮▮▮

4. See attach statements from Michael Booth.

5. Case active.

Trial Exhibit No.: 41

ID ___   Evid ___ Y          0849

EXHIBIT
Scaccia 4
DATE 2/0... RPTR MS
DALCO REPORTING

| ...CTIVE ☐CLOSED | DATE REVIEWED / CLOSED | IF ACTIVE, DATE OF NEXT REVIEW |
|---|---|---|
| ...RTING ...ER: | RANK Det | SIGNATURE | NAME PRINTED Luis R. Agostini | TAX REG. NO. | COMMAND 043 |

ADANT/SU    EON/WITH
"STATEMENT"

# POLICE DEPARTMENT
## CITY OF NEW YORK

CC#/CASE# 2412 / 624

1 OF 1

DATE: 3 / 1 /01 TIME: 1140 hrs

IS TO CERTIFY THAT I: Michael Booth        DATE OF BIRTH: ▓▓▓▓▓

AL SECURITY # ▓▓▓▓▓▓▓        DRIVERS LIC#

DING AT: ▓▓▓▓▓▓▓        APT # ▓▓ TELEPHONE # ▓▓▓▓▓

BEEN ADVISED OF MY CONSTITUTIONAL RIGHTS AND I UNDERSTAND THEM FULLY.
DETECTIVES HAVE TREATED ME FAIRLY AND I AM MAKING THE FOLLOWING
EMENT:

Manganiello came to me about a month ago and asked me
I had a roll. I said no it a big rap for a
all price. My understanding if I had a roll was he was
king to buy a gun.

X Michael Booth

3/1/2001    12:06 pm

Det ▓▓▓

Det ▓▓▓▓ MARTINEZ
SH. 1971
43 D.S.

ENDANT/SU~ ~C~/WITN~
"STATEMENT"

**POLICE DEPARTMENT**
**CITY OF NEW YORK**

~E  1  OF  1

G1#/CASE# 2412 / 624

DATE: 3 / 1 /01 TIME: 1140hr

~S IS TO CERTIFY THAT I: Michael Boota    DATE OF BIRTH: ▓

~IAL SECURITY #: ▓▓▓▓    DRIVERS LIC#

~SIDING AT: ▓▓▓▓    APT #: ▓ TELEPHONE #: ▓▓▓▓

~VE BEEN ADVISED OF MY CONSTITUTIONAL RIGHTS AND I UNDERSTAND THEM FULLY.
~E DETECTIVES HAVE TREATED ME FAIRLY AND I AM MAKING THE FOLLOWING
~ATEMENT:

Magnate came To me about 1 month ago For A Rob.

said That I didnt Full with thoT STuf ITs a Big RAP For a

TTLe price - I could only under stood thot He was beihint For

Gunn

X Michael Boot ( 3/1/2001

12/10 Pm

~Boot ▓▓▓

~ DeT ▓▓▓  M.Martnez

43 D.S  SN 1971

EXHIBIT **7**

... TO REPORT. CRIME CLASSIFIC ... ... NGES, CASE CLEARANCES. INITIAL ARREST ON THE COMPL ... OVERED PROPERTY, ADDITIONAL STOLEN PROPERTY
.. OBTAINED FOR PROPERTY PREVIOUSL ... ED, CRIME INCIDENT DATA. USE COMPLAINT FOLLOW-UP (... 1) TO REPORT THE PRECEDING.

| COMPLAINT - FOLLOW UP INFORMATIONAL PD 313-081A (Rev. 4-89)-31 | Crime HOMICIDE #2 | | Pct. 043 | OCCB No | Complaint No. 2412 | Date of This Report 4/7/01 | 14 PERP 1 |
|---|---|---|---|---|---|---|---|
| # Orig. Report /12 | Date Assigned 2/12 | Case No. 624 | Unit Reporting 43 PDS | | | Follow-Up No 07 | PERP 2 |
| Complainant's Name - Last, First, M.I. SNY FOR ACOSTA, ALBERT | | | | Victim's Name - If Different | | | 15 PERP 1 |
| Last Name, First, M.I. | | | Address, Include City, State, Zip | | | Apt. No | PERP 2 |
| Home Telephone | Business Telephone | | Position / Relationship | Sex | Race | Date of Birth | Age |

| Total No. of Perpetrators | Wanted ☐ | Arrested ☐ | Weapon ☐ Used ☐ Possessed | Describe Weapon (If firearm, give color, make, calibre, type, model, etc.) | | | |

| Wanted ☐ | Arrested ☐ | Last Name, First, M.I. | | | | Address, Include City, State, Zip | Apt. No | Res. Pct. | 16 CHOICE 1 |
|---|---|---|---|---|---|---|---|---|---|
| Sex | Race | Date of Birth | Age | Height ft in | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No. | |
| ☐ Eyeglasses ☐ Sunglasses Nickname, First Name, Alias | | Clothing Description, _____ Scars, Marks, M.O., Etc. _____ (Continue in "Details") | | | | | | | | CHOICE 2 |

| Wanted ☐ | Arrested ☐ | Last Name, First, M.I. | | | | Address, Include City, State, Zip | Apt. No | Res. Pct. | 17 CHOICE 1 |
|---|---|---|---|---|---|---|---|---|---|
| Sex | Race | Date of Birth | Age | Height ft in | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No | |
| ☐ Eyeglasses ☐ Sunglasses Nickname, First Name, Alias | | Clothing Description, Scars, Marks, M.O., Etc (Continue in "Details"): | | | | | | | | CHOICE 2 |

AREA WITHIN BOX FOR DETECTIVE/LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."

| Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details) ☐ ☐ | 18 CHOICE 1 CHOICE 2 |
|---|---|---|---|---|---|---|
| Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results, Same as Comp. Report - Different (Explain in Details) ☐ ☐ | |
| Canvass Conducted ☐ Yes ☐ No | If Yes - Make Entry in Body Re. Time, Date, Names, Addresses, Results | | | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry in Details Re. Time, Date, Evidence Obtained | 19 CHOICE 1 |
| Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results | | | | | CHOICE 2 |
| Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results | | | | | 20 PERP 1 |
| Crime Scene Dusted ☐ Yes ☐ No | By (Enter Results in Details) | | | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details) | PERP 2 |

If Closing Case "No Results," Check Appropriate Box and State Justification in Details:
☐C-1 Improper Referral   ☐C-2 Inaccurate Facts   ☐C-3 No Evidence / Can't ID   ☐C-4 Uncooperative Complainant   ☐C-5 "Leads" Exhausted

DETAILS:

Investigate:    HOMICIDE #2

Subject:    INTERVIEW MARK A DAMON

1. On April 5, 2001, at approx. 1645 hrs., the u/s was present at ADA Christine Scaccia's office (Bronx Criminal Court) and Mark A Damon DOB:01/10/84 17 yrs old residing at 1491 Metropolitan Ave Tel#718-597-3519 was interviewed. Mark stated with permission from aka Murdoch he sold a .22 cal auto hand-gun to a security guard back on January 2001. He sold it for $75.00 USC. He stated the guard was a male white/Italian, heavy set with a thick mustache.

2. During the above interview the following person were present:
   * Det Derrick Parker GIU
   * ADA Scaccia
   * Terrance Alston AKA Murdoch

. Case active.

JERRY SMITH RESIDES AT SAME ADDRESS

Trial Exhibit No.: 23

ID ___ Evid ___ ☒

PLAINTIFF'S EXHIBIT 23 For ID 12-20-07

| ...VE ☐CLOSED | DATE REVIEWED / CLOSED | | IF ACTIVE, DATE OF NEXT REVIEW | | |
|---|---|---|---|---|---|
| ...NG | RANK Det | SIGNATURE | NAME PRINTED Luis M Agostini | TAX REG NO. 889648 | COMMAND 043 |
| ...NG / CLOSING | CASE | ENTER DESIGNATION | SIGNATURE | | |

EXHIBIT **8**

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICATIO...  ES, CASE CLEARANCES, INITIAL ARREST ON THE COMPLAIN... ...ERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY RE... ...ED, CRIME INCIDENT DATA. USE COMPLAINT FOLLOW-UP (PD 313-...) TO REPORT THE PRECEDING.

**COMPLAINT - FOLLOW UP INFORMATIONAL**
PD 313-081A (Rev 4-89)-31

| Crime | Pct | OCCB No | Complaint No | Date of This Report | |
|---|---|---|---|---|---|
| Homicide #02/01 | 043 | | 2412 | 02/12/01 | 14 PERP 1 |

| Date of Orig Report | Date Assigned | Case No | Unit Reporting | Follow-Up No | |
|---|---|---|---|---|---|
| 02/12/01 | 02/12/01 | 624 | 43 D.S. | | PERP 2 |

| Complainant's Name - Last, First, M.I | Victim's Name - If Different | |
|---|---|---|
| P.S.N.Y. for Albert Acosta | | 15 PERP 1 |

| Last Name, First, M.I | Address, include City, State, Zip | Apt No |
|---|---|---|
| Huello, Richard | 900 Baychester ave, Bx, NY | 24B |

| Home Telephone | Business Telephone | Position / Relationship | Sex | Race | Date of Birth | Age |
|---|---|---|---|---|---|---|
| 718-320-0124 | 863-9797 | Verizon Employee | M | Blk | 02 23 50 | 49 |

(PERP 2)

Witness No. 1

| Total No of Perpetrators | Wanted | Arrested | Weapon ☐ Used ☐ Possessed | Describe Weapon (if firearm, give color, make, calibre, type model, etc.) |
|---|---|---|---|---|

**Perpetrators**

Perp No 1

| Wanted ☐ | Arrested ☐ | Last Name, First, M.I | | | | | Address, include City, State, Zip | | Apt. No | Res. Pct |
|---|---|---|---|---|---|---|---|---|---|---|

| Sex | Race | Date of Birth | Age | Height Ft / In | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No |
|---|---|---|---|---|---|---|---|---|---|---|

☐ Eyeglasses ☐ Sunglasses
Nickname, First Name, Alias

Clothing Description, Scars, Marks, M.O., Etc (Continue in "Details")

16 CHOICE 1 / CHOICE 2

Perp No 2

| Wanted ☐ | Arrested ☐ | Last Name, First, M.I | | | | | Address, include City, State, Zip | | Apt. No | Res. Pct |
|---|---|---|---|---|---|---|---|---|---|---|

| Sex | Race | Date of Birth | Age | Height Ft / In | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No |
|---|---|---|---|---|---|---|---|---|---|---|

☐ Eyeglasses ☐ Sunglasses
Nickname, First Name, Alias

Clothing Description, Scars, Marks, M.O., Etc (Continue in "Details")

17 CHOICE 1 / CHOICE 2

18 CHOICE 1 / CHOICE 2

AREA WITHIN BOX FOR DETECTIVE / LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."

| Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results. Same as Comp. Report - Different (Explain in Details) ☐ ☐ |
|---|---|---|---|---|---|

| Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results' Same as Comp. Report - Different (Explain in Details) ☐ ☐ |
|---|---|---|---|---|---|

| Canvass Conducted ☐ Yes ☐ No | If Yes - Make Entry in Body Re Time, Date, Names, Addresses, Results | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry in Details Re Time, Date, Evidence Obtained |
|---|---|---|---|

| Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results |
|---|---|

| Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results. |
|---|---|

| Crime Scene Dusted ☐ Yes ☐ No | By (Enter Results in Details) | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details) |
|---|---|---|---|

If Closing Case "No Results," Check Appropriate Box and State Justification in Details:
☐C-1 Improper Referral  ☐C-2 Inaccurate Facts  ☐C-3 No Evidence / Can't ID  ☐C-4 Uncooperative Complainant  ☐C-5 "Leads" Exhausted

19 CHOICE 1 / CHOICE 2
20 PERP 1 / PERP 2
21 PERP 1 / PERP 2

**DETAILS.**

INVESTIGATE: Homicide #02/01
SUBJECT: Interview Richard Huello
CONTENT: As Follows

1.   On 02/12/01 at approximately 1202 hrs the U/S interviewed Richard Huello at 1700 Metropolitan ave regarding the above shooting incident. Richard Huello is an employee of Verizon and was working in the basement of 1700 Metropolitan ave during the incident. He stated the following in sum and substance.

2.   I had a job in the basement in the telephone room. I came inside and all the doors were locked. I heard a walkie Talkie radio so I banged on the doors attempting to locate an employee of Parkchester so they could let me in the telephone room. No one answered any door. I walked outside and so a maintenance worker who told me to check with the security office. I left and went to the main office. I returned with an officer who had keys. He let me into the telephone room and I went back working and was using the telephone ear piece, I didn't hear any shots. I then saw the maintenance guy walking by (Walter Cobb) he said hello and we both continued working. Soon after I approached him because a room I needed to get into was locked. He opened the door for me and we went inside. I saw there was no phone boxes so we exited the room. I continued my work when the maintenance guy came in and told me that there was someone shot in the other room. We both went in and saw a guy that had a bullit hole in the back of his head. We then left the room and went outside I called the security office and called 911.

3.   Case active....

Trial Exhibit No.: 4

ID ___ Evid _X_

PLAINTIFF
EXHIBIT **4**
DATE 12/9/07 RPTR PM
DALCO REPORTING

22 PERP 1 / PERP 2
23 PERP 1 / PERP 2
24 PERP 1 / PERP 2

| CASE ☐ACTIVE ☐CLOSED | DATE REVIEWED / CLOSED | IF ACTIVE, DATE OF NEXT REVIEW |
|---|---|---|

| REPORTING OFFICER: | RANK Det | SIGNATURE | NAME PRINTED Martinez R.E. | TAX REG. NO. 876665 | COMMAND 043 |
|---|---|---|---|---|---|

| REVIEWING / CLOSING SUPERVISOR | CASE ... | ENTER DESIGNATION | SIGNATURE | | C.D.... INITIALS |
|---|---|---|---|---|---|

EXHIBIT **9**

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICA... GES. CASE CLEARANCES, INITIAL ARREST ON THE COMPLA... VERED PROPERTY, ADDITIONAL STOLEN PROPERTY
SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSL... ...D. CRIME INCIDENT DATA. USE COMPLAINT FOLLOW-UP (PD... ) TO REPORT THE PRECEDING.

## COMPLAINT - FOLLOW UP
### INFORMATIONAL
PD 313-081A (Rev. 4-89)-31

PAGE 1 OF 1 PAGE

| Crime | Pct | OCCB No | Complaint No | Date of This Report |
|---|---|---|---|---|
| INVESTIGATE ASSAULT 1 | 043 | | 2412 | 02 12 |

| Date of Orig. Report | Date Assigned | Case No | Unit Reporting | Follow-Up No |
|---|---|---|---|---|
| 02 12 01 | 02 12 01 | | 043 | |

Complainant's Name - Last, First, M I: ACOSTA ALBERT

Victim's Name - if Different

Last Name, First, M.I. | Address, Include City, State, Zip | Apt No

Home Telephone | Business Telephone | Pos.../Relationship | Sex | Race | Date of Birth | Age

Total No of Perpetrators | Wanted | Arrested | Weapon □ Used □ Possessed | Descril. Weapon (if firearm give color, make, calibre, type, model, etc)

Perp No 1: Wanted □ Arrested □ Last Name, First, M I | Address, Include City, State, Zip | Apt No | Res Pct
Sex | Race | Date of Birth | Age | Height Ft In | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No.
□ Eyeglasses □ Sunglasses  Clothing Description
Nickname, First Name, Alias  Scars, Marks, M.O., Etc (Continue in "Details")

Perp No 2: Wanted □ Arrested □ Last Name, First, M I | Address, Include City, State, Zip | Apt No | Res Pct
Sex | Race | Date of Birth | Age | Height Ft In | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No.
□ Eyeglasses □ Sunglasses  Clothing Description
Nickname, First Name, Alias  Scars, Marks, M.O., Etc (Continue in "Details")

**AREA WITHIN BOX FOR DETECTIVE/LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."**

Comp. Interviewed □ Yes □ No | In Person □ | By Phone □ | Date | Time | Results Same as Comp Report □ - Different (Explain in Details) □
Witness Interviewed □ Yes □ No | In Person □ | By Phone □ | Date | Time | Results Same as Comp Report □ - Different (Explain in Details) □
Canvass Conducted □ Yes □ No | If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results | Crime Scene Visited □ Yes □ No | If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained
Complainant Viewed Photos □ Yes □ Refused □ Future | Results
Witness Viewed Photos □ Yes □ Refused □ Future | Results
Crime Scene Dusted □ Yes □ No | By (Enter Results in Details) | Crime Scene Photos □ Yes □ No | By (Enter Results in Details)

If Closing Case "No Results," Check Appropriate Box and State Justification in Details:
□ C-1 Improper Referral  □ C-2 Inaccurate Facts  □ C-3 No Evidence/Can't ID  □ C-4 Uncooperative Complainant  □ C-5 "Leads" Exhausted

### DETAILS:
INVESTIGATE: ASSAULT 1
SUBJECT      INTERVIEW SGT OHLE PARKCHESTER SECURITY

1. ON 02|12|01 THE UNDERSIGNED INTERVIEWED SGT OHLE OF PARKCHESTER SECIRUTY¿ SGT OHLE WAS PERFORMING A 8X4 TOUR AND WAS ASSIGNED AS THE TOUR SGT FOR PARKCHESTE SECURITY;

2. ON 02|12|01 SGT OHLE WAS AT 63 MET OVAL WHEN HE HEARD A RADIO RUN FOR A MAN DOWN IN THE BASEMENT OF 1700 MET OVAL AND RESPONDED TO THE LOCATION; ONCE AT TH LOCATION HE WAS FLAGGED DOWN BY WALTER WHO INDICATED TO HIM THAT THE GUY IS IN HERE AND SGT OHLE FOLLOWED MR WALTER COBB INTO THE BASEMENT OF 1700 METROPOLITAN OVAL AND OBSERVED A MAN LYING DOWN ON THE GROUND AND A DUTY HAT ON A STOVE; UPON A CLOSE LOOK SGT OHLE RECOGNIZED THE MAN ON THE GROUND TO BE ALBET ACOSTA AND THAT HE WAS NOT WEARING HIS JACKET; SGT OHLE STATED THAT HE THEN LEFT THE BASEMENT TO CALL FO A AMBULANCE BUT NUMEROUS POLICE CARS ALREADY ARRIVED; SGT OHLE THEN OBSERVED SP NIEVES RESPONDING AND DIRECTED HIM VIA RADIO TO GO PICK UP PARK 1(CHIEF BELLAMY) AND INFORMED OFFICERS RESPONDING ONE OF HIS GUYS WAS SHOT AND WE NEED BUS; SGT OHLE STATED THAT SP MANGANIELLO RESPONDED ABOUT 5 MINUTES LATER AND COLAPSED WHEN INFORM ED WHAT HAPPEND;

2. ON 02|12|01 AT APP 10:20 SGT OHLE SPOKE TO Walter Cobb WHO FLAGGED HIM DO WN AND WAS INFORMED BY MR COBB THAT HE HEARD FOUR SHOTS AND HE THOUGHT THEY CAME FROM OUTSIDE THE BUILDING AND SAW SP MANGANIELLO EXITING THE BASEMENT OF 1700-METROPOLITAN AVE; AND ASKED HIM IF HE HEARD ANY SHOTS IN WHICH HE REPLIED NO AND WALKED OFF;

PLAINTIFF'S EXHIBIT 25
For ID
12.20.07

Trial Exhibit No.: 25

ID ___ Evid _X_

CASE □ ACTIVE □ CLOSED | DATE REVIEWED/CLOSED | IF ACTIVE, DATE OF NEXT REVIEW
REPORTING OFFICER: | RANK DET | SIGNATURE | NAME PRINTED CULLEN | TAX REG. NO. 915534 | COMMAND
REVIEWING/CLOSING SUPERVISOR | CASE CLOSED | ENTER DESIGNATION | SIGNATURE | C.D # INITIALS