UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANTHONY MANGANIELLO,                       CIVIL ACTION No.: 07 CV 3644

                Plaintiff,

    -vs-

LUIS AGOSTINI

                Defendant
-----------------------------------------------------------X

### NOTICE OF MOTION FOR ATTORNEY'S FEES
### PURSUANT TO 42 U.S.C. § 1988

PLEASE TAKE NOTICE that upon the Affidavit and Petition of Michael H. Joseph, Esq., and all exhibits attached thereto, Plaintiff will move this Court for an award of Attorney's Fees, pursuant to 42 U.S.C. § 1988, on the 19th day of August, 2008 at 9:00, before the Honorable, Harold Baer, in the forenoon or as soon thereafter as counsel can be heard at the United States Courthouse located at 500 Pearl Street New York, N.Y. 10007.

Dated: White Plains, New York
       August 11, 2008

                                        Respectfully submitted,

                                        OSORIO & ASSOCIATES, LLC
                BY: _____
                                        Michael H. Joseph, Esq.
                                        184 Martine Avenue
                                        White Plains, New York 10601
                                        (914) 761-3168