UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ANTHONY MANGANIELLO,

                                        Plaintiff,

-against-

DET. LUIS AGOSTINI,

                                        Defendant.

------------------------------------------------------------------------x

**SUPPLEMENTAL DECLARATION OF AMY N. OKEREKE**

07 Civ. 3644 (HB)

      **AMY N. OKEREKE**, an attorney duly admitted to practice in the Southern District of New York, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      1. I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant Luis Agostini.

      2. I submit this declaration in further support of defendant Agostini's motion for judgment as a matter of law on plaintiff's malicious prosecution claim as against him pursuant to Rule 50 of the Federal Rules of Civil Procedure, or for qualified immunity, or a new trial pursuant to Fed. R. Civ. P. 59(a), or for an order reducing the jury award in this action pursuant to Fed. R. Civ. P. Rule 59(e). I am familiar with the facts and circumstances in this matter based upon personal knowledge, the books and records of the City of New York, conversations with its agents and employees, and all prior pleadings and proceedings had herein.

      3. Annexed hereto as Exhibit "M" is a copy of Defendants' Trial Exhibit "D3," a DD5 dated February 24, 2001 regarding an Interview of Mohammed Riaz.

4. Annexed hereto as Exhibit "N" is a copy of Defendants' Trial Exhibit "J3," a DD5 dated February 27, 2001 regarding an Interview of Alfred Vazquez.

5. Annexed hereto as Exhibit "O" is a copy of Defendants' Trial Exhibit "O4," a DD5 dated February 13, 2001 regarding an Interview of Anthony Longhorn.

6. Annexed hereto as Exhibit "P" is a copy of Defendants' Trial Exhibit "R8," a DD5 dated February 16, 2001 regarding an Interview of Parkchester Security Personnel.

7. Annexed hereto as Exhibit "Q" is copy of Defendants' Trial Exhibit "Z7," a DD5 dated February 12, 2001 regarding an Interview of Sal Miro.

8. Annexed hereto as Exhibit "R" is a copy of Defendants' Trial Exhibit "R5," a DD5 dated February 12, 2001 regarding an Interview of Eric Grant.

9. Annexed hereto as "Court Exhibit 2," Defendants' Proposed Jury Charge, which the Court designated during trial as a Court Exhibit 2.

10. Annexed hereto as "Court Exhibit 1," Defendants' Letter to the Court dated June 21, 2008, regarding their objections to the Court's Proposed Jury Charge.

Dated: New York, New York
      August 18, 2008

                MICHAEL A. CARDOZO
                Corporation Counsel of
                  the City of New York
                *Attorney for Defendant Luis Agostini*
                100 Church Street, Room 3-137
                New York, New York 10007
                (212) 788-9790

By: _____
                Amy N. Okereke
                Assistant Corporation Counsel
                Special Federal Litigation Division

## DECLARATION OF SERVICE BY MAIL

I, AMY N. OKEREKE, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on August 18, 2008, I served the annexed SUPPLEMENTAL DECLARATION OF AMY N. OKEREKE upon the following counsel of record by depositing a copy of same, enclosed in a first class postpaid properly addressed wrapper, in a post office depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to said counsel of record at the address set forth below, being the address designated by plaintiff for that purpose:

>Michael Joseph, Esq.
>Osorio & Associates, LLC
>184 Marine Avenue
>White Plains, New York 10601

Dated:  New York, New York
        August 18, 2008

_____
AMY N. OKEREKE
ASSISTANT CORPORATION COUNSEL

Index No. 07 Civ. 3644 (HB)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY MANGANIELLO,

Plaintiff,

-against-

DET. LUIS AGOSTINI,

Defendants.

**SUPPLEMENTAL DECLARATION OF
AMY N. OKEREKE**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant Luis Agostini*
*100 Church Street*
*New York, New York  10007*

*Of Counsel:  Amy N. Okereke*
*Tel:  (212) 788-9790*

*Due and timely service is hereby admitted.*

*New York, N.Y. ................................................................., 200..*

*............................................................................... Esq.*

*Attorney for.............................................................................*