**COMPLAINT - FOLLOW UP INFORMATIONAL**
PD 313-081A (Rev. 4-86)-31

| | | | | | | |
|---|---|---|---|---|---|---|
| Crime: HOMICIDE #2 | Pct. 043 | OCCB No. | Complaint No. 2412 | Date of This Report 2/24/01 |
| Date of Orig. Report 2/12 | Date Assigned 2/12 | Case No. 624 | Unit Reporting 43 PDS | Follow-Up No. |

Complainant's Name - Last, First, M.I.: **PSNY FOR ACOSTA, ALBERT**

DETAILS:

Investigate: HOMICIDE
Subject: INTERVIEWED MOHAMMED RIAZ

1. On February 24, 2001, at approx. 1310 hrs., the u/s interviewed above at the 43 Pct and he stated the following:
   * He picked up a male hispanic in his 30's on February 15 or 16, at approx. 7-8 pm at 1566 Unionport Rd.. He over heard the male talking on his cell phone and he stated he saw a security officer get shot and he was the only one that saw the guy who shot him. He then stated the police took his name down and asked him if he saw any thing and he told them no.
   * Mr. Riaz dropped of the male at 550 W.215 st..

2. Mohammed Riaz  DOB:05/10/51
   3015 Perry Avenue 1C
   Bronx, NY   718-364-7208   917-578-6940
   Car:_T286082C

3. Case active.