**COMPLAINT - FOLLOW UP INFORMATIONAL**
PD 313-081A (Rev. 4-89)-31

| Crime | Pct | OCCB No | Complaint No | Date of This Report |
|---|---|---|---|---|
| HOMICIDE #2 | 043 | | 2412 | 2/27/01 |

| Date of Orig. Report | Date Assigned | Case No | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| 2/12 | 2/12 | 624 | 43 PDS | |

Complainant's Name - Last, First, M.I.: PSNY FOR ACOSTA, ALBERT
Victim's Name - If Different:

DETAILS:

Investigate: HOMICIDE

Subject: INTERVIEWED ALFRED VAZQUEZ

1. On February 27, 2001, at approx. 1740 hrs., the u/s interviewed Alfred Acosta DOB:07/05/82 45 Park Terrace apt#c tel 212-304-0249 at the 43 Pct.. He stated he works for Parkchester as a mail clerk. He took a cab at approx. 2100 hrs., a couple of days after the incident and called his friend Jeffrey. He spoke about the security officer being shot in the head. Alfred stated he spoke to his friend like he imagined himself being there. Alfred stated he did not witness the incident and was working at 2000 E. Tremont ave as a clerk.

2. Alfred Vazquez did write a statement of what occured and what he is hearing from people in the v/o Parkchester.

3. Case active.

DEFENDANT'S EXHIBIT J3

| Reporting Officer Rank | Signature | Name Printed | Tax Reg. No. | Command |
|---|---|---|---|---|
| Det | [signature] | Luis R. Agostini | 889648 | 043 |