| COMPLAINT - FOLLOW UP INFORMATIONAL | | | | | | | |
|---|---|---|---|---|---|---|---|
| PD 313-081A (Rev. 4-89)-31 | Crime | Murder 2 | | Pct. 43 | OCCB No | Complaint No. 2412 | Date of This Report 2/13/01 |
| Date of Orig. Report 2/12/01 | Date Assigned | Case No 624 | Unit Reporting | 43 PDS | | | Follow-Up No. |
| Complainant's Name - Last, First, M.I. P.S.N.Y. | | For | | Victim's Name - If Different Albert Acosta | | | |

**Investigation:** Homicide / Gunshot

**Subject:** Interview with Anthony Langhorn (Former Parkchester Security Employee).
Address 1505 Leland Ave Apt#J
Beeper#(917) 792-0059
D.O.B. 1/30/65

On 2/13/01 at about 1805 hrs the undersigned along with Det. Whitaker responded to the c/o Fordham Rd an Jerome ave to meet with the above described and conducted interview inside Dept Auto 1086, with results as follows. Anthony stated that he is a former Parkchester Security Officer worked for 7 years and is currently Laid-off due to chronic sick. Anthony stated that he was laid-off in the begining of Nov.2000. Anthony states that he knew both Officers, Officer Acosta (victim) and Officer Manganiello. Anthony stated that he had given Officer Manganiello a firearm (SR-5 9mm) to safekeep for him since the past 3 months. Anthony stated that he had a Target pistol permit for the firearm but that his permit had expired since Jan.30th 2000. Anthony further stated that he knows Officer Manganiello to also have a Target permit and that he owns a 38cal. and a 9mm. Anthony stated that he knows both Acosta and Manganiello to be hot tempered and that Manganiello had a fight with Acosta in the locker room about 1 year ago. Anthony further stated that Manganiello had also fought with another Officer by the name of Hicks.

DEFENDANT'S EXHIBIT 04

| CASE | DATE REVIEWED / CLOSED | IF ACTIVE, DATE | | |
|---|---|---|---|---|
| ☐ACTIVE ☐CLOSED | 2/14/01 | | | |
| REPORTING OFFICER: | RANK Det. | SIGNATURE | NAME PRINTED Pereira | TAX REG. NO. 869847 | COMMAND 43 PDS |