DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICAT... INGES, CASE CLEARANCES, INITIAL ARREST OR THE COMPLAI... ...OVERED PROPERTY, ADDITIONAL STOLEN PROPERTY
SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY... ...ATED, CRIME INCIDENT DATA, USE COMPLAINT FOLLOW-UP (P... ...41) TO REPORT THE PRECEDING.

**COMPLAINT - FOLLOW UP**
**INFORMATIONAL**
PD 313-081A (Rev. 4-89)-31

| Crime | HOMICIDE | Pct 43 | DCCB No. | Complaint No. 2412 | Date of This Report 02-16-01 | PAGE 1 OF 2 PAGE |

| Date of Orig. Report 02-12-01 | Date Assigned 02-12-01 | Case No. 624 | Unit Reporting BRONX HOMICIDE TASK FORCE | Follow-Up No. |

Complainant's Name - Last, First, M.I.
PSNY FOR ALBERT ACOSTA

Victim's Name - If Different

| Last Name, First, M.I. | | Address, Include City, State, Zip | | | Apt. No |

| Home Telephone | Business Telephone | Position / Relationship | | Sex | Race | Date of Birth | Age |

| Total No. of Perpetrators | Wanted | Arrested | Weapon □ Used □ Possessed | Describe Weapon (If firearm, give color, make, calibre, type, model, etc.) |

| Wanted □ | Arrested □ | Last Name, First, M.I. | | | | Address, Include City, State, Zip | | Apt. No | Res. Pct. |

| Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No. |

□ Eyeglasses □ Sunglasses
Nickname, First Name, Alias

Clothing Description,
Scars, Marks, M.O., Etc.
(Continue in "Details"):

| Wanted □ | Arrested □ | Last Name, First, M.I. | | | | Address, Include City, State, Zip | | Apt. No | Res. Pct. |

| Sex | Race | Date of Birth | Age | Height ft. in. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No. |

□ Eyeglasses □ Sunglasses
Nickname, First Name, Alias

Clothing Description,
Scars, Marks, M.O., Etc.
(Continue in "Details"):

**AREA WITHIN BOX FOR DETECTIVE / LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."**

| Comp. Interviewed □ Yes □ No | In Person □ | By Phone □ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details) □ |

| Witness Interviewed □ Yes □ No | In Person □ | By Phone □ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details) □ |

| Canvass Conducted □ Yes □ No | If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results | | | Crime Scene Visited □ Yes □ No | If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained |

| Complainant Viewed Photos □ Yes □ Refused □ Future | Results: |

| Witness Viewed Photos □ Yes □ Refused □ Future | Results: |

| Crime Scene Dusted □ Yes □ No | By (Enter Results in Details) | | Crime Scene Photos □ Yes □ No | By (Enter Results in Details) |

If Closing Case "No Results," Check Appropriate Box and State Justification in Details:
□C-1 Improper Referral  □C-2 Inaccurate Facts  □C-3 No Evidence / Can't ID  □C-4 Uncooperative Complainant  □C-5 "Leads" Exhausted

DETAILS:

INVESTIGATION:    HOMICIDE
SUBJECT:    INTERVIEW OF PARKCHESTER SECURITY PERSONNEL

1.  On 02/16/01, at approxiamtely 0905 hours, the undersigned accompanied by Det. Agostini of the 43rd Detective Squad were present at the Parkchester Security Office located at 62 Metropolitan Oval, Roll Call Office and did interview the following workers relative to the above investigation:

2.  Igbal Mahmud, status SPO, works for Parkchester for almost (3) years, works 4X12. On Monday works evenings He personally knows nothing regarding any problems with either Officer Manganiello or Acosta. Worked in the past with Acosta on bike patrol.

3.  Catherine Liggins SPO. works for parkchester for 1½ was off on Monday. She works the midnight shift 12X8. Has no problems with either Officer Manganiello or Acosta

4.  Jose Torres SPO status, works for Parchester for (7) years works midnight 12X8 was off on Modnay. He has worked in the past with Officer Acosta on the 4X12 toure. He has had no problems he also worked with Officer Manganiello again no problems. He recalls over a year ago seeing Manganiello with a gun 9mm caliber at 1707 Unionport Rd, at the gym also he sta tes both officers where hot headed.

5.  Cameron Mckenzine SPO for (1) year works 4X12 & 12X8, Monday was his day office. Officer Green, his co-worker & friend came by his house on Monday and told him about Acosta getting shot. He has worked with Officer Acosta on more than one

CONTINUED ON PAGE #2

DEFENDANT'S EXHIBIT R8

| CASE □ ACTIVE □ CLOSED | DATE REVIEWED / CLOSED | IF ACTIVE, DATE OF NEXT REVIEW |
| REPORTING | RANK | REF | SERIAL/DATE | NAME PRINTED |



COMPLAINT FOLLOW-UP INFORMATIONAL
PD 313-081A SECOND SHEET (Rev. 8-90)-H-1

| | Page 2 of 2 Pages |
|---|---|
| DETAILS: | Pct. 43 | Complaint No. 2412 | Date of This Report 02-16-01 |

INVESTIGATION:  HOMICIDE
SUBJECT:  INTERVIEW OF PARKCHESTER SECURITY PERSONNEL

6.  <u>Lamar Allen</u>-Bey, SPO status has worked for Parkchester Security for the last 12 years.  Als has lived in Parchester most of his adult life.  Has worked with both Officer Manganillo and Acosts in the past.  He works 0800X1600 days.  Was working on Monday  and saw both  officers earlier in the morning in the lockekr room.  He did respond to the scene but the victim had been removed to the hospital.  He alsostates taht he normally patrols with Manganiello but he has had his post changed to the other side.  He has nothing further to add at this time.

7.  <u>HarryPlaza</u> has SPO status has been a security officer in Parkchester for the last (5) years works midnight 12X8.  He was off duty on Monday.  He has worked with Acosta for (2) years on the 4x12 shift and also worked with Magniello for 8 MONTHS BEFORE HE WENT TO  DAYS.  He has heard Manganiello mentioned that he has a carry permit.  He also knows that Manganiello had anincident with Officer Hicks.  and the supervisors  where aware and they received some type of discplinary action.  But there was <u>another inside in the locker room with Majnganeillo and Acosta after the Hicks inicdent that we broke up and NO supervisor was notified.  It was a shoving match and we had to pull them apart.</u>

8.  Investigation Continues......