| COMPLAINT - FOLLOW UP INFORMATIONAL | | | | | PAGE ___ OF ___ PAGE | |
|---|---|---|---|---|---|---|
| PD 313-081A (Rev. 4-89)-31 | Crime | | Pct. 43 | UCR No | Complaint No | Date of This Report 2/12/01 |
| Date of Orig. Report 2/12/01 | Date Assigned 2/12/01 | Case No | Unit Reporting | | | Follow-Up No |

Complainant's Name - Last, First, M.I.                Victim's Name - If Different

**DETAILS:**

Subject: Interview of Eric Grant..

1. Mr. Grant stated that was was attempting to locate a parking space behind 1690 Metropolitan Ave. At approx 9:30 am, he saw a male, that was heavy set and looked like he was spanish. He was walking towards Metropolitan Ave. He was a partychested security officer. He stated that he did not see anyone else, nor did he heard anything.

2. He provided the following;

Eric Grant
1604 Metropolitan Ave  #12D

Phone # 718-829-4884

**DEFENDANT'S EXHIBIT R5**

CASE: ACTIVE  ☐ CLOSED     DATE REVIEWED / CLOSED  2/14/01     IF ACTIVE, DATE OF NEXT REVIEW

REPORTING OFFICER: Det     NAME PRINTED: Daniel Vasquez     TAX REG NO. 887666     COMMAND 46 sqd