


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MARK D. ZUCKERMAN
*Senior Counsel*
Phone: (212) 442-8248
Fax: (212) 788-9776

August 15, 2008

**VIA FACSIMILE (212) 805-7901**
The Honorable Harold Baer
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Attention: Anna

    Re: Mangianello v. The City of New York et al.
        07 Civ. 3644 (HB)

Dear Judge Baer:

    I am a Senior Counsel in the Office of Michael Cardozo, Corporation Counsel of the City of New York. I write concerning plaintiff's application for attorney's fees, filed with the Court on August 11, 2008. Defendants respectfully request that they be permitted to respond to said fee application after the Court decides the post-trial motions that are expected to be fully submitted on August 18, 2008. The reason for said request is that the pending motions request that the jury findings be altered. Defendants respectfully submit that the fee application is premature as the Court's rulings on the foregoing may affect plaintiff's fee application. Thus, in the interest of judicial economy, defendants request that the attorney's fees issue be deferred.

    Thank you for your consideration in this matter.

Respectfully submitted,

Mark D. Zuckerman
Senior Counsel

cc: Michael Joseph, Esq. (via facsimile)

[Handwritten annotation by Judge:] While I understand your arguments I will deny these as end requests to that I am sure request for other reasons. I'll delegation to decide the other part now mark after I will be no further motions perhaps the pending until August 29, 08 of us. The D's to respond to the D's fees app it's regs if any are SO ORDERED. Harold Baer, Jr., U.S.D.J. Date: 8/19/08

Endorsement:

    While I understand your arguments, I will deny your request so that I am sure there is an end to this litigation and for other reasons.  If it requires more work after I decide the other post-trial motions it will be my work, too, and perhaps there will be no further work for any of us.  The defendant has until August 25 to respond to the plaintiff's application with plaintiff's reply if any due by August 29, 2008.